MATTHEW PHILLIP SOLAN
501 North Twenty-Fourth Street
Phoenix, Arizona, 85008-6056
Tel:   1.970.FOX.9611
Fax:   1.970.844.1733
Email: legal@fox-ranch.com

*Plaintiff in propria persona*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br>*Plaintiff,*<br><br>v.<br><br>The State of Arizona, *et al.*,<br>*Defendants.* | Case no. CV24-02061-PHX-JJT--DMF<br><br>**NOTICE OF RELATED CASE**<br><br>LRCiv 3.7(a)(2) |

Pursuant Local Rule 3.7(a)(2), "[i]f a civil action is voluntarily dismissed and a related civil action is later filed in this District, the filing party must file a separate notice with the party's complaint identifying the dismissed action by its complete case number, including the initials of the assigned Judge."

Notice is hereby given that Plaintiff brought case number 2:20-cv-02209-JJT (MHB) in 2019, and voluntarily stipulated to its dismissal in 2022. The instant action lies on all fours with the prior case and is brought against the same defendants and/or their successors.

**DATED** this 13th day of August, 2024.

Matthew Phillip Solan
*Plaintiff in Pro. Per.*

