# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Matthew Phillip Solan, | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **CV24-02061-PHX-JJT--DMF** |
| The State of Arizona; | ) | |
| Jennifer L. Cunico; and, | ) | |
| Michael R. Sheldon, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    The State of Arizona
    c/o Kris Mayes, Attorney General
    Office of the Arizona Attorney General
    2005 N. Central Avenue
    Phoenix, Arizona 85004

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Matthew Phillip Solan
    501 North 24th Street
    Phoenix, Arizona 85008

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                          *CLERK OF COURT*

Date: _____                      _____

                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| Matthew Phillip Solan,<br><br>*Plaintiff(s)*<br>v.<br>The State of Arizona;<br>Jennifer L. Cunico; and,<br>Michael R. Sheldon,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   CV24-02061-PHX-JJT--DMF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael R. Sheldon, CEO
> Arizona State Hospital
> 2500 East Van Buren Street
> Phoenix, Arizona 85008

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew Phillip Solan
> 501 North 24th Street
> Phoenix, Arizona 85008

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Matthew Phillip Solan, <br><br> *Plaintiff(s)* <br> v. <br> The State of Arizona; <br> Jennifer L. Cunico; and, <br> Michael R. Sheldon, <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  CV24-02061-PHX-JJT--DMF <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Jennifer L. Cunico, Trustee
        Arizona Insane Asylum Trust
        150 North 18th Avenue
        Phoenix, Arizona 85008

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Matthew Phillip Solan
        501 North 24th Street
        Phoenix, Arizona 85008

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                            CLERK OF COURT

Date: _____          _____
                                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Matthew Phillip Solan,<br><br>*Plaintiff(s)*<br>v.<br>The State of Arizona;<br>Jennifer L. Cunico; and,<br>Michael R. Sheldon,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  **CV24-02061-PHX-JJT--DMF**<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Jennifer L. Cunico, Cabinet Executive Officer/Director
      Arizona Department of Health Services
      150 North 18th Avenue
      Phoenix, Arizona 85008

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Matthew Phillip Solan
      501 North 24th Street
      Phoenix, Arizona 85008

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                          *CLERK OF COURT*

Date: _____                   _____
                                                                           *Signature of Clerk or Deputy Clerk*