IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>    Plaintiff,<br><br>    v.<br><br>Arizona, State of, et al.,<br><br>    Defendants. | CASE NO:<br>CV–24–02061–PHX–JJT (DMF)<br><br>**NOTICE OF ASSIGNMENT** |

    On August 14, 2024, Plaintiff filed a Complaint which has been assigned the case number listed above. This case has been assigned to District Court Judge John J Tuchi and has been referred to Magistrate Judge Deborah M Fine (PS) and the Court's Legal Staff. When any action is taken in this case, you will be notified by Court order.

    DATED this 14th day of August, 2024.

                              *s/Debra D. Lucas*

                              Debra D. Lucas<br>                              District Court Executive & Clerk of Court

cc: Plaintiff