Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
              (602) 542-7687
Facsimile:  (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>    Plaintiff,<br><br>vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>    Defendants. | Case No: CV24-02061-JJT-DMF<br><br>**WAIVER OF SERVICE OF SUMMONS** |

**TO MATTHEW PHILLIP SOLAN, PLAINTIFF**

I represent Defendants State of Arizona (the State), Michael R. Sheldon, Aaron Bowen, Lea'cher Carter, and Unique Coleman (collectively, the "Represented Defendants") in this case. Plaintiff has requested a waiver of service of the summons from Defendants Sheldon and Bowen. Defendants Sheldon and Bowen, as well as Defendants the State, Carter, and Coleman, agree to waive service of process upon them. By waiving service, I understand that Defendants Sheldon and Bowen must file and serve an answer or a motion under Rule 12 within 60 calendar days from December 27,

2024, the date when the waiver was requested. I also understand that Plaintiff agrees that Defendants State of Arizona, Carter, and Coleman may have the same deadline (February 25, 2025) for responding to the First Amended Complaint as Sheldon and Bowen have. I further understand that if I fail to meet this deadline, a default judgment could be entered against me or the parties that I represent. Finally, I understand that the Represented Defendants will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service on Represented Defendants State of Arizona, Michael R. Sheldon, Aaron Bowen, Lea'cher Carter, and Unique Coleman.

Respectfully submitted this 23rd day of January, 2025.

Arizona Attorney General's Office

/s/ Ann Hobart
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

ORIGINAL mailed
this 23rd day of January, 2025, to:

U.S. Marshall's Service
District of Arizona
401 W. Washington Street, SPC 64
Phoenix, AZ  85003-9800

/s/     Shelby Yates

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|
| PLAINTIFF<br>Matthew Phillip Solan | COURT CASE NUMBER<br>CV-24-02061-PHX-JJT (DMF) |
| DEFENDANT<br>The State of Arizona, et al. | TYPE OF PROCESS  Amended<br>Summons/Complaint/Order |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Lea'cher Carter |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Arizona State Hospital, 2500 East Van Buren Street, Phoenix AZ 85008 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Matthew Phillip Solan<br>501 North 24th Street<br>Phoenix, Arizona 85008 | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Home address:        (602) 220-6100 (W)        leacher.carter@azdhs.gov
1629 W. Minton St.   (602) 220-6374 (W)        lea389366@gmail.com
Phoenix AZ 85041     (602) 304-9681 (H)

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (970) 369-9611
DATE: 12/17/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 08
District to Serve No.: 08
Signature of Authorized USMS Deputy or Clerk
Date: 12/26/24

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served *(if not shown above)*
Date: 1/28/25   Time: 1:50   [X] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Received waiver of service of summons.

RCVD DEC 26 '24 PM 1:53
US MARSHALS SERVICE AZ

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>Matthew Phillip Solan | COURT CASE NUMBER<br>CV-24-02061-PHX-JJT (DMF) |
|---|---|
| DEFENDANT<br>The State of Arizona, et al. | TYPE OF PROCESS<br>*Amended* Summons/Complaint/Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Aaron Bowen

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
706 E Silver Fox Way, Phoenix AZ 85048

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Matthew Phillip Solan<br>501 North 24th Street<br>Phoenix, Arizona 85008 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 5<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

(480) 734-3526

aaronbbowen@yahoo.com
aaronbowenss73@yahoo.com

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER<br>(970) 369-9611 | DATE<br>12/17/2024 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin No.: 08 | District to Serve No.: 08 | Signature of Authorized USMS Deputy or Clerk | Date: 12/26/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date: 1/28/25 | Time: 1:50 [X] pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Received waiver of service of summons.

RCVD DEC 26 '24 PM 1:50
US MARSHALS SERVICE AZ

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Matthew Phillip Solan | CV-24-02061-PHX-JJT (DMF) |
| DEFENDANT | TYPE OF PROCESS |
| The State of Arizona, et al. | Amended Summons/Complaint/Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael Sheldon
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Arizona State Hospital, 2500 East Van Buren Street, Phoenix AZ 85008

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Matthew Phillip Solan
501 North 24th Street
Phoenix, Arizona 85008

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Home address:      (602) 629-7000 (W)     michael.sheldon@azdhz.gov
442 Leisure World   (480) 834-7345 (H)     michaelsheldon17@ymail.com
Mesa, AZ 85206      (480) 570-6168 (C)

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (970) 369-9611
DATE: 12/17/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 08
District to Serve No.: 08
Signature of Authorized USMS Deputy or Clerk
Date: 12/26/2024

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 1/28/25  Time: 1:50 ☒ pm

Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Received waiver of service of summons.

RCVD DEC 26 '24 PM 1:51
US MARSHALS SERVICE AZ

Form USM-285
Rev. 03/21

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Matthew Phillip Solan | COURT CASE NUMBER<br>CV-24-02061-PHX-JJT (DMF) |
|---|---|
| DEFENDANT<br>The State of Arizona, et al. | TYPE OF PROCESS *Amended*<br>Summons/Complaint/Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The State of Arizona c/o Kris Mayes, Attorney General

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
2005 N. Central Avenue, Phoenix, Arizona 85004

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Matthew Phillip Solan<br>501 North 24th Street<br>Phoenix, Arizona 85008 | Number of process to be served with this Form 285: 1<br>Number of parties to be served in this case: 5<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Office of the Attorney General
Phoenix Office
2005 N Central Ave
Phoenix, AZ 85004-2926

Hours: 8AM-5PM
(602) 542-5025 (AzAG)
(602) 388-4640
(602) 757-7434

kmayes@azag.gov
kmayes@krismayeslaw.com
kmayes7076@aol.com

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (970) 369-9611
DATE: 12/17/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No.: 08
District to Serve No.: 08
Signature of Authorized USMS Deputy or Clerk
Date: 12/26/2024

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 1/28/25   Time: 1:50 [X] pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
Received waiver of service of summons.

RCVD DEC 26 '24 PM 1:49
US MARSHALS SERVICE AZ

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Matthew Phillip Solan | CV-24-02061-PHX-JJT (DMF) |
| DEFENDANT | TYPE OF PROCESS |
| The State of Arizona, et al. | Amended Summons/Complaint/Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Unique Coleman

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Arizona State Hospital, 2500 East Van Buren Street, Phoenix AZ 85008

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Matthew Phillip Solan
501 North 24th Street
Phoenix, Arizona 85008

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Home address:    (602) 220-6374 (W)    unique.coleman@azdhs.gov
6915 S. 30th Ln.
Phoenix AZ 85041

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (970) 369-9611
DATE: 12/17/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 08
District to Serve No.: 08
Signature of Authorized USMS Deputy or Clerk
Date: 12/26/2024

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 1/28/25
Time: 1:50 pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS
Received waiver of service of summons.

RCVD DEC 26'24 PM 1:52
US MARSHALS SERVICE AZ

Form USM-285
Rev. 03/21