Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone:  (602) 542-8347
             (602) 542-7687
Facsimile:   (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona,
Michael R. Sheldon, Aaron Bowen,
Lea'cher Carter, and Unique Coleman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>        Plaintiff,<br><br>    vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>        Defendants. | Case No:  CV24-02061-JJT-DMF<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Ann Hobart and Jordan Kendall, Assistant Attorneys General, Office of the Attorney General, are representing Defendants State of Arizona, Michael R. Sheldon, Aaron Bowen, Lea'cher Carter, and Unique Coleman for all further proceedings in this matter.  The undersigned requests notice of all pleadings and any other documents filed and/or served in the above-captioned matter at the following address:

Ann Hobart
Jordan Kendall
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ  85004
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Respectfully submitted this 7th day of February, 2025.

                                      Arizona Attorney General's Office

                                      /s/ Ann Hobart
                                      Ann Hobart
                                      Jordan Kendall
                                      Assistant Attorneys General
                                      Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 7th day of February, 2025.

COPY mailed and emailed this 7th day of February, 2025, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/      Deb Sawyer

2