# EXHIBIT A

Case 2:24-cv-02061-JJT-DMF     Document 13-1     Filed 02/25/25     Page 1 of 3

1  Ann Hobart, Bar No. 019129
2  Jordan Kendall, Bar No. 038647
   Assistant Attorneys General
3  Arizona Attorney General's Office
   2005 N. Central Avenue
4  Phoenix, Arizona 85004
   Telephone:  (602) 542-8347
5               (602) 542-7687
   Facsimile:   (602) 542-7644
6  Ann.Hobart@azag.gov
7  Jordan.Kendall@azag.gov
   EmploymentLaw@azag.gov
8
   Attorneys for Defendants State of Arizona,
9  Michael R. Sheldon, Aaron Bowen,
   Lea'cher Carter, and Unique Coleman
10

11            **IN THE UNITED STATES DISTRICT COURT**

12                **FOR THE DISTRICT OF ARIZONA**

13 | Matthew Phillip Solan,                          | Case No:  CV24-02061-JJT-DMF |
14 | Plaintiff,                                      | **CERTIFICATE OF PRE-FILING NOTIFICATION** |
15 | vs.                                             |
16 | The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10, |
21 | Defendants.                                     |

23        Pursuant to LRCiv 12.1(c), counsel for Defendants State of Arizona, Michael R.
24  Sheldon, Aaron Bowen, Lea'Cher Carter, and Unique Coleman hereby certifies that she
25  considered attempting to confer with Plaintiff about the deficiencies that she perceives
26  with the claims from the First Amended Complaint (doc. 6) that survived the Court's
27  screening Order (doc. 8).  However, given that Plaintiff already has filed a Second
28  Amended Complaint (doc. 10), she has concluded that such efforts would be futile.

Respectfully submitted this 25th day of February, 2025.

Arizona Attorney General's Office

/s/ Ann Hobart
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 25th day of February, 2025.

COPY emailed this 25th day of February, 2025, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

COPY of the foregoing to be mailed the 26th day of February, 2025, to:

The Honorable Deborah M. Fine
U.S. District Court, Suite 321
401 W. Washington Street, SPC 15
Phoenix, AZ 85003-2120

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/      Ann Hobart