# EXHIBIT A

Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
             (602) 542-7687
Facsimile:  (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona,
Michael R. Sheldon, Aaron Bowen,
Lea'cher Carter, and Unique Coleman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>        Plaintiff,<br><br>    vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>        Defendants. | Case No: CV24-02061-JJT-DMF<br><br>**CERTIFICATE OF CONFERRAL PURSUANT TO THE COURT'S FEBRUARY 27, 2025, ORDER (DOC. 14) AND LRCiv 12.1(c)** |

Pursuant to the Court's February 27, 2025, Order (doc. 14) and LRCiv 12.1(c), undersigned counsel for Defendants State of Arizona, Michael R. Sheldon, Aaron Bowen, Lea'Cher Carter, and Unique Coleman hereby certifies that, on March 6, 2025, she and her colleague Assistant Attorney General Jordan Kendall telephonically met and conferred with Plaintiff Matthew Solan about the deficiencies that they perceive in the operative First Amended Complaint (doc. 6). Pursuant to the Court's Order, Defendants'

counsel also discussed with Mr. Solan the deficiencies that they perceive in his proposed Second Amended Complaint (docs. 9-10). These discussions were lengthy (approximately 90 minutes long) and substantive, but the Parties were unable to agree that permissible amendments can cure the deficiencies that Defendants' counsel perceive in Mr. Solan's pleadings and proposed amended pleadings. Accordingly, as the Court has allowed, Defendants today are resubmitting their Motion to Dismiss Counts One, Four, Eleven, and Twelve of the First Amended Complaint. (Doc. 14 at 3.)

Respectfully submitted this 13th day of March, 2025.

Arizona Attorney General's Office

/s/ Ann Hobart
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 13th day of March, 2025.

COPY mailed and emailed this 13th day of March, 2025, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

COPY of the foregoing mailed this 13th day of March, 2025, to:

The Honorable Deborah M. Fine
U.S. District Court, Suite 321
401 W. Washington Street, SPC 15
Phoenix, AZ 85003-2120

/s/      Deb Sawyer

2