1  Ann Hobart, Bar No. 019129
2  Jordan Kendall, Bar No. 038647
   Assistant Attorneys General
3  Arizona Attorney General's Office
   2005 N. Central Avenue
4  Phoenix, Arizona 85004
   Telephone:  (602) 542-8347
5              (602) 542-7687
   Facsimile:  (602) 542-7644
6  Ann.Hobart@azag.gov
7  Jordan.Kendall@azag.gov
   EmploymentLaw@azag.gov
8
   Attorneys for Defendants State of Arizona,
9  Michael R. Sheldon, Aaron Bowen,
   Lea'cher Carter, and Unique Coleman
10

11              IN THE UNITED STATES DISTRICT COURT

12                  FOR THE DISTRICT OF ARIZONA

| 13 | Matthew Phillip Solan, | Case No:  CV24-02061-JJT-DMF |
|---|---|---|
| 14 | Plaintiff, | **DEFENDANTS'** *OPPOSED* **MOTION FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (DOC. 17)** |
| 15 | vs. | |
| 16 | The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10, | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |

23    Defendants State of Arizona, Michael Sheldon, Aaron Bowen, Lea'cher Carter,
24 and Unique Coleman, through counsel undersigned, move for additional time to respond
25 to Plaintiff's Motion for Preliminary Injunction (doc. 17), from March 31, 2025, to
26 April 18, 2025, due to multiple conflicting deadlines that my colleague Jordan Kendall
27 and I have in other matters, and the time involved in working with Defendants to respond
28 to the many factual allegations contained in Plaintiff's Motion.  In addition, I have a

medical procedure appointment on March 31, 2025, that has been rescheduled twice due to my extremely busy litigation calendar and which cannot be rescheduled again. This request is made for legitimate reasons and is not for purposes of delay.

      As required by LRCiv 7.3(b), I have conferred with Plaintiff in writing, and he will not agree to an extension.

      Notwithstanding Plaintiff's disagreement, Defendants respectfully request that the Court grant this Motion and allow them until April 18, 2024, to respond to the Motion for Preliminary Injunction.

      Respectfully submitted this 24th day of March, 2025.

                                              Arizona Attorney General's Office

                                              /s/ Ann Hobart
                                              Ann Hobart
                                              Jordan Kendall
                                              Assistant Attorneys General
                                              Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 24th day of March, 2025.

COPY mailed and emailed this 24th day of March, 2025, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/     Deb Sawyer

2