**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew Phillip Solan,<br><br>    Plaintiff,<br><br>    vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>    Defendants. | Case No: CV24-02061-JJT-DMF<br><br>**ORDER GRANTING ADDITIONAL TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION (DOC. 17)**<br><br>**(First Request)** |

    Having reviewed the Defendants' Opposed Motion for Additional Time to Respond to Motion for Preliminary Injunction (First Request) (doc. 18), and good cause appearing,

    IT IS ORDERED that Defendants shall have through Friday, April 18, 2025, to file their response to Plaintiff's Motion for Preliminary Injunction.