# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan, <br> Plaintiff, <br> v. <br> State of Arizona, et al., <br> Defendants. | No. CV-24-02061-PHX-JJT (DMF) <br><br> **ORDER** |

This matter is before the Court on Defendants State of Arizona, Sheldon, Bowen, Carter, and Coleman's Opposed Motion for Additional Time to Respond to Motion for Preliminary Injunction (Doc. 18). Notwithstanding Plaintiff's objection to Defendants' motion, upon review and good cause shown,

**IT IS ORDERED** granting Defendants State of Arizona, Sheldon, Bowen, Carter, and Coleman's Opposed Motion for Additional Time to Respond to Motion for Preliminary Injunction (Doc. 18).

**IT IS FURTHER ORDERED** that Defendants shall have through **April 18, 2025**, to file their response to Plaintiff's Motion for Preliminary Injunction.

Dated this 25th day of March, 2025.

Honorable Deborah M. Fine
United States Magistrate Judge