MATTHEW PHILLIP SOLAN
501 North Twenty-Fourth Street
Phoenix, Arizona, 85008-6056
Tel:  1.970.FOX.9611
Fax:  1.970.844.1733
Email: legal@fox-ranch.com

*Plaintiff in propria persona*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Matthew Phillip Solan,<br>          *Plaintiff,*<br><br>v.<br><br>State of Arizona, *et al.*,<br>          *Defendants.* | Case no. CV24-02061-PHX-JJT-DMF<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' OPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

    Plaintiff opposes Defendants' motion for an extension of time (Doc. 18) ("Extension Request") to respond to his Motion for Preliminary Injunction (the "MPI"). Plaintiff would normally acquiesce to a reasonable extension request, as his litigation history demonstrates. However, the MPI, which Defendants seek to delay, requests expedited consideration due to ongoing, irreparable harm. Extending the deadline from March 31 to April 18—over 150% of the default 14-day response period under LRCiv 7.2(c)—unduly prejudices Plaintiff by unjustly prolonging the serious harm Defendants are causing.

    Defendants claim in their Extension Request that one of their attorneys has a medical appointment on March 31; however, in their March 21 email to Plaintiff's ranch manager, they gave a completely different reason, to-wit: "the time involved in working with Defendants to respond to the many factual allegations contained in [the MPI]."

1   In other words, Defendants wish to generate factual testimony—a task they've had 2 ample time to prepare for. Most, if not all of Plaintiff's assertions in the MPI have been 3 public or known to Defendants for months (if not years, from Plaintiff's prior litigation).

4   Further, the Arizona Attorney General's Office has extensive staffing resources, and 5 in Plaintiff's prior suit against ASH, they simply added additional Assistant Attorneys 6 General when their workloads increased. Defendants' stated reasons do not justify a 2+ 7 week delay in a case where Plaintiff is actively suffering serious psychological harm and 8 demonstrable violations of his civil rights. The State's delay in coordinating with its own 9 employees is not good cause to delay essential preliminary relief.

10   Finally, Defendants know Plaintiff is confined in the Arizona State Hospital, and that 11 ASH does not provide email access to its Patients. Sending time-sensitive 12 communications to a monitored company email account—rather than using the publicly 13 available ASH patient phone line—was improper.

14   For the foregoing reasons, Plaintiff respectfully asks the Court to deny the requested 15 extension and require Defendants to respond within the 14-day window provided under 16 the LRCiv 7.2(c); or, in the alternative, provide Defendants a more conservative 17 extension, such as 3-10 calendar days.

18   **SIGNED, SEALED, AND DATED** this 25th day of March, 2025.



Matthew Phillip Solan
Plaintiff in *Pro. Per.*

legal@fox-ranch.com
501 North 24th Street
Phoenix, AZ 85008
+1 (970) 369-9611

**CERTIFICATE OF SERVICE**

I certify that on March 25th, 2025, a copy of the foregoing document was deposited in the U.S. mail, addressed to:

Ann Hobart and Jordan Kendall
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004

*Attorneys for Defendants*

Matthew Phillip Solan