# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　Defendants. | No. CV-24-02061-PHX-JJT (DMF)<br><br><br><br>**ORDER** |

　　　　This matter is before the Court on its own review regarding Defendants State of Arizona, Sheldon, Bowen, Carter, and Coleman's Opposed Motion for Additional Time to Respond to Motion for Preliminary Injunction (Doc. 18) and the Court's Order granting such (Doc. 19).  The Court has reviewed Plaintiff's response to the motion (Doc. 20), received by the Court for filing after the Court's Order.  Upon careful review of the response, the Court affirms its previous Order (Doc. 19).  Accordingly,

　　　　**IT IS ORDERED** affirming the Court's Order (Doc. 19) granting Defendants State of Arizona, Sheldon, Bowen, Carter, and Coleman's Opposed Motion for Additional Time to Respond to Motion for Preliminary Injunction (Doc. 18).

　　　　**IT IS FURTHER ORDERED** affirming that Defendants shall have through **April 18, 2025**, to file their response to Plaintiff's Motion for Preliminary Injunction.

　　　　Dated this 31st day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge