# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV-24-02061-PHX-JJT (DMF)<br><br>**ORDER** |

    This matter is before the Court on "Plaintiff's Motion to Strike Defendants' Second Motion to Dismiss (Doc. 15)" (Doc. 21).[1]  Upon careful review of Plaintiff's motion to strike, the Court will deny the motion to strike without the necessity of a response.

    First, Plaintiff's complaints about the contents of the motion to dismiss are appropriately raised in his response to the motion to dismiss and are not reason to strike the pending motion to dismiss.

    Second, the Court appreciates when counsel and self-represented parties carefully read and adhere to all Court rules.  Nevertheless, the motion to strike fails regarding the formatting issue raised by Plaintiff.  Consistent with the Court's local rule, LRCiv 7.1(b)(1), Defendants' motion contains no more than 28 lines per page and there is adequate space between the text lines in the body of the motion.  Indeed, the line spacing format used on Defendants' motion is similar to the format used by the Court.  The Court

---

[1] Defendant's motion to dismiss at issue is titled "Motion to Dismiss Counts One, Four, Eleven, and Twelve of the First Amended Complaint (Doc. 6) on Behalf of Defendants the State of Arizona, Michael R. Sheldon, Aaron Bowen, Lea'cher Carter, and Unique Coleman" (Doc. 15).

does not need to evaluate the meaning of "double-spaced" in the Court's local rules to rule on Plaintiff's motion. Of course, Plaintiff may use the same line spacing formatting for his response and other filings.

Third, Plaintiff's point about the pages of Defendants' pending motion to dismiss is well taken. For the orderly management of this matter, the Court will not strike Defendants' excess page limits motion. Rather, Plaintiff's response to the motion to dismiss shall not exceed eighteen (18) pages, thereby giving Plaintiff the same number of pages for response as Defendants used for their motion to dismiss. While Plaintiff's motion to strike will be denied, Plaintiff's motion to strike is a good reminder that excess page limit filings require an order of the Court.

Accordingly,

**IT IS ORDERED** denying "Plaintiff's Motion to Strike Defendants' Second Motion to Dismiss (Doc. 15)" (Doc. 21).

**IT IS FURTHER ORDERED** that Plaintiff's response to Defendants' pending motion to dismiss (Doc. 15) shall not exceed eighteen (18) pages, thereby giving Plaintiff the same number of pages for response as Defendants used for their motion to dismiss.

Dated this 31st day of March, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge