Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone:  (602) 542-8347
             (602) 542-7687
Facsimile:   (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona,
Michael R. Sheldon, Aaron Bowen,
Lea'cher Carter, and Unique Coleman

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>    Plaintiff,<br><br>vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>    Defendants. | Case No:  CV-24-02061-JJT-DMF<br><br>**DEFENDANTS' NOTICE OF ERRATA REGARDING RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION (DOC. 25)** |

Defendants' counsel respectfully requests that the Court and Plaintiff take notice of a correction to an error in Defendants' response to Plaintiff's motion for preliminary injunction (doc. 25) that Plaintiff brought to her attention in his reply in support of that motion (doc. 27 at 9).  Plaintiff correctly noted that a word was dropped from the long sentence that appears at the end of Defendants' response.  (*See* Doc. 25 at 11:15-21.)  The inadvertently omitted word is "acknowledge."  Thus, the sentence should read:

[Solan's] balancing of the "minor administrative inconvenience required by law" that Defendants will suffer if Foxy's clone is allowed to live with Solan at the Forensic Hospital, against the "unnecessarily prolonged hospitalization and protracted involvement in the criminal justice system" that he will continue to suffer if she is not, assumes a likelihood of success on the merits of his ADA and Rehab Act claims that he has not established and reflects a fundamental failure to *acknowledge* the consequences of his own actions and choices.

(Doc. 25 at 11:15-21 corrected.)

Respectfully submitted this 2nd day of May, 2025.

                                        Arizona Attorney General's Office

                                        /s/ Ann Hobart
                                        Ann Hobart
                                        Jordan Kendall
                                        Assistant Attorneys General
                                        Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 2nd day of May, 2025.

Mailed and emailed this 2nd day of May, 2025, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/     Deb Sawyer