| | |
|---|---|
| 1 | **MATTHEW PHILLIP SOLAN** |
| 2 | 501 North Twenty-Fourth Street |
|   | Phoenix, Arizona, 85008-6056 |
| 3 | Tel:   1.970.FOX.9611 |
|   | Fax:   1.970.844.1733 |
| 4 | Email: legal@fox-ranch.com |
| 5 | *Plaintiff in propria persona* |



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan | Case no. CV24-02061-PHX-JJT-DMF |
| *Plaintiff,* | |
| v. | **NOTICE OF SUPPLEMENTAL FILING** |
| State of Arizona, *et al.*, | |
| *Defendants.* | |

COMES NOW Plaintiff Matthew Phillip Solan, and hereby submits the attached Ex Parte Order Granting Plaintiff's Motion for a Reasonable Accommodation, issued on April 29, 2025, by the Williams Justice Court in *Fox Ranch, LLC v. Outlaws Diesel RV Equipment Repair LLC, et al.,* Case No. 2025-000022. Plaintiff is a manager of Fox Ranch, LLC, and is representing the company in that matter pursuant to Arizona Supreme Court Rule 31.3(c)(3). A true and correct copy of the Order is attached hereto as Exhibit A.

**DATED** this 5th day of May, 2025.

                                                    **Matthew Phillip Solan**
                                                    Plaintiff in *Pro. Per.*

I certify that on May 5th, 2025, copies of the foregoing were mailed to:

Ann Hobart and Jordan Kendall
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004

                                                    Matthew Phillip Solan



**EXHIBIT A**

## WILLIAMS JUSTICE COURT, STATE OF ARIZONA

700 W. Railroad Ave., Williams, AZ 86046 – Tel: 928-679-7698

| | |
|---|---|
| FOX RANCH, LLC, *Plaintiff,* v. OUTLAWS DIESEL RV EQUIPMENT REPAIR LLC, *et al.*, *Defendants.* | Case no. 2025-000022 **EX PARTE ORDER GRANTING PLAINTIFF'S MOTION FOR A REASONABLE ACCOMMODATION** |

Plaintiff FOX RANCH, LLC filed an *ex parte* motion seeking a disability accommodation for its manager. Plaintiff presented evidence that its manager, Matthew Solan, is a disabled individual, that his dog, Foxy, is a service animal, and that Plaintiff's manager, Joseph Cowsert, is Foxy's interim trainer. Plaintiff seeks leave for Foxy to accompany Mr. Solan in the courthouse pursuant to 28 C.F.R. § 35.136(a) and A.R.S. § 11-1024(A), and for her to accompany Mr. Cowsert pursuant to A.R.S. § 11-1024(G).

Having reviewed Plaintiff's motion and attached exhibits, the Court finds that Mr. Solan is a qualified individual with a disability, that Foxy is Mr. Solan's individually trained service animal for the purposes of 28 C.F.R. § 35.136(a) and A.R.S. § 11-1024(A), and that Mr. Cowsert is Foxy's trainer for the purposes of A.R.S. § 11-1024(G). The Court further finds that Plaintiff's disability accommodation request is reasonable. Good cause appearing,

**IT IS ORDERED** granting Plaintiffs motion [IN PART:]. Court staff is directed to provide Mr. Solan ~~and Mr. Cowsert~~ access to the courthouse accompanied by Foxy.

DATED this 29th day of April, 2025.

*[signature]*
**Judge Robert Krombeen**

Page 1 of 1