IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew Phillip Solan,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-24-02061-PHX-JJT (DMF)<br><br>**ORDER** |

This matter is before the Court on Plaintiff's May 12, 2025, Notice of Supplemental Filing (Doc. 29). Plaintiff's notice is not an appropriate filing under the applicable rules of procedure. Further, leave of Court has not been granted for Plaintiff to supplement his filings related to his pending and fully briefed Motion for Preliminary Injunction (Doc. 17).[1]

Accordingly,

**IT IS HEREBY ORDERED** striking Plaintiff's Notice of Supplemental Filing (Doc. 29).

Dated this 14th day of May, 2025.

_____
Honorable Deborah M. Fine
United States Magistrate Judge

---

[1] On March 17, 2025, Plaintiff filed a Motion for Preliminary Injunction (Doc. 17). A response (Doc. 25) and reply (Doc. 27) have been filed.