**Solan v. State of Arizona, et al.**
**CV24-02061-JJT-DMF**

**Exhibits to**
**Defendants' Separate Statement of Facts**
**in Support of**
**Motion for Summary Judgment**

| | | Bates Labeled |
|---|---|---|
| Exh. A | Excerpts of Deposition of Matthew Solan | |
| Exh. B | Exhibit 1 to Deposition of Solan February 11, 2020 minute entry concerning Sentencing in *State of Arizona v. Solan*, Cause Nos. CR2017-00848, CR2018-00241, CR201900145, CR2019-00357 (Coconino County Superior Court) | DF2613-DF2623 |
| Exh. C | Exhibit 2 to Deposition of Solan January 30, 2019 Coconino County Sheriff's Office Incident/Investigation Report | DF0494-DF0504 |
| Exh. D | Declaration of Michael Sheldon | |
| Exh. E | Particularized Assessment Report | DF0588-DF0595 |
| Exh. F | Affidavit of Stephen Morris, M.D. | DF0146-DF0149 |
| Exh. G | December 2, 2020 Progress Note | DF0451-DF0452 |
| Exh. H | April 24, 2021 Progress Note | DF0457 |
| Exh. I | April 24, 2021 Progress Note | DF0458 |
| Exh. J | May 6, 2021 Progress Note | DF0461 |
| Exh. K | June 14, 2021 Manumission Ceremony | DF0441-DF0445 |
| Exh. L | August 23, 2021 Progress Note | DF0466 |
| Exh. M | September 1, 2021 Progress Note | DF0467-DF0468 |
| Exh. N | November 22, 2021 Progress Note | DF0477-DF0478 |
| Exh. O | December 12, 2021 Progress Note | DF0479-DF0480 |
| Exh. P | December 11, 2021 Incident Report | DF0436-DF0437 |

**Solan v. State of Arizona, et al.**
**CV24-02061-JJT-DMF**

**Exhibits to**
**Defendants' Separate Statement of Facts**
**in Support of**
**Motion for Summary Judgment**

| | | Bates Labeled |
|---|---|---|
| Exh. Q | Exhibit 16 to Deposition of Solan<br>January 31, 2024 Progress Note | DF1528-DF1530 |
| Exh. R | Exhibit 17 to Deposition of Solan<br>February 21, 2024 Progress Note | DF1548-DF1549 |
| Exh. S | Exhibit 6 to Deposition of Solan<br>May 30, 2024 Progress Note | DF1651-DF1653 |
| Exh. T | Defendant Carter's January 20, 2026, Response to Plaintiff's Request for Admissions | |
| Exh. U | March 12, 2026 Change of Plea Minute Entry in the case of *State of Arizona v. Solan*, Case No. CR2024-135130-001 DT | |
| Exh. V | Exhibit 7 to Deposition of Solan<br>March 7, 2025 Incident Report | DF0688-DF0689 |
| Exh. W | Defendant Coleman's January 20, 2026, Response to Plaintiff's Request for Admissions | |
| Exh. X | July 5, 2024 Request for Service Animal Denial | DF2626 |
| Exh. Y | Exhibit 15 to Deposition of Solan<br>March 30, 2023 Master ITDP Review | DF2654-DF2658 |
| Exh. Z | Defendant Bowen's January 20, 2026, Answers to Plaintiff's First Set of Non-Uniform Interrogatories | |
| Exh. AA | Defendant Sheldon's January 20, 2026, Response to Plaintiff's Request for Admissions | |
| Exh. BB | State's RFA Responses | |
| Exh. CC | Exhibit 14 to Deposition of Solan<br>April 25, 2022 Psychiatric Annual Assessment | |