# EXHIBIT R

Ex No.: 17
Solan, Matthew
02-04-2026 GL
Jennifer Honn, AZ 50885

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Progress Notes

Report Dates: 09/01/22 to 11/24/25

**Patient Name:** SOLAN,MATTHEW **ID:** 35310 **Episode:** 1 **D.O.B.:** [redacted]
**Age:** [redacted] **Sex:** Male **Admission Date:** 04/01/20

**Written By:** Steven Kwoh - MD
**Note Type:** Psychiatric Monthly Medication Review
**Written On:** 02/21/24
**Note Time:** 11:16 AM

**Progress Note For:** New Service

**Group/Individual Interventions:** Individual

**Service Description:** ENCOUNTER (**ENC**)
**Service Date:** 02/21/24
**Service Duration:** 30

**Service Program:** Forensic Rehabilitation
**Practitioner:** Kwoh,Steven
**Independent Note Date:**

**Goal/Intervention that is Addressed in Progress Note**
Problems-> Psychiatric Issue
Long Term Goal(s)-> Matthew will continue to engage in discussion about his psychiatric symptoms, and share one appropriate communication skill he has used with Hospital staff..
Short Term Goal(s)-> Matthew will be open to accepting recommended treatment and testing.

Interventions-> The assigned psychiatrist will meet with Matthew twice a month in team or individually to assess his mental status and behavior and prescribe appropriate psychiatric medications and educate him about their benefits and common or significant side effects.

**Progress Note**

Progress Towards Treatment Goals:

Matthew Solan
Threatened to "break Susan's neck and slam her head into the wall" and ongoing racial derogatory statements. He was offered to be seen with his primary treatment team to review his ITPD but he declined to come because he rather sleep. He is not meeting his goals of symptom reduction, accepting recommended treatment as he doesn't see his behaviors and psychiatric symptoms as problematic for him. He had 2 virtual visits from his cloned dog, Foxy and has another coming up this week. He purposely sleeps during the day and requests treatment members come to see him at night. When educated how it's hospital rules of closing dorms during active treatment time during the day so that patients go to groups and not just sleep all day, he considered this a threat saying it was retaliation but then argues he doesn't receive treatment despite being offered during the day.

He has been declining prescribed NAC and Carbamazepine. Therefore, not meeting his recommended medication adherence goal. He becomes angry at the suggestion he should consider more traditional treatment due to lack of insight.

Mental Status:
Matthew describes his mood as, "Same." He does not report any psychotic symptoms including delusions or

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Progress Notes

Report Dates: 09/01/22 to 11/24/25

**Patient Name:** SOLAN,MATTHEW **ID:** 35310 **Episode:** 1 **D.O.B.:** [redacted]

**Age:** [redacted] **Sex:** Male **Admission Date:** 04/01/20

perceptual problems. Self describes himself as an "asshole" at times but says that's the only way he can advocate for himself and gets what he wants. He admits to purposely threatening others to fashion his team or other around him the way he wants. He is eating and sleeping well. Insight - poor - doesn't accept recommende treatment or attend available groups offered. Judgment - poor - makes verbal threats. No SI/HI/AWOL ideations

Pertinent Laboratory/Diagnostic Tests/ Medical Issues of Concern:
01/26/23: CMP WNL; Cholesterol = 228, Tri = 237, LDL = 110.6

Psychiatric Medications Review: I have reviewed all of the current psychiatric medications, indications, and side effects:
Yes.

Psychiatric Medications Changed or Initiated Since the Last Monthly Medication Review:
None

Diagnoses:
Autistic Spectrum Disorder
Mixed Personality Disorder With Narcissistic and Antisocial Features
Trichotillomania

DTS Risk:
Low In Hospital
DTO Risk:
Moderate In Hospital despite DTO verbal threats
AWOL Risk:
Moderate in hospital despite saying he shouldn't be here.

Patient Education Provided:
On available hospital programming.

Plan:
Continue current ITDP
Continue NAC 1200 mg PO BID off-label for Trichotillomania - appears to help when adherent.
Matthew is not engaging in many recommended treatment modalities by his choice such as rehab groups and activities, routine medications, as he requests treatment outside of what is available.
Recommend routine room searches

---

**Is Patient on Two or More Antipsychotics?** No

**Were Any New Medications Started?** No

---

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

# EXHIBIT S

Ex No.: 6
Solan, Matthew
02-04-2026 GL
Jennifer Honn, AZ 50886

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Progress Notes

Report Dates: 09/01/22 to 11/24/25

**Patient Name:** SOLAN,MATTHEW **ID:** 35310 **Episode:** 1 **D.O.B.:** [redacted]
**Age:** [redacted] **Sex:** Male **Admission Date:** 04/01/20

**Written By:** Kindra Ochoa - MSN, APRN, PMHNP-BC
**Note Type:** Psychiatric Monthly Medication Review
**Written On:** 05/30/24
**Note Time:** 03:46 PM

**Progress Note For:** New Service

**Group/Individual Interventions:** Individual

**Service Description:** ENCOUNTER (**ENC**)
**Service Date:** 05/30/24
**Service Duration:** 30

**Service Program:** Forensic Rehabilitation
**Practitioner:** OCHOA,KINDRA
**Independent Note Date:**

**Goal/Intervention that is Addressed in Progress Note**
Problems-> Psychiatric Issue
Long Term Goal(s)-> Matthew will be in sustained remission in his psychiatric symptoms related to Autistic Spectrum Disorder, Mixed Personality Disorder With Narcissistic and Antisocial Features, Trichotillomania, and Unspecified Mood Disorder.
Short Term Goal(s)-> Matthew will accept recommended treatment and participate in routine evaluations.

**Progress Note**

Matthew was scheduled for his ITDP meeting today at 11 am. It is the first time meeting with this new treatment team. However, he was sleeping and refused to get up to participate when the unit RN attempted to wake him. His lawyer; Holly and AzSH attorney; Erin joined virtually. Holly requested that his goals be discussed when he is present and for the team to attempt to meet later this afternoon, however part of his treatment team cannot accommodate meeting later as they have additional units and meetings already scheduled. This writer reminde Holly that the schedule for his ITDP has been posted for over a month with the date and time and that he was aware of this meeting and is choosing not to participate. Holly voiced her concerns that Matthew is diagnosed with autism and certain accommodations need to be made regarding his ITDP, such as ensuring he gets his 1: walk, and gets appropriate therapy sessions. Holly was reminded that Matthew was offered therapy services th: were appropriate for ASD, however he refused to attend and fired those team members. He was also provided individual therapy sessions; however, he fired his therapist. Holly was also reminded that the staff engaging in walks is not always available in the middle of the day, will come to the unit when he is available, and Matthew is often sleeping or refuses to go out. Holly is also reminded that our mall is closed when temperatures reach 105 or greater. Holly requested that the walks be moved to the gym, however, she was reminded that this is only possible when other groups are not using the gym for their scheduled time. Holly states that the unit can be disruptive for him, it can be loud with peers arguing and staff fighting each other and that is why Matthew is nocturnal. She states that there isn't as much of that stuff going on at night and he can be up and productive. This writer reminded Holly that Matthew resided in the quietest unit on forensics and peers do not argue or yell between each other, nor is staff arguing between each other. However, this writer states to Holly that Matthew i: difficult to redirect when he throws hot coffee on employees' faces and threatens to bash employees' heads as well as their unborn babies. Holly does not acknowledge these behaviors and states that the staff antagonize him when he is calm.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Progress Notes

Report Dates: 09/01/22 to 11/24/25

**Patient Name:** SOLAN,MATTHEW **ID:** 35310 **Episode:** 1 **D.O.B.:** [redacted]
**Age:** [redacted] **Sex:** Male **Admission Date:** 04/01/20

Month update on Matthews's behaviors:
On 5/12/24: when speaking to a unit RN he asked "What are you going to do to get all these niggers off the unit? Do I have to have to hurt someone or stab someone to get it done? No one listens to me. I have asked numerous times to get these niggers out of my sight due to them causing me PTSD. They are the ones who have physically hurt me. Every day with apes working here or living here causes me harm. The hospital knows my triggers and continues to have niggers work here. I am sick and tired of seeing these apes walking around here. Their IQ is less than 70, and they should not be able to work. They do not do shit! I am to the point where am going to hurt someone. I will cause someone physical harm. I will either kill someone or send them to the hospital. It will happen!". He stated " What if your boss asked you to kill someone? Would you do it? Would you give a lethal injection if you were ordered to?"
I want these niggers gone, and I am going to start with that nigger that worked here last night. I tried to punch her in the face when she told me I did not have a virtual visit that I knew was set up for me. I am supposed to have one every Friday evening. That nigger closed the med window before I could punch her in the face. I scar her, though, when I hit the med window. That bitch is going to die; I want to slice her neck open. I am going to do it either myself or hire someone to do it, but either way, she will die. She needs to get off my unit, which will be how it is done. I want you to write an IR to let them know that this is what they are making me do. I will kill her and other niggers that are not supposed to be here on my unit, causing me PTSD. I am looking into ways tc bring weapons in here. I could get a 3D gun brought in, and you would not even know. I do not plan on shooting just anyone. However, have those security guards come into my room. I will shoot those motherfuckers. I woulc have to change rooms while you all clean the blood off my walls."

On 5/16/24: A social worker was meeting with another patient in the unit conference room and Matthew demanded to use the room. He yelled, "Get her the fuck out I need to make a legal call". Matthew was reminde that the room was to be used for staff when needed, he stated: "fuck her I will bang on the door until she fuckin leaves". Matthew told the unit RN that he "always hated that fucking cunt (the social worker) and he wants her dead". He asked if the unit RN could "call in a hit and have her killed". He stated to the unit RN that he hates "niggers, state employees, police, and crackheads". He also stated that although the unit RN had been able to "manage him, he would kill a nigger and bathe in their blood". He went on to describe in detail how he fantasize about killing and mutilating someone.
5/21/24: up all night, yelling on the unit, using foul language, calling staff and peers names, would not follow verbal re-direction. Went to bed at 6am.

On 5/22/24: A code grey was called after he had thrown his coffee into a BHT's face because the nurse was no available at the time he demanded to speak to her. He went into his room without an escort. He stated that he "felt like stomping the BHT's head and killing her or her unborn child". He was placed on ROU. Phoenix PD was notified and came to take statements from staff and Matthew.
On 5/23/24: Matthew stated to the unit RN "I need you to fuck Mike Sheldon (AzSH CEO) so I can get things done for me. If you fuck him I will get animal-assisted therapy." He also stated "Well will it help to get all these niggers and chimpanzees to stop working here. Like why the fuck are you hiring incapable people. Like the nigger from yesterday she is lucky I didn't break her fucking nose and send her to the hospital. She is lucky I just threw my coffee on her".
Please refer to additional progress notes made throughout the entire month with additional instances of ongoin

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Progress Notes

Report Dates: 09/01/22 to 11/24/25

**Patient Name:** SOLAN,MATTHEW **ID:** 35310 **Episode:** 1 **D.O.B.:** [redacted]
**Age:** [redacted] **Sex:** Male **Admission Date:** 04/01/20

disruptive behaviors, threats, name-calling, and foul language.

He has been declining the prescribed NAC and Carbamazepine. Therefore, not meeting his recommended medication adherence goal. He becomes angry at the suggestion he should consider more traditional treatment due to lack of insight which may assist with agitation, irritability, and possibly overall mood stability.

Labs:
Refuses UDS, no recent labs ordered

Diagnoses:
Autistic Spectrum Disorder
Mixed Personality Disorder With Narcissistic and Antisocial Features
Trichotillomania
Unspecified Mood Disorder

DTS Risk:
High - recent head-banging behaviors
DTO Risk:
High - recent DTO verbal threats to kill anyone who touches his belongings, recent threats to staff on the unit, and recently attempted to punch a nurse through the medication window.
AWOL Risk:
Moderate in hospital - saying he shouldn't be here but has not attempted to AWOL.

Plan-
Will continue to attempt to meet with Matthew to review his ITDP
Will discuss therapy options with Matthew
Will consider pursuing COT as he is not medicated, cycles, stays up for multiple days without sleep, and is disruptive to peers and staff.

---

**Is Patient on Two or More Antipsychotics?** No

**Were Any New Medications Started?** No

---

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

# EXHIBIT T

Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
(602) 542-7687
Facsimile: (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona, Michael R. Sheldon, Aaron Bowen, Lea'cher Carter, and Unique Coleman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew Phillip Solan,<br><br>Plaintiff,<br><br>vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>Defendants. | Case No: CV24-02061-JJT-DMF<br><br>**RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT LEA'CHER CARTER** |

Defendant Lea'cher Carter, through counsel undersigned, responds to Plaintiff's First Request for Admissions to Defendant Lea'cher Carter as follows.

**Request for Admission No. 1:** On one or more occasions in 2024, you made statements, in the Cottonwood day room, to the effect that Plaintiff had engaged in sexual conduct with a dog.

☐ Admit ☒ Deny

**Request for Admission No. 2:** On one or more occasions in 2024, you informed Plaintiff that your boyfriend or husband was a drug dealer.

☐ Admit ☒ Deny

**Request for Admission No. 3:** On one or more occasions in 2024, you made a verbal statement, in the Cottonwood day room, to the effect that the Plaintiff's penis was so small that you would need a magnifying glass to see it.

☐ Admit ☒ Deny

**Request for Admission No. 4:** On June 22, 2024, R.N. Dominick Aldrich directed you not to harass the Plaintiff, to leave the Plaintiff alone, or something to similar effect.

☐ Admit ☒ Deny

**Request for Admission No. 5:** On June 22, 2024, while the Plaintiff was talking to Unique Coleman, you approached the Plaintiff and told him to swing at or hit you.

☐ Admit ☒ Deny

**Request for Admission No. 6:** On or shortly after June 22, 2024, you made a report to law enforcement that the Plaintiff threw hot coffee on your face.

☒ Admit ☐ Deny

**Request for Admission No. 7:** The Plaintiff never threw hot coffee on your face.

☐ Admit ☒ Deny

**Request for Admission No. 8:** Multiple ASH patients made written and/or verbal reports, grievances, and/or complaints of misconduct, harassment, and/or abuse against you in 2024.

☐ Admit ☒ Deny

**Request for Admission No. 9:** In 2024, you were reassigned from the ASH Cottonwood unit, where Plaintiff resided, to another ASH treatment unit, after one or more Registered Nurse(s) complained about your conduct.

☐ Admit ☒ Deny

Respectfully submitted this 20th day of January, 2026.

Arizona Attorney General's Office

/s/ Ann Hobart
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

EMAILED and MAILED
this 20th day of January, 2026, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/ Jordan Kendall

# EXHIBIT U

Clerk of the Superior Court
*** Electronically Filed ***
03/04/2026 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2024-135130-001 DT 03/03/2026

HONORABLE JEFFREY A. RUETER

CLERK OF THE COURT
D. McHardy
Deputy

STATE OF ARIZONA

v.

MATTHEW P SOLAN (001)

MISCHA HEPNER

HOLLY R GIESZL

JUDGE RUETER

TRIAL SETTING

9:07 a.m.

Courtroom SCT 8A

| | |
|---|---|
| State's Attorney: | Mischa Hepner |
| Defendant's Attorney: | Holly Gieszl |
| Defendant: | Presence Waived |

A record of the proceedings is made digitally in lieu of a court reporter.

This is the time set for Final Trial Management Conference.

The parties confirm that a plea agreement will not be reached at this time.

IT IS ORDERED setting a firm trial date of 03/12/2026 at 1:30 p.m. before this Division, to be held at the Arizona State Hospital court room.

LAST DAY REMAINS: 04/09/2026.

9:11 a.m. Matter concludes.

# EXHIBIT V

# QMS · Incident Reports

## Incident Report: ASH-2025-0757

Incident Report · Basic Information

| | | | |
|---|---|---|---|
| **Report Status** | IR - Closed, Other | | |
| **IR Created By** | Domenick Aldrich | **Are you a Behavioral Health Technician** | ○ Yes ● No |
| **Supervisor Dept** | Nursing | **Report Review Supervisor** | Lance Thomason |
| **Date of Occurrence** | 3/7/2025 17:16 | **Systemic Incident Report** | ○ Yes ● No |
| **Date Reported** | 3/7/2025 17:16 | **High Profile or Potential Media Involvement** | ○ Yes ● No |
| **Facility / Unit** | Forensic Campus | Cottonwood | |
| **Location of Incident** | cottonwood | | |

**Hospital Emergency Codes**

- [ ] Medical Alert
- [ ] Code Blue
- [ ] Code Red
- [ ] Code Green
- [ ] Code Silver
- [ ] Code Gray
- [ ] Code Yellow
- [ ] Code Black
- [ ] Code Orange
- [x] None
- [ ] Code White

**Description of Incident or Reportable Event**

Matthew asked this writer to talk for a while because he wanted animal assisted therapy. Matthew was informed that nursing does not provide animal assisted therapy. Matthew discussed how if he does not get enough money by suing the state to "forget how they killed Foxy", then he would "brutally kill all of them and that is a promise not an idle threat." Matthew was noticeably upset as he was clenching his fist and was told that this conversation was not going to be continued as he was upset. Matthew said he was always upset and that he was just having a conversation. The conversation was concluded and Matthew continued to pace. Matthew had been offered multiple times during the conversation to utilize an area such as his room in order to decrease stimulation. When Matthew had calmed down he again demanded therapy while spinning and flipping his hair in a childlike manner. Matthew continued on for approximately 45 minutes with minimal redirection from inappropriate topics while petting his stuffed animal.

**Type of Incident**

| # | Type of Incident |
|---|---|
| 1 | Patient threatening staff |
| 2 | Other significant, unusual or irregular event |

Patients

| ID | Patient Name | Assigned Location | Involvement |
|---|---|---|---|
| [redacted] | Matthew Solan | Forensic Campus / Cottonwood | Antagonist |

Ex No.: 7
Solan, Matthew
02-04-2026 GL
Jennifer Honn, AZ 50885

DF0688

## Staff

| ID | Staff Name | Title | Assigned Location | Involvement |
|---|---|---|---|---|
| 85527 | TABITHA HACKETT | BEHAVIORAL HEALTH TECH LEAD | Forensic Campus / Cottonwood | Witness |
| 154831 | DOMENICK ALDRICH | PSYCHIATRIC NURSE SHIFT SPVSR | Forensic Campus / Cottonwood | Clinical - Nursing |

## Witness/Other Person

## Objects

## 3rd Party Notification

## Attachments

## Reviews

| ID | Department | Assigned User | Review Type | Determination |
|---|---|---|---|---|
| 189570 | Quality Management | Any Supervisor | Quality Management Review | Reviewed - No Recommendations 3/11/2025 9:11:37 AM |

Reviewed By - Karla Masters
Incident reviewed.

| ID | Department | Assigned User | Review Type | Determination |
|---|---|---|---|---|
| 189631 | Social Work | Jelome S. Carlos | Additional Review | Reviewed - No Recommendations 3/25/2025 11:38:23 AM |

Reviewed By - Jelome S. Carlos
No changes to the ITDP.

| ID | Department | Assigned User | Review Type | Determination |
|---|---|---|---|---|
| 189632 | Nursing | Lance Thomason | Supervisor Review | Reviewed - No Recommendations 3/10/2025 10:00:50 AM |

Reviewed By - Lance Thomason
This report was shared with the treatment team Staff will continue to support and offer therapeutic listening when appropriate and productive

| ID | Department | Assigned User | Review Type | Determination |
|---|---|---|---|---|
| 189646 | Executive Management Team | Michael Sheldon | Additional Review | Reviewed - No Recommendations 3/10/2025 9:59:17 AM |

Reviewed By - Michael Sheldon
Forwarded IR to external legal counsel.

# EXHIBIT W

Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
(602) 542-7687
Facsimile: (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona,
Michael R. Sheldon, Aaron Bowen,
Lea'cher Carter, and Unique Coleman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Matthew Phillip Solan,

Plaintiff,

vs.

The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,

Defendants.

Case No: CV24-02061-JJT-DMF

**RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT UNIQUE COLEMAN**

Defendant Unique Coleman, through counsel undersigned, responds to Plaintiff's First Request for Admissions to Defendant Unique Coleman as follows.

**Request for Admission No. 1:** On one or more occasions in 2024, you made statements, in the Cottonwood day room, to the effect that Plaintiff had engaged in sexual conduct with a dog.

☐ Admit ☒ Deny

**Request for Admission No. 2:** On one or more occasions in 2024, you made statements, in the Cottonwood day room, to the effect that Plaintiff had engaged in sexual conduct with a dog.

☐ Admit ☒ Deny

**Request for Admission No. 3:** On one or more occasions in 2025, you informed Plaintiff that your boyfriend or husband was in prison and/or a prison gang.

☐ Admit ☒ Deny

**Request for Admission No. 4:** On one or more occasions in 2024 and 2025, R.N. Dominick Aldrich and/or one or more other nurses directed you not to harass the Plaintiff, to leave the Plaintiff alone, or something to similar effect.

☐ Admit ☒ Deny

**Request for Admission No. 5:** Multiple ASH patients made written and/or verbal reports, grievances, and/or complaints of misconduct, harassment, and/or abuse against you in 2024 and 2025.

☐ Admit ☒ Deny

**Request for Admission No. 6:** On June 21, 2025, after being told to stay in the Nurses Station by the Cottonwood Unit Nurse, you approached the Plaintiff, and yelled in his ear.

☐ Admit ☒ Deny

Respectfully submitted this 20th day of January, 2026.

Arizona Attorney General's Office

/s/ Jordan Kendall
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

EMAILED and MAILED
this 20th day of January, 2026, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/ Jordan Kendall

# EXHIBIT X

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

July 5, 2024

Matthew Solan
Forensic Hospital - Cottonwood Unit
501 North 24th St.
Phoenix, AZ 85008

**Re: Request for Service Animal**

Dear Mr. Solan:

The Arizona State Hospital Administration (herein, "Hospital") is in receipt of your letter, dated June 13, 2024, addressed to the Hospital Chief Executive Officer (CEO). The Hospital has extensively reviewed the Americans with Disabilities Act (ADA) regulations on service animals as part of its consideration of your initial and most recent request. The Hospital will not modify its existing policies, practices and/or procedures to allow for a service animal at the Forensic Hospital for several reasons:

- The Hospital has legitimate concerns that, based on your own personal statements, your past relationships and interactions with a "service animal" have not only been counter-therapeutic, but also inappropriate (sexual in nature). In no way will the Hospital facilitate such illicit and illegal behaviors.
- The facilities maintained by the Hospital, including the Forensic Hospital, are secure facilities and not accessible to the general public. Furthermore, the Hospital ONLY provides health care services at its facilities to individuals who are under court order for treatment (i.e., the Hospital does not provide health care services to the public at large).
- There are legitimate medical and safety reasons to exclude a service animal from the Hospital.
- The presence of a service animal within an Arizona State Hospital facility would require the alteration of services, programs, and/or activities and would fundamentally alter many typical functions of the Hospital.
- The proper handling of a service animal, including the toileting, feeding, grooming and veterinary care could not feasibly be provided at the sole responsibility of the patient. Such activities would require additional staff resources and coordination.

Sincerely,

Arizona State Hospital Administration

Cc: Erin Cohen, Assistant Attorney General

# EXHIBIT Y

Date Created: 03/30/2023 at 05:22 PM MST
Form Name: Master ITDP Reviews (Scheduled)
Client's Name: SOLAN,MATTHEW (000035310)
Client's DOB: [redacted]

Arizona State Hospital
Phoenix, AZ

## Master ITDP Reviews (Scheduled)

**Select Master ITDP:**

(CURRENT) Entry Date: 2023-03-02 --- Entry Time: 09:57 AM --- Entered By: Jelome Carlos - Health Plan Coordinator --- Plan Date: 03/02/2023 --- Plan ID: TXC66535.00001

**Date of Review:**

03/29/2023

**Review Duration (minutes):**

30

**Does Patient have a specific projected Discharge Date?:**

Yes

**Projected Discharge Date:**

08/01/2026

**Patient in Attendance?:**

Yes

**BHMP:**

Yes

**BHMP Name:**

Dr. Steven Kwoh, MD

**Att. Psych:**

N/A

**Nurse:**

Yes

**Nurse Name:**

Domenick Aldrich, RN

**SW:**

Yes

**SW Name:**



Ex No.: 15
Solan, Matthew
02-04-2026 GL
Jennifer Honn, AZ 50885

Date Created: 03/30/2023 at 05:22 PM MST
Form Name: Master ITDP Reviews (Scheduled)
Client's Name: SOLAN,MATTHEW (000035310)
Client's DOB: [redacted]

Arizona State Hospital
Phoenix, AZ

Stella Hutchinson, LMSW

**Rehab:**

No

**Psychologist:**

Yes

**Psychologist Name:**

Susan Rigau, Psy.D

**Therapist:**

N/A

**PCP:**

No

**Other(s):**

Yes

**Other Name(s) or Information:**

Terra Morgan, Patient Advocate

**RBHA:**

No

**Guardian:**

N/A

**CM:**

No

**OHR:**

N/A

**Family:**

No

**Attorney:**

No

**Other(s):**

N/A

Date Created: 03/30/2023 at 05:22 PM MST
Form Name: Master ITDP Reviews (Scheduled)
Client's Name: SOLAN,MATTHEW (000035310)
Client's DOB: [redacted]

Arizona State Hospital
Phoenix, AZ

**Link LTG's:**

Yes

**Summary of Progress Since Last Review:**

Date of Last Review: 01/23/2023

Long Term Goals:

(PSYCHIATRIC ISSUE) Matthew will continue to engage in discussion about his psychiatric symptoms, and share one appropriate communication skill he has used with Hospital staff. Per report Patient is not taking any routine medications and is meeting his goals this month. Patient expressed not being willing to accept recommended treatment outside of animal assisted therapy. Patient reports that he does not agree with the terminology of the animal assisted intervention on the treatment plan. He was not agreeable to a change use of a scale to measure his mood however accepted a goal relevant to positive things he does for people although advised that would only occur for a specific reason. He also expressed feeling that his issues are "legal" and not "psychological." Continue goal.

(PSYCHIATRIC ISSUE) Matthew will be willing to participate in opportunities that enhance his social skills to progress to a less restrictive environment and strengthen his community supports. Patient declined to engage in any activity that was "socializing" and cited "over stimulation" therefore he has "no intention of participation." He also stated that his progress toward a lesser restrictive setting should not be based on his social interactions. When asked how he might manage a conflict without becoming verbally aggressive or threatening he said, "I resort to the method that has a beneficial result." Patient has declined to attend or participate in rehabilitation groups although has accepted social interaction with rehab as can be provided on a 1:1 basis. Continue goal.

(MEDICAL ISSUES) Matthew's health and hygiene will improve as evidenced by improvement in BMI, lipids, BP, frequency of headaches and overall appearance in the next 90 days.

There was no medical report available and Patient questioned why there were medical goals on this treatment plan. Continue goal

**ITDP Requires Change or Update?:**

Date Created: 03/30/2023 at 05:22 PM MST
Form Name: Master ITDP Reviews (Scheduled)
Client's Name: SOLAN,MATTHEW (000035310)
Client's DOB: [redacted]

Arizona State Hospital
Phoenix, AZ

Yes

**LTG (BHMP/Attending Psychologist to provide changes):**

No

**STG/Interventions:**

Yes

**Staff Responsible for Communicating Changes:**

SW, Psychologist

**Staff Name Changes:**

Yes

**Other Recommended Changes:**

Yes

**Other Information:**

Per psychology treatment planning note.

Change responsible staff from Samantha Weipert to Stella Hutchinson on LTG 2.

Discharge Goals: Replace PSRB with under "the superior court of jurisdiction."

**Patient Ready for Discharge?:**

No

**Not Discharge Ready:**

Maintain ALL Current Barriers

**Not Ready for Discharge Information:**

Discharge Barriers/Treatment Barriers/Risk Factors: History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Plan (check all that apply):**

ITDP to be updated as applicable, Next ITDP Review to be scheduled-30 day

**Patient is in Agreement with Updated ITDP?:**

No

**Brief Explanation:**

Date Created: 03/30/2023 at 05:22 PM MST
Form Name: Master ITDP Reviews (Scheduled)
Client's Name: SOLAN,MATTHEW (000035310)
Client's DOB: [redacted]

Arizona State Hospital
Phoenix, AZ

Patient verbally expressed not being in agreement with his treatment plan, reporting "I have no intent of meeting any of it." Patient was informed of his right to appeal his ITDP.

**Guardian is in Agreement with Updated ITDP?:**

N/A

**Brief Explanation:**

Patient is his own guardian.

**Draft/Final:**

Final

---

Electronically Signed by: STELLA HUTCHINSON on 03/30/2023 at 05:22 PM MST Author