**EXHIBIT A**

# DECLARATION OF MATTHEW PHILLIP SOLAN

I, Matthew Phillip Solan, hereby declare under penalty of perjury that the following statements are true and correct, and if called upon as a witness, I would testify as follows:

1. I am over 18 years of age, fully competent to testify to the facts as set forth herein, and make this declaration based on my personal knowledge and experience.
2. After signed a plea agreement under duress and subject to numerous misrepresentations regarding ASH's ability to treat me, the Coconino County Superior Court involuntarily committed me ASH under a finding that I was guilty except insane ("GEI") on one count of aggravated assault.
3. The law, as it was explained to me prior to entering the GEI plea, and as I understand it now, states I am committed to a hospital for treatment, not incarcerated in a prison for punishment. I have never been incarcerated for a crime; my confinements have consisted in pre-trial detention and involuntary commitment to mental institutions.
4. In 2019 I refused to get out of my truck and shot myself in the femoral artery after I was ambushed by armed men claiming to be Sheriff's deputies, who violently assaulted my driver, Amanda Hernandez, while she was attempting to cooperate with their demands. I never considered this an "armed standoff," I considered it an act of state terrorism. For maintaining that position then, as I do now, the County-appointed mental health evaluator opined I may be "insane."
5. My former service animal, Foxy ("Foxy I") who was the subject of Solan v. Arizona State Hospital, *et al,* CV20-02209-PHX-JJT-MHB ("Solan I"), perished on July 13, 2022, and Solan I was dismissed with prejudice as moot due to Foxy I's passing.
6. I paid ViaGen Pets and Equine to clone Foxy I. A cloned puppy was born on November 9, 2023 and named Foxy ("Foxy II").
7. On August 14, 2024, I filed Solan v. State of Arizona, *et al.,*CV24-02061-PHX-JJT-DMF ("Solan II"). Solan II pertains, *inter alia,* to ASH's exclusion of Foxy II.
8. I do not become enraged or explosive when confronted with people telling me to do things I don't want to do. I sometimes have autism meltdowns when it gets too loud.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

9. I do not have a disdain for rules, laws, and social norms. As an autistic savant and computer programmer with 28 years of programming experience, I think and live it terms of procedural rules; that is what has made it easy for me to deconstruct and comprehend the U.S. legal system. I have studied law for multiple hours, nearly every day since April, 2020, successfully litigated numerous legal actions, formed and remotely managed numerous business entities since being confined at ASH; I have and engaged in interstate and international commerce while confined in ASH, including negotiating purchases of construction equipment and retail merchandise with Chinese manufacturers, corresponding with shipping brokers, and providing customer support for equipment sold by Fox Ranch, LLC over ASH's telephones. I do not like humans, but I am capable of working with them and navigating their arbitrary social constructs, though I typically elect to do so only in a business context.

10. I do not engage manipulation or deceitfulness; in commerce, your word is your bond, and while the companies I manage have adopted aggressive expansionist policies, I take pride in running my businesses honestly.

11. I do not possesses an inflated sense of my own importance or a deep need for attention and admiration. I understand my strengths and weaknesses, and could care less what an asylum full of mental patients and blue collar health workers think about me. I do not regard others tools to obtain my needs; I have deep respect for the natural world, especially foxes, Pomanians, and trees. I have extensively studied machine learning, industrial automation, and autonomous systems engineering since 2012, and I have engineered the constellation of Fox Ranch companies I manage to largely utilize machine intelligence and closed-loop automation over human labor. Like many U.S. billionaires, I support human population reduction and the gradual replacement of human labor with industrial automation and artificial general intelligence. I don't want to control humans, I want them to leave me alone.

12. My treatment goals have never been to "to engage in discussion about [my] psychiatric symptoms, and share one appropriate communication skill he has used

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

with hospital staff" or to "be willing to participate in opportunities that enhance his social skills to progress to a less restrictive environment and strengthen his community supports." ASH staff made these goals up, added them to a piece of paper they called a "treatment plan," and asserted the paper was my "treatment plan." My former attorney, Holly Gieszl and I repeatedly informed ASH's treatment teams that we were not in agreement with, and I did not consent to their treatment plans, because the plans did not meet my individual needs, and omitted and accommodations and services needed to treat my Autism.

13. I do not dispute that ASH staff provided me "a letter" on or about May 5, 2022, but ASH did not conduct the "required" assessment. Aaron Bowen's particularized assessment letter 1) enumerated policies that might need to be altered without explaining why any of those alterations were required or how the alterations would impose a substantial burden, and 2) made numerous unfounded and defamatory allegations on my character and falsely accused him engaging in or intending to engage in sexual conduct with my former service animal. The letter did not attempt to explain how Foxy, specifically as distinct from other service dogs generally, would be disruptive to the health and safety of other patients on my treatment unit, and did not include an assessment of individual patients at my housing unit, the effect Foxy may have on them, or the probability that injury would actually occur to them; it did enumerate policies that may need to be altered, but did not explain why any of these alterations were required or how the alterations would impose a substantial burden on the State.

14. Having Foxy I at live with me at ASH would not have gotten in the way of my behavior health treatment, and having Foxy II live with me at ASH would not have gotten in the way, and will not get in the way of my behavioral health treatment. I previously utilized Foxy I to ameliorate the detrimental effects of my Autism and PTSD; the work and tasks she performed for me drastically improved my independence, functioning, quality of life, greatly enlarged my access to community

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

services, and allowed me to participate fully in outpatient therapy and actually engage with my providers, for the first time in the 20+ years my family had tried, and failed to get me to engage in therapy.

15. Foxy I was easily controlled by my verbal and nonverbal directives and did not need to be tethered. In 2015, I made a solemn pledge, out of respect for Foxy I, not to put her on a leash unless absolutely required. In order to do that, I put in extensive work training her to respond to verbal and nonverbal commands, exposing her to all manner of stimuli and situations while she was untethered, and applying positive reinforcement to encourage her to stay by my side nonmatter the distraction. As a result, I never kept Foxy I on a leash at any time between 2016 and the date of my arrest, and she never wandered or caused any trouble for anyone. At home and in hotels, I would routinely instruct Foxy I to go outside, relieve herself, and come back in. Even in busy hotels, I could open the door and stand on the balcony; Foxy I would walks past people standing on the balcony, find the stairs, walk down them, look for cars, cross the parking lot, pee on the grass, turn around, walk back up the stairs and jump onto the bed without any further prompting from me. Nobody at ASH every asked me if a tether was necessary to control Foxy I. After Foxy II was born, I gave Joseph Cowsert explicit instructions on how to train Foxy II to perform off-leash as well. In early 2024, Cowsert and I routinely discussed Foxy II's progress learning how to heal without a leash, return when called, and respect direction to heal, come, sit, get on the chair, get in the car, etc. Fox Ranch, LLC purchased 4G-LTE security cameras and Cowsert installed them at the ranch. I routinely reviewed security footage, and witnessed Foxy II interacting with Cowsert on the security footage every week. She was never on a leash. When she wasn't sitting in Cowsert's lap while riding our ATV, she followed Cowsert around without straying, would stop and lay down whenever he stopped. Based on what I have seen in the videos and heard from Cowsert, Foxy II is following the same behavioral patterns and behaving herself in the same manner I trained Foxy I to behave. Foxy

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

II, like Foxy I, could easily be managed by voice control. Nobody at ASH ever asked me if Foxy II could be controlled without a tether. Nobody at ASH asked me anything about the logistics of housing Foxy II at ASH after I made my June, 2024 accommodation request. Even if a tether was desirable, there are plenty of non-ligature means to tether Foxy II. For example, a chain of Velcro strips could be fashioned into a breakable leash. Also, I possess, and a majority of patients at the Forensic Hospital possess shoe laces long enough to serve as a short leash.

16. I could have easily cared for Foxy I, and can easily care for Foxy II at ASH with minimal to no assistance from ASH staff. I can walk Foxy II, pick up after her, feed her, bathe her, and perform all of her day-to-day maintenance without assistance, just as I did for Foxy I while living alone with her prior to our forced separation in 2019. The only assistance I would require form ASH staff is accessing ASH's secured outdoor spaces several times each day for toileting and exercise purposes. Opening a door so I can access ASH's secured outdoor space is not care or supervision, it is a normal staff function that staff do for me multiple times a day. And if I ever became unable to manage Foxy II's care or supervision, Cowsert or one of my attorneys would pick her up, and my family, or Foxy II's trust, would pay for her care, just as they do now.

17. Foxy I never took gabapentin. A vet prescribed it once for her arthritis, but due to the side-effect profile, Foxy I's caretakers chose to manage her arthritis with fish oil, diet, and exercise, which turned out to be sufficient. Foxy I's "heart disease" medication was a blood pressure drug made for humans and incidentally used in veterinary practice. Foxy II does not have arthritis or heart disease and does not take any medication. If Foxy II ever became so ill as to need veterinary care, Cowsert or one of my attorneys would remove her from ASH, and my family, or Foxy II's trust, would pay for her medical care, just as they do now.

18. I never expressed to "peers," staff, or anyone else a desire to have "intimate relations" with Foxy I. There was never any risk that I would abuse Foxy I, and there is no risk

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

that I would or will abuse Foxy II; I do not abuse animals, and I certainly would never abuse my beloved service animal and venerated familiar, Foxy. I treated Foxy I with the utmost care and respect, and treat and will treat Foxy II with the same.

19. Defendant's counsel sent their digital copy of Dr. Morris' affidavit to me as a PDF file. Upon inspection of the PDF file, I discovered (1) the first page was generated by a word processing program and had not been printed and subsequently scanned; (2) the second and third pages were also created a word processing program and had not been printed and subsequently scanned, and used a different typeface as the first page; and (3) the last page containing the jurat was printed, scanned, and used yet another typeface. In other words, the first three pages, containing the body of the affidavit, were prepared separately from the signature page, and later merged together. I conferred with Defendants' counsel, Ann Hobart about this issue in or around February, 2026, and requested that Defendants disclose a copy of the original document. Hobart informed me her office did not have the original. She told me she was not involved in producing the affidavit, but received it from the private counsel ASH had hired in 2022 to conduct the Particularized Assessment.

20. Foxy I was, and Foxy II is appropriate and necessary for me to engage in treatment and habilitation services. My inability to participate in and benefit from ASH's services is not a personal choice, as ASH implies; ASH's treatment services are provided in overstimulating and overwhelming group sessions in loud, echoing cinderblock buildings, and ASH refuses to provide one on one or small group alternatives. My treatment teams have never told me that I do not need my requested accommodations; they instead claim ASH lacks the fiscal and staff resources needed to provide them. It would not cost ASHs anything to let Foxy II live with me, and the tasks she is trained to perform for me, like the tasks Foxy I performed for me, would enable me to access more of ASH's treatment groups, even if ASH continues to refuse to made other environmental accommodations.

21. The services I require at ASH are ***not*** provided by ASH staff on a regular basis.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

They are not being provided at all. ASH's staff have not met my Autism and PTSD related needs for one day in the last 6+ years. I am discharging from ASH in less than a month and a half, and I feel that my PTSD is worse than when I was first admitted to ASH, that I am more institutionalized, and less able to cope with stress. ASH has done no discharge planning with me, and I feel that I am being dumped out on the street in worse condition then when I arrived, with no new supports or skills to manage my disabilities. The only reason I believe I will be able to succeed upon discharge is that Foxy II will be there to assist me and protect me from myself.

22. I was not admitted to ASH to "learn how to better get along with people." When I was in plea negotiations I was not told I would be expected to, and never agreed to learn how to get along better with people. I was told during plea negotiations, and the law was explained to me at the time, that I was going to be committed to ASH to treat the psychosis I had experienced in 2019, and would released back to the community as soon as my psychotic condition was stabilized. My attorney told Judge Reed at sentencing that I was already stable in jail, and would likely return to probation in Coconino County after a few months of being at ASH. I no longer suffer from Schizoaffactive disorder and have not been treated for psychosis at ASH.

23. Foxy I did help me become more independent, but I never told Dr. Morris that I acquired Foxy I to remove myself from a co-dependent relationship with my mother.

24. I love the natural world. I especially revere foxes, Pomeranians, and trees. I do not like people, I do not have to like people, and I do not intend to start liking people at any time in the foreseeable future. I think humans have become a cancer upon the face of the earth, and are destroying the once-beautiful planet I share with foxes, Pomeranians, trees, and other non-human fauna and flora. The fact that I do not to like people has nothing to do with Foxy II; I like Foxy II because she is not a human, but I do not dislike humans because they are not Foxy II. My affinity with and reference for my spirit animal, the fox, and the fox's domestic counterpart, the red Pomeranian are fundamental aspects of my deeply and sincerely held religious

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

beliefs and philosophical worldview. I am a radical ecocentist, therian, and an adept of esoteric fox magic. I study and practice alchemy, fox magic, and permaculture, research and develop green technologies, support animal welfare and human population control initiatives, worship nature, and venerate fox deities.

25. Nobody has any right to try and "fix" these aspects of my identity, and I refuse to work with any treatment providers who believe my relationship with Nature's God must be held subordinate their statist doctrines. To the extent my spiritual identity or empirically founded political dissent is a "problem" that can or should be "fixed," ASH's unjustified exclusion of Foxy I and II and appalling attacks on my relationship with my beloved service animals have only furthered my disdain for humans, enlarged my alienation from ASH's treatment providers, and engendered further distrust towards Arizona's de facto government and failed mental health and criminal justice systems.

26. Separating me from service animal has not helped, and can in no way help me deal with people in spite of my Autism. I have been separated from my service animals for over 7 years, and in that time I have not gotten better at dealing with people, started liking people, or learned to love big brother. In fact, as a result of the last 7 years of state oppression, I now have absolutely no intent whatsoever to "get along" with people. The Fox Ranch Company purchased a patented silver mine at 12,000 feet in Rocky Mountains near Silverton, Colorado, and I intend to move to that property with Foxy II after I discharge from ASH, precisely to get away from people.

27. Foxy I was not my "pet" and Foxy II is not my "pet." Foxy I was, Foxy II is, all of Foxy's future incarnations will be my service animal, familiar, and permanent life companion. I am a frugal businessman and prudent investor. I would not have spent $53,500 cloning a "pet." Nor would Cowsert and I have established a Colorado trust that raises funds for and mandates a perpetual cycle of cloning Foxy, if she were just a "pet." I have had pets in the past, including parakeets, mice, a rabbit, and common dogs. I may have more pets in the future. Foxy will never be a pet.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

28. I did not tell Dr. Morris or anyone else at ASH that I felt I had successfully established myself in another state attempting to do other things apart from my mother. As of 2022, I had *tried* to establish myself in another state, but instead was arrested multiple times, found insane, confined in an asylum for the criminally insane for 6+ years, and certified totally and permanently disabled.

29. Since I have been confined at ASH, I have not realized that I have capacities I didn't know I had. I have been aware, long before coming to ASH, that I am an autodidactic polymath with an intelligence quotient 3 standard deviations higher than that of the general public, and that I excel in language, logic, mathematical reasoning, computer science, and communication with non-human animals. I am also deeply aware of my disability-related limitations, but choose not to make them a focus my day-to-day life unless it became necessary to request an accommodation for them. I have never been able to hold employment, and while I have performed limited freelance/contract work in the fields of animation and industrial automation, and have been able to start and operate my own small businesses, my sensory sensitivities and atypical modes of communication have alienated me from the vulgar masses and made traditional employment and schooling impossible.

30. I do not yield my innate sovereignty to the agencies that serve me, and I consider Foxy to be my political equal. To that end, I consider Foxy to be my co-sovereign, and all of ASH's staff to be my public servants. I consulted Foxy I and deferred to her preferences in many household decisions, meal planning, and hiking routes, and now, as trustee under the Colorado trust established for Foxy II's exclusive benefit, I hold express fiduciary duties to defer to Foxy II's wishes in such matters. Foxy is someone I wish to share eternity with, to the exclusion of all others, human and canine, and who I have pledged to cherish and serve in perpetuity, through the good times and the bad, in sickness and in health. To that extent, Foxy I was "like a wife," and to that extent I understood, in the Christian faith in which I was raised, the esoteric meaning of becoming the bride of Christ. In esoteric Alchemy, in which I

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

am also well studied, the chymical wedding denotes unification of opposites giving birth the alchemical hermaphrodite. In other words, marriage refers to world building though dialectics: thesis, antithesis, and synthesis. This is the foundation of elemental magic. Even Alchemy, taken in its exoteric form, does not consider marriage in the context contemplated by the vulgar; marriage simply means amalgamation. Hence the motto of Alchemy: *solve et coagula.* Dissolve and bring together. I suppose if ASH staff have helped me with anything, they have helped me appreciate the Sybil's warning in Virgil's Aeneid, "*Procul, O procul este profane.*" In any event, Collin Bennet never asked if I had any sexual contact with or interest in Foxy I, and I never discussed any matters pertaining to my sex life with Bennet. Arron Bowen took Bennet's note completely out of the original context of my discussion with Bennet.

31. I did not tell Johnathan Tekle or anyone else at ASH that and Foxy and I "put our tongues in each other's mouths."

32. I did not tell Tabatha Hackett or anyone else at ASH that if I were to roast Foxy, she would look like a Cornish game hen, but she probably would not taste like it.

33. I did not talk to Tabatha Hackett or anyone else at ASH about sticking my fingers in a dog's butt, and did not state that my hand would not fit because it was too big.

34. In 2023, Tabatha Hackett pulled me aside out of the blue to apologize to me, and told me she had been pressured by the ASH administration in 2021 to write negative reports against me, and that she stopped doing so when she realized she was being "used." I ran into Tabitha Hackett on the ASH Forensic Hospital mall on May 28, 2026 and asked if she wrote a note about me sticking my fingers in Foxy's butt. Tabitha looked at me in disgust, and said she had never written any such note.

35. I never told Harmony Hayes that ASH can't stop me from marrying Foxy I or that Biden passed any particular law. Congress passes laws, not the President, and I did not talk to Hayes about Foxy. I could not stand Hayes, was not afraid to tell her so, and generally avoider her.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

36. The Certificates of Identity Defendants exhibit as DF444 and DF445 were unlawfully seized from my bedroom during a room search. I notified Ann Hobart of this and demanded she return them, but instead she attached them as an Exhibit to her motion for summary judgment and refused to return the originals.

37. The ceremonies and rituals referred to in the note by Jaqueline Bachelier did not involve anything sexual, and would not have caused any harm to Foxy I. "Manumission" and "marriage," with respect to the cited ceremonies, are esoteric terms used in the context of my religious practices. See the discussion on the term "marriage" in the context of esoteric Christianity and Alchemy in paragraph 29 *supra*. Manumission means the freeing of person under the *potestas*, or power of anther, such as a slave would be. I don't want Foxy II to be a slave, and I don't want Foxy I to be a slave or think I considered her to be a slave. I considered Foxy I, and consider Foxy II to be a free moral agent and self-determining individual, capable of holding real property interests and politic rights. *I.e.,* I consider her to be a person, and according the Colorado Uniform Trust Code, the State of Colorado does too. The State of Arizona, on the other hand, has made it clear to me that it does not see me or Foxy as persons having any fundamental rights. I have no faith in the ability of Arizona's corrupt politic leadership to govern the state and do not consent to its attempts to govern me. I have therefore abjured and denounced any claim that I am a citizen of Arizona, and have abjured and denounced, all allegiance thereto, and to the laws and magistrates thereof.

38. I asserted in 2021, as I do now, that the cited ceremonies and rituals are protected under RLUIPA and the First Amendment. Bowen knew this, as Bachelor attached a demand letter from me, stating "[w]hile Foxy [I] is a Service Animal, she is also my Familiar and assist in many of my religious rituals and practices. Foxy's presence is REQUIRED for the manumission ceremony…Pursuant to 18 U.S.C. § 2000cc-1(a), ASH CANNOT impose a substantial burden on my…religious

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

exercise. It would be a substantial burden on my religious exercise for ASH to refuse to accommodate this special ceremonial visit..."

39. I did not tell Jihan McNeal or anyone else that I was saving myself for Foxy, and did not discuss with McNeal or anyone else whether Foxy had or had no consented to intercourse. I reviled McNeal, and she made it clear she hated me. Since the first week I met her, she continually harassed me and accused me of being a racist. McNeal repeatedly told me I was "a criminal" who doesn't deserve the good food ASH serves. During the height of the black lives matter riots, she would wear BLM t-shirts to work and continually tell me and other patients that "all white people are racist." I got sick of it and started exchanging insults with her whenever she would start going off about white people. She encouraged anther patient, Roberto Ortaga to attack me after I insulted her in 2021, and Ortega punched me in the face while she stood by and laughed. I pressed criminal charges and filed a pro se civil complaint against Ortaga for battery and IIED in the Maricopa County Superior Court. I won the suit and was awarded $75,000 in damages, which Ortega has since refused to pay any part of.

40. I did not repeatedly tell my treatment team that I identified as a Pomeranian or that Foxy I was my fiancée. As a therian, I identify as and with a totem animal; for me, that animal is a fox, not a Pomeranian. This has been part of my spiritual identity long before I adopted Foxy I in 2015. For example, nearly every art school project I completed involved anthropomorphic fox characters. My final 3d-animation project at Boston University's Center for Digital Imaging an Arts was a 2-minute animated film starring two anthropomorphic fox characters that I designed and animated in Maya. My online fursona is "Emperor Fox," an anthropomorphic fox philosopher-king. Because I have talked nonstop about Foxy every day I have been confined at ASH, some of the other patients began teasing me and calling Foxy I my "fiancée." It became a running joke, and I thought it was funny at the time; but never endorsed the trope as literally true. I explained this to my treatment team in

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

2021 when they asked about it. My social worker and therapist provided guidance on handling teasing, but never asked me if I actually considered Foxy I to be my fiancée. After Coleman and Carter began berating me with false accusations of bestiality in 2024, I asked the head of my treatment team, Kindra Ochoa, if she believed what Bowen had written in his Particularized Assessment. Ochoa told me that she had no reason to believe I had sexually abused Foxy I, and told me she did not agree with the Administration's narrative. Like Dr. Morris, Ochoa told me repeatedly that she supported me having Foxy at ASH, but it was an "administrative decision" to exclude her.

41. I did not tell Lexie Gallagher or anyone else at ASH that that Foxy I "licks the inside of my mouth and cleans all the gunk from my teeth." If I said anything remotely close to that, I was mocking Gallagher. Gallagher had been harassing me over my refusal to use a plastic toothbrush. Both for religious reasons and due to my autism-related sensory sensitivities, I use Miswak sticks instead of plastic bristle toothbrushes, and Gallaher was trying to pressure me into using plastic toothbrushes instead.

42. I never asked anyone for Viagra. I never said I wanted to have sex with my dog. I never said that he wanted to watch rabbits have sex. And I certainly never said I wanted a Viagra order so I could have sex with my dog and watch rabbits have sex. I am not sexually attracted to dogs or rabbits. I have no has no idea how I could "infer" such things without saying them. Moreover, I was 33 years old in December, 2021, and then, as now, my reproductive anatomy functions just fine without "Viagra." Kenneth Kleman's note is inane, untrue, and ridiculous.

43. I did not tell Taufa that Foxy I was my fiancé. I never said "yeah baby, we are the superior breed my little fox." If I ever said I wanted to "touch" my "baby Pomeranian," I meant it literally: I touch Foxy's fur as a sensory anchor; that is part of her "grounding" work. As I stated at my deposition, "You guys think that I want to just hurt [Foxy] and sexually abuse her? Couldn't be farther from the truth. I treat

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

her as a child. She's my *baby*." I was not referring to my "sexual needs" or my "medical needs," as Taufa infers in her note, when I allegedly brought up "suing the state" for "not accommodating to [my] needs." I was referring to my need for the State to accommodate my Autism and complaining that Taufa's on-unit rehab group was getting too loud.

44. I never stated or suggested that a cloned animal would perform the same "tasks" as its genetic donor by virtue of being a clone. There is no indication in the academic record, as far as have read into it, that somatic cell nuclear transfer cloning replicates neural engrams. The academic record does, however, suggest that a majority of behavioral traits are replicated. I hired All Dogs Unleased and Joseph Cowsert to train rained Foxy II. In addition to paying $53,500 for Foxy's cloning, over $27,000 for has been paid towards Foxy II's training and training maintenance. As I stated above, I am a frugal business man and a prudent investor; I would not have authorized the expenditure of tens of thousands of dollars on training Foxy II if I believed Foxy II was born with Foxy I's task training built-in.

45. I do not believe for a second that ASH denied my request to have Foxy II live with me at the Forensic Hospital for the reasons stated in the Particularized Assessment and Denial Letter. ASH published all of its policies online, and I was able to get a complete copy of the 2026 policy set sent to me. I have reviewed all of ASH's policies. ASH has no written service animal policy, even for the civil hospital. ASH was notified in District Court's March 22, 2022 injunction that a blanket service animal band was unlawful, yet 4 years later it still has not implemented a lawful service animal policy. The State also argued a completely different rationale for excluding Foxy I during the preliminary injunction briefing in 2021 in my first ADA case against ASH, and invented and settled on its current line of argumentation only after I prevailed on my 2021 preliminary injunction motion. In fact, none of the incident reports Bowen relied on existed when ASH excluded Foxy I in 2020. After I requested that ASH admit Foxy II in 2024, nobody at ASH interviewed me or Foxy

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

II's trainers about my, or Foxy II's current needs, qualifications, or status, and I have never spoken with Bowen or Sheldon about Foxy I or Foxy II.

46. Defendants have taken my deposition testimony out of context. It was not merely ASH's 2020 exclusion of Foxy I that made it so I have had trouble dissociating the staff from their exclusion of Foxy, it was Dr. Morris's betrayal of my trust, the disclosure of information from what I believed were private therapy sessions and twisting of that information out of context to support a false narrative that I would harm my believed service animal, and all the other abuses I has suffered in retaliation for standing on my right to a service animal accommodation, that has alienated me from ASH's treatment providers. Those abuses are what made ASH staff my enemy and poisoned every potentially therapeutic interaction with them.

47. I have never told anyone at ASH that I had no intention of participating in activities that were "socializing." I have begged for therapeutic services and has repeatedly requested one-on-one or small groups in lieu of group-based programs due to my Autism-related sensory sensitivities, and have been continually excluded from participation in social activities due to ASH's refusal to make accommodations for my Autism. I have never said my progress toward a less restrictive setting should not be based on "social interaction;" I told the treatment team that progression to a less restrictive setting should not be based on participation in group therapy, in the absence of accommodations for my Autism-related sensory sensitivities. In the absence of such accommodations, I am precluded from participation. I explained it would be unfair, not to mention grossly unconstitutional to restrain my personal liberties solely because of nonattendance at harmful groups.

48. My inability to meet goals ASH staff set for me without my consent was not due to me not seeing my "behaviors and psychiatric symptoms as problematic." My inability to participate in groups was a direct result of ASH's refusal to accommodate my Autism-related needs.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

49. I have never refused to "wake up when offered," have no idea what an "offer" to wake up looks like. I always woke up when staff woke me up, and if they did not wake me up, I woke up when I had enough sleep or somebody else woke me up.

50. I never heard any of my attorneys tell my treatment team that they didn't want my "special" access to my room taken away. My treatment team set up and encouraged my nocturnal sleep schedule and repeatedly stated to me, in front of my attorney, that my nocturnal schedule was an accommodation they were making for my Autism-related sensory sensitivities. When my attorney asked why I was not being given sufficient accommodations to allow him to access ASH's treatment programs during the day, necessitating such backwards schedule, my treatment team threatened to remove the sleep schedule accommodation. My attorney stated that such a threat, if carried out, would be retaliation. I agreed, and stopped asked for services out of fear that I would be forced to a daytime schedule. I eventually was on July 2, 2024, and I have been miserable ever since; it's way too loud.

51. I did not say "I will kill someone today if they come and touch my shit. I will bash 'staff member' in the head.'" I did not punch my hand into my other hand inches from Dr. Kwoh's face I did not say "I will break a neck of an innocent person today so I can get sent to prison and away from all of you."

52. I did not threaten to break Susan's neck and slam her head into the wall.

53. I never declined to attend my ITDP review because I would rather sleep. If I was sleeping during an ITDP review, it was Staff's job to wake me up, as they do with other patients who nap throughout the day. But I do unit staff repeatedly told me, after the fact, that they chose not wake me up because I was grumpy after being woken up, and they didn't want to deal with me being grumpy.

54. I do not believe I ever described myself to Dr. Kwoh as an "asshole." ASH staff and patients have, from time to time, accused me of being an "asshole," and I have responded with a variation of "so what if I'm an asshole?"

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

55. I have not threatened others to fashion my treatment team or others around the way I want them. If my so-called treatment team or anyone else violates my rights and gives me a viable cause of action, I sue them. Prior to suing, I give notice of my claim. ASH's staff do not like getting sued, and retaliate by claiming I am "threatening" staff with litigation; but by the time their telephone game reaches the treatment team, I am being accused of "making threats" For example, when I informed RN Mary Shultz in passing that I was bringing a nursing malpractice suit against her, she reported my comment as a "threat," and my treatment team, without ever even asking me about what I said to Shultz, summarily imposed a 2-week punishment: I was not allowed access to the one outdoor socialization activity I normally attend thrice weekly.

56. I deny saying, "What are you going to do to get all these niggers off the unit? Do I have to hurt someone or stab someone to get it done? No one listens to me. I have asked numerous times to get these niggers out of my sight due to them causing me PTSD. They are the ones who have physically hurt me. Every day with apes working here or living here causes me harm. The hospital knows my triggers and continues to have niggers work here. I am sick and tired of seeing these apes walking around here. Their IQ is less than 70, and they should not be able to work. They do not do shit! I am to the point where am going to hurt someone. I will cause someone physical harm. I will either kill someone or send them to the hospital. It will happen!" If I made any statements to that effect on May 12, 2024, they were made while I was having am Autism meltdown, were made reference specifically to Carter and Coleman, and were made to RN Domenick Aldrich after Carter and Coleman had been harassing and berating me for days in front of other patients with their false allegations that I had engaged in bestiality with Foxy.

57. In May, 2024, I begged Dominick Aldrich to keep Carter and Coleman away from me Aldrich told me he had reported their conduct and tried multiple times to remove Carter and Coleman from the Cottonwood unit, but the "administration" would not

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

allow it. I continued to notify Aldrich of Coleman's ongoing harassment throughout 2025, and he agreed Coleman should be removed from unit, but said the administration would not allow it.

58. I never threw hot coffee in Carter's face. I never threatened to kill or rape her or her unborn baby, and did not call Carter "nigger" during the May 22, 2024 incident. Throughout the day on May 22, 2024, Carter harassed me and berated with false allegations that I had raped Foxy I and wanted to have rape Foxy II.

59. I did not tell Dominick Aldrich that he "felt like stomping on [Carter's] head and killing her or her unborn child." After Carter told Aldrich I had thrown hot coffee on her, Aldrick came and told me that throwing hot throwing coffee onto another person is assault and a DTO behavior. I told him had not done so, and explained what had actually happended. Aldrich said, "Oh. Well, the IR's already written." I do not believe I was placed on ROU that day, as I was able to go to the next scheduled pop run, which patients with ROU "Remain On Unit" status cannot because the soda "pop" machines are off the unit.

60. I have never thrown coffee onto another person, and I have never initiated aggression against another sentient being. I feel that ASH is trying to make me out to be some kind of sociopath, but the truth is, I have Autism and an extensive history of trauma and abuse going back to childhood; I'm weird, I offend people without even trying. But a lot of ASH's staff poorly trained and caught up in more institutional and racial politics than the patients. Instead of owning its shortcoming and trying to work with me, ASH has attempted to throw me under the bus, when all I have been trying to do since day one is get a simple accommodation for my service animal.

61. I deny that there was "never any evidence" that "Carter assaulted [Solan] or was verbally abusive to [him]." My testimony is "evidence." Daniel Alverez' testimony is "evidence." And ASH admitted to deleting all its audio and video recordings of my interactions with Carter and Coleman on May 22, 2024 before AHCCCS

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

referred the grievance to ASH. Those audio/video recordings also contain "evidence" of Carter's abuse. There were at least 4 audio-capable cameras covering the area.

62. I never talked to Sheldon about Carter and Coleman's abuse. Neither Sheldon or Lance Thomason were present when Carter and Coleman were abusing me on May 22, 2024, and I don't see how Sheldon or Thomason could have firsthand knowledge.

63. ASH never advised me that AHCCCS had remanded my grievance to them to investigate, it never notified me of its conclusions, and it never advised me of my right to appeal its decision. Nor did AHCCCS advise me that it had referred the grievance to ASH; I never received any response to my letter to Kristi Baxter, from AHCCCS or from ASH. I assumed that Baxter had simply abandoned me, as I had left her multiple voicemails for her, and she never called me back. I learned about AHCCCS's referral of the matter to ASH, and ASH's determination thereon, for the first time in when Defendants' counsel disclosed the correspondence as part of its initial disclosures.

64. I did not tell Aldrich or anyone else at ASH that if I don't get enough money "suing the state" to "forget how they killed Foxy," that I "brutally kill all of them and that is a promise not an idle threat." I do not have the capacity or the desire to kill the state of Arizona.

65. While Carter and Coleman's harassment was ongoing in 2024, I lodged multiple verbal grievances with multiple nurses on the Cottonwood unit, including, but not limited to Dominick Aldrich and Aquelina Soliz. The gravamen of these grievances was that Carter and Coleman were both harassing me and loudly accusing me of eating "dog p***y" and "dog a**" in front of other patients. ASH policy permits allows patients to make reports of abuse verbally, and Aldrich and Soliz took my reports and told me they had entered them in the computer.

66. I do not deny making more grievances against Coleman in 2025, but I certainly deny that he *only* made Grievances against Coleman in 2025. As stated *supra*, I made multiple grievances against Coleman in 2024 about her harassing and defaming me

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

in front of other patients, and those 2024 grievances were made long before I filed the First Amended Complaint in the instant case.

67. I was not being "verbally aggressive and making racial comments towards [Coleman]" on June 21, 2025. Coleman was attempting to provoke me, Coleman assaulted me on June 21, 2025. Ample evidence exists that Coleman was attempting to provoke me and that Coleman assaulted me on June 21, 2025. A member of the ASH Independent Oversight Committee, Nicholas Oakes, was present and Coleman assault me on June 21, 2025.

68. The ASH IOC investigated the assault, and concluded that Coleman's conduct on June 21, 2025 was grossly inappropriate, that the security video showed Coleman intentionally provoking and assaulting me.

69. By June 27, 2026, Colman had already been removed from the Cottonwood unit for assaulting me on June 21, 2025 and was not supposed to be there.

70. On June 27, 2026, Coleman came onto the Cottonwood unit at evening shift change, walked straight up to me, and started yelling at and mocking me. I did not initiated verbal aggression against Coleman on June 27, 2025. I responded in kind, but did not take "a swing at" Coleman.

71. After Coleman attacked me and triggered a massive meltdown, and I bashed my head into a table and cut myself 35+ times. The ASH Independent Oversight Committee investigated the incident, and substantiated my claim that on June 27, 2025 Coleman was not supposed to be on the unit, Colman intentionally provoked me, and her intentional actions caused a "very negative patient outcome."

72. ASH investigated Coleman's conduct on June 21 and 27, 2025, and found that ASH and Coleman did nothing wrong. I appealed ASH's decision to AHCCCS and filed a procedural protest on the ground that ASH was not allowed to investigate itself under the governing SMI regulations. AHCCCS summarily denied the appeal and protest without investigating them, so I appealed the summary denial to the Office of Administrative hearings. ASH's attorney, Erin Cohen, moved to dismiss the

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

appeal on the basis that "no court" had jurisdiction over ASH. I vigorously challenged Cohen's motion, and she withdrew it. The appeal remains pending.

73. ASH did not transfer me from Cottonwood to Mohave unit because of DTS or DTO behaviors. ASH transferred me in retaliation for reporting Coleman's abuse and ASH's failure to protect me to Arizona Adult Protective Services on June 21, 2025. The then-head of my treatment team, Kindra Ochoa, told me that Michael Sheldon directed her to transfer me to Mohave.

74. As discussed supra, the "treatment goals" stated in the ITDPs ASH forced on me are not and were never my treatment goals. ASH staff made these goals up, and added them to my treatment plan without my consent and over the repeated protests of myself and my attorney, Holly Geiszl, who repeatedly informed the treatment team that I was not in agreement with the treatment plan. My rejection of the inadequate treatment and discharge was memorialized in nearly every written plan.

75. No ITDP review was held on July 3, 2025. An emergency ITDP review was held on July 2, 2025, the day I was subjected to the retaliatory transfer to Mohave unit. I attended the July 2, 2025 ITDP review meeting personally, and my attorney, Holly Gieszl, attended telephonically, and thoroughly reproached Ochoa and Sheldon for the retaliatory transfer. The fact that I attended the meeting and protested the ITDP changes is recorded on the face of the written ITDP.

76. It is my understanding that progression plan was forced upon me against my will specifically to chill free speech. The plan states on its face that all of my property can be confiscated and I will be barred from treatment groups and from using the computer if I engage in "hate speech." Staff have refused to define "hate speech," and have continuously held the clause over my head to coerce me into self-censoring my otherwise lawful political speech. ASH has used this "hate speech" clause to bar me from accessing outdoor socialization activities for two weeks, after I called my male rehab coordinator, Azer, who had been mocking and teasing me, a "bitch." Calling a man a "bitch" is not hate speech, it's a "prison fighting word" I learned

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

from patients who had been to prison. Since then, I have largely avoided rehab staff for fear anything I say will be used to keep me from accessing outdoor recreation.

77. I did not threaten to kill any patient on February 3, 2026 or at any other time. I had previously been granted a Domestic Violence Order of Protection against Mohave unit patient John Benitez, after Benitez threatened to kill me. On February 3, 2025, Benitez assaulted me and without provocation and punched patient Robert Dunn in the face. I notified the nurse, Mary Shultz, of Benitez's assault, and explained to her my concern that if Benitez punched him in the face, like he had done to Robert Dunn earlier that morning, I would be forced to defend himself. I told Shultz he did not want to get in a fight with Benitez, and pleaded with her to keep Benitez away from me. Shultz misreported this is as a "theat." Dunn and I both pressed charges against Benitez, and Benitez was arrested and charged with assault and violating the Order of Protection that day. Benitez was later convicted on both charges about, placed on probation, and returned to ASH. Dunn I filed civil lawsuits against Benitez seeking damages for his assault and IIED, Maricopa County Superior Court civil case nos. CV2026-007082 and CV2026-007696, respectively, which remain pending.

78. Defendants have not disclosed any video evidence from February 3, 2025 to controvert Plaintiff's account despite claiming that "video evidence to the contrary."

79. ASH's treatment team met with me on or about February 5, 2026 to notify me they were summarily punishing me on Shultz's false report that I had threatened Benitez. I told the team that I had not threatened Benitez, that Benitez had assaulted me, and that he had been arrested for doing so. The treatment team told me, "that is not what we were told." I told them that "you were told wrong then," and they said the meeting was over.

80. Upon my admission ASH on April 1, 2020, ASH excluded my former service animal, Foxy I without conducting the individualized assessment required by the ADA.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

81. Prior to my confinement at ASH, I utilized Foxy I to help manage my disabilities and ameliorate the effects of my ASD and PTSD.

82. After Foxy I perished, I sold my house and used the funds to clone her.

83. Foxy II was born at ViaGen Pets and Equine's Rochester, New York facility on November 9, 2023.

84. Foxy II completed professional live-in service dog training course at All Dogs Unleashed in Prescott, Arizona on May 16, 2024. I was in direct communication with All Dogs Unleashed staff throughout Foxy II's stay at their facility.

85. After Foxy II finished her training at All Dogs Unleashed, Joseph Cowsert resumed custody of Foxy II and performed additional task training under the guidance of All Dogs Unleashed. I was in direct communication with Cowsert throughout Foxy II's training with him, and gave him advice and directives on what and how to train Foxy II to perform specific tasks Foxy I had previously performed.

86. While Foxy II was training in May, 2024, I began telling patients and staff on the ASH Cottonwood unit that Foxy II would soon be fully trained service animal, and that I was planning to make a new accommodation request for her to live with me at ASH.

87. I spoke to every patient on the Cottonwood unit, and asked them if they were OK with Foxy living on the unit. Every Cottonwood patient told me they supported Foxy II living on the unit.

88. On or about March 20, 2025, 61 patients living in the ASH Forensic Hospital declared under penalty of perjury that interacting with Foxy II would be "highly beneficial" to them and their rehabilitation.

89. Between October 27, 2021 and December 21, 2022, Dr. Stephen Morris, then acting as my treating psychiatrist, endorsed 21 ASH treatment plans that confirmed my primary strength was that I had "a trained service animal."

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

90. Between February 2, 2023 and April 26, 2024, Dr. Steven Kwoh, ASH's current Chief Medical Officer, endorsed 22 treatment plans confirming that my primary strength was that I had "a trained service animal."

91. Kindra Ochoa endorsed every one of my treatment plans issued since May 3, 2024, and they all confirm that my primary strength is that I have a "trained service animal.

92. Starting around the beginning of May, 2024, Carter and Coleman began harassing me and berating me with false allegations that I had engaged in bestiality.

93. On May 22, 2024, Lea'cher Carter and Unique Colman began taking turns harassing me and loudly proclaiming, in front of the other ASH Cottonwood unit patients, that I am "nasty" and that I eat "dog p****" and "dog a**."

94. On May 22, 2024, I complained to nursing supervisor Dominick Aldrich that Carter and Coleman were sexually harassing me. Aldrich pulled Carter and Coleman into the Cottonwood unit nurses station and talk to them. Aldrich later came out and told me he had directed Carter and Coleman them to stay away and stop harassing me.

95. After Aldrich spoke to Carter and Coleman on May 22, 2024, Coleman temporarily stopped harassing me, but Carter continued harass me and accuse me of having sex with Foxy. It was at this time that Carter asked me, "does Foxy really like it when you stick your nasty d*** in her?" I told Carter that I had never had sex with Foxy, never would, and that what she was suggesting was physically impossible. Carter then loudly rejoined that I could penetrate Foxy because my "d*** is so small you'd need a magnifying glass to see it."

96. At that point I informed Carter that if she did not stop harassing me I intended to sue her for defamation. Carter rolled her eyes, laughed loudly at me said, "come, on lets go call Holly so you can sue me."

97. I instead asked Coleman let in the conference room so her could call my attorney, Holly Gieszl, but Carter stood up and insisted that she be the one to let me into the conference room. Carter continued to hurl insults at me while walking with me to the conference room.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

98. I called Holly but only got her voicemail, so I left the conference room and I went to the Cottonwood unit dining room to get coffee. Carter saw me in the dining room and began walking towards me and yelling.

99. I tried to walk away from Carter, but she followed, yelling "I'm sick of yo s***!". Carter then threw up her hands and said, "come on, attack me so I can call security on yo dumb a**." Doc. 82, Ex. A, ¶ 7.

100. I left the dining room sought out Aldirch to complain of Carter's ongoing harassment, but could not find him. I approached Coleman and asked her to find Aldrich. Coleman glared at me indignantly and shouted, "boy, I ain't gettin' him, you go find him!"

101. Carter then approached me and started yelling. I panicked and threw down a cup of melted ice cubes from my morning iced coffee on the staff table, and went to my room. Carter called a code gray, and Aldrich came to my room a few moments later and told me to stay in the room for a while.

102. The same day, I was notified that had Carter falsely reported to Phoenix Police that I threw coffee in her face. I was later informed that Carter had reported to the police that I had thrown a full cup of hot coffee in her race, and did so because she is black.

103. Without interviewing me, an investigator from Phoenix PD's bias crimes section pressed aggravated assault charges against me, falsely claiming that I had assaulted Carter by throwing hot coffee in her face, and that I did so because of an "anti-african american bias."

104. I was maliciously prosecuted on Carter's false charges for nearly two years. I was told by counsel that Carter eventually admitted I had not thrown hot coffee in her face. Carter's false charges were eventually dismissed with prejudice.

105. Throughout the malicious prosecution, I maintained that I did not assault Carter. I only agreed to plead guilty to disorderly conduct to stop the prosecutor from harassing me.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

106. At the March 12, 2026 change of plea hearing in that criminal case, Holly Gieszl read the factual basis of the disorderly conduct charge into the record:

> "I need to provide a bit of background because of procedural issues in the case, and errors in the police report that led to the State amending the original indictment. Mr. Solan was admitted to the Arizona State Hospital on April 1, 2020. His intake assessment that day was completed by a psychiatrist, Dr. Steven Kwoh, who is now the chief medical officer at the state hospital. Dr. Kwoh noted that Mr. Solan was designated SMI under A.R.S. 36-550. That is the first thing in Mr. Solan's medical record. And it was the first page in the medical records that Detective McDermott received from the hospital. A designation of SMI means that Mr. Solan suffered a metal disability that is so severe and persistent that long-term functional capacities in the activities of daily living, interpersonal relationships, employment, and recreation are affected. Mr. Solan's qualifying mental health disorder for SMI designation is autism and schizoaffective disorder. In December of 2024, Dr. Brim low, a staff psychologist updated the diagnosis, and schizoaffective disorder was eliminated and replaced with post-traumatic stress disorder, PTSD. She found persistent deficits in social communication and social interaction. She found that these deficiencies were indicative of the substantial functional limitations related to Mr. Solan's autism diagnosis. In September of '25, Dr. Kwoh deemed Mr. Solan permanently disabled due to his SMI status and the severity of his mental and cognitive disorders. Mr. Solan additionally is indigent. His family posted bail and retained me to represent him. Due to his SMI status and his substantial, permanent disability, he in not able to work and has no means of support. This is important to the factual basis we ultimately arrived at as the plea in this matter. On May 22, 2024, Mr. Solan had a difficult interaction with a behavioral health technician [Lea'Cher Carter], who was not assigned specifically to him, but worked on the floor.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

Well call her BHJT-1. Over a period of time, she harassed Mr. Solan in front of other patients, talking loudly with allegations the he engaged in bestiality with his service dog Foxy. Mr. Solan reached out to a second BHT [Unique Coleman], we will call her BHT-2, and asked her to summon the nurse and ask the nurse to remove BHT-1. Mr. Solan was yelling and waving his arms. This was in the dayroom, and he did so in a manner that disturbed the peace and quiet of the staff and patients on the unit. He also tossed a partially full cup of cold coffee – not hot coffee – maybe an inch or so of coffee, on a nearby table, and same of the cold coffee splashed on the two BHTs."

107. The Judge asked the prosecutor if the State had "any additions or corrections to the factual basis." The prosecutor said, "No, Your Honor."

108. The prosecutor made no specific objections to the factual basis, and the Superior Court did not strike any portion of the factual basis.

109. The Court accepted the Factual Basis, accepted my plea, and sentenced me to time served.

110. On June 13, 2024, I submitted a request to have Foxy II live with me at ASH as a reasonable accommodation for my disabilities.

111. On July 5, 2024 the ASH administration issued a one-page denial letter, in which it summarily denied my request, stating that "[t]he Hospital will not modify its existing policies, practices and/or procedures to allow for a service animal at the Forensic Hospital."

112. On or about August 12, 2024, I served notices of my claims against the State of Arizona, Michael Sheldon, Aaron Bowen, Unique Coleman, and Lea'cher Carter by certified mail. The notices demanded $33,000,000 in damages for, inter alia, ASH's exclusion of Foxy II, and Bowen, Sheldon, Coleman, and Carter's privacy and defamation related torts.

113. The State of Arizona, Michael Sheldon, Aaron Bowen, Unique Coleman, and Lea'cher Carter admitted that they "failed to pay, adjust, rebut, or respond to" my

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

aforementioned notices of claim.

114. On or about August 14, 2024, I filed CV24-02061-PHX-JJT-DMF.

115. On or about October 13, 2024, I filed an administrative complaint/grievance with ASH's Complaints, Grievances, and Appeals office. ASH summarily dismissed the complaint stating, "In regards to your request to have your personal dog visit or live with you at ASH, this issue cannot be handled through the Hospital's internal complaint process, due to the litigation history…Based on the findings of this investigation, your complaint is dismissed."

116. On November 18, 2024, I filed my Verified First Amended Complaint in CV24-02061-PHX-JJT-DMF.

117. Defendants subsequently admitted that I had exhausted my remedies for the purposes of the Prison Litigation Reform Act.

118. I live from multiple disabilities, including, but not limited to Autism Spectrum Disorder and Post-traumatic Stress Disorder, and Defendants admitted that I suffer from these conditions.

119. Defendants admitted that I is a qualified individual with a disability for the purposes of the Americans with Disabilities Act.

120. Defendants admitted that I is a qualified individual with a disability, also known as a handicapped person, for the purposes of Section 504 of the Rehabilitation Act.

121. Defendants admitted that the State, through ASH, is a recipient of federal financial assistance within the meaning of Section 504 of the Rehabilitation Act.

122. Defendants admitted that ASH denied my accommodation request and stated that "[t]he Hospital has extensively reviewed the Americans with Disabilities Act (ADA) regulations on service animals as part of its consideration of your initial and most recent request," and that the ASH administration proclaimed that "[t]he Hospital will not modify its existing policies, practices and/or procedures to allows for a service animal at the Forensic Hospital."

123. Defendants admitted in their Answer that ASH denied my accommodation request

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

without an updated assessment.

124. When asked in an interrogatory what the assessed duration and severity of the purported risk of me having sexual relations with Foxy I was, Bowen testified that he was "not required to conduct a separate assessment to determine the risk that Solan would engage in sexual conduct with his dog Foxy."

125. When asked in an interrogatory what reasonable modifications to ASH's policies, practices, or procedures, or provision of auxiliary aides or services he considered to mitigate the purported risk of animal abuse, Bowen testified he and "ASH generally, are not required to accommodate a dog and had no grounds to do so."

126. When asked in an interrogatory what current medical or other objective evidence was reviewed, prior to issuance of the Particularized Assessment, to determine the nature, duration, and severity of the purported risk that I would have sexual relations with Foxy I if she were admitted to ASH, the probability that such sexual conduct would actually occur, and whether and what reasonable modifications of policies, practices, or procedures, or provision of auxiliary aides or services might mitigate any risk of abuse, Bowen testified that he was "not required to conduct a separate assessment to determine the severity of the risk that Solan would engage in sexual conduct with his dog, Foxy. That said, Solan's statements, recorded in treatment notes, progress notes, and incident reports were reviewed and indicated that there is a risk that Solan would engage in sexual conduct with Foxy if provided the chance to do so. This risk, however, is completely mitigated through ASH's exclusion of Foxy."

127. The Superior Court order under which I am was committed to ASH requires that I is to be "committed to the Arizona State Hospital and given any treatment necessary to treat [my] mental illness."[1]

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

[1] *See* https://apps.supremecourt.az.gov/publicaccess/minutes.aspx, search "Court" for "Coconino County Superior" and "Case Number" for "CR-201900357"; select hyperlink for "3/12/2020 Minute Entry").

128. Under the latest version of the Diagnostic and Statistical Manual, Version 5 Text Revision, *Other Specified Paraphilic Disorder* (Diagnostic Code F65.89) is set forth as a diagnosable mental health disorder, and states that "[e]xamples of presentations that can be specified using the 'other specified' designation include, but are not limited to, recurrent and intense sexual arousal involving…zoophilia (animals)…that has been present for at least 6 months and causes marked distress or impairment in social, occupational, or other important areas of functioning."

129. I have never been treated for a zoophilic or other disorder related animal abuse, and Bowen and Sheldon knew or should have known that ASH had never treated, attempted to treat, or suggested I be treated for any such disorder.

130. Defendants admitted in their Answer that I have never been treated for a zoophilic or other disorder related animal abuse, and Bowen and Sheldon knew or should have known that ASH had never treated, attempted to treat, or suggested I be treated for any such disorder.

131. When asked in an interrogatory, after determining that accommodating Foxy I would result in a fundamental alteration to the nature of the services provided by ASH, what reasonable modifications to policies, practices, or procedures, or auxiliary aides or services were considered a possible means of mitigate the purported fundamental alteration, and how, and on what basis did you determine that the resources available for the use of funding and operating the services, programs, and/or activities of ASH were inadequate to make such modifications or provide such auxiliary services, Bowen testified that he, "and the ASH generally, are not required to accommodate a dog and no grounds to do so."

132. When asked in an interrogatory, what direct threat did you determine Foxy I, specifically, as opposed to service dogs generally, posed to the patients and staff on my treatment unit, and what evidence did the ASH Administration rely on to make that conclusion, Bowen testified that "[t]he ASH was not required to identify a direct threat that Solan's dog, Foxy would pose."

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

133. When asked in an interrogatory, on what basis was it determined that accommodating a food visit, animal therapy session, or other visitation between me and Foxy I would fundamentally alter the nature of ASH's programs, services, or activities, pose a direct threat to any individual, or otherwise result in a situation where you could lawfully deny my request for a visit with Foxy I, Bowen testified, "[a]nimals are not allowed to visit patient at the ASH. There does not need to be a fundamental alteration or pose a direct threat to deny animals from visiting the ASH."

134. When asked in an interrogatory what the assessed duration and severity of the purported risk of me having sexual relations with Foxy II was, Sheldon testified that he was "not required to conduct a separate assessment to determine the risk that Solan would engage in sexual conduct with his dog Foxy."

135. When asked in an interrogatory what reasonable modifications to ASH's policies, practices, or procedures, or provision of auxiliary aides or services he considered to mitigate the purported risk of abuse to Foxy II, Sheldon testified "ASH was not required to conduct a separate assessment to determine potential modifications of ASH's policies to mitigate the risk that Solan would abuse his dog, Foxy, when that risk was completely mitigated through ASH's justified exclusion of Foxy."

136. When asked in an interrogatory what current medical or other objective evidence was reviewed between June 12, 2024 and July 6, 2024, to determine the nature, duration, and severity of the purported risk that I would have sexual relations with Foxy II if she were admitted to ASH, the probability that such sexual conduct would actually occur, and whether and what reasonable modifications of policies, practices, or procedures, or provision of auxiliary aides or services might mitigate any risk of abuse, Sheldon testified that he was "not required to conduct a separate assessment to determine the severity of the risk that Solan would engage in sexual conduct with his dog, Foxy. That said, Solan's statements, recorded in treatment notes, progress notes, and incident reports were reviewed and indicated that there

Matthew Phillip Solan
501 North Twenty-Fourth Street
Phoenix, Arizona 85008-6056

is a risk that Solan would engage in sexual conduct with Foxy if provided the chance to do so. This risk, however, is completely mitigated through ASH's exclusion of Foxy."

137. When asked in an interrogatory, when determining that accommodating Foxy II would result in a fundamental alteration to the nature of the services provided by ASH, what reasonable modifications to policies, practices, or procedures, or auxiliary aides or services were considered a possible means of mitigate the purported fundamental alteration, and how, and on what basis did you determine that the resources available for the use of funding and operating the services, programs, and/or activities of ASH were inadequate to make such modifications or provide such auxiliary services, Sheldon testified that he, "and the ASH generally, are not required to accommodate a dog and no grounds to do so."

138. When asked in an interrogatory, on what basis was it determined accommodating a food visit between me, my attorney, Foxy II, and Foxy II's caretaker would fundamentally alter the nature of ASH's programs, services, or activities, pose a direct threat to any individual, or otherwise result in a situation where you could lawfully deny my request for a visit with Foxy II, Sheldon testified, "[a]nimals are not allowed to visit patient at the ASH. There does not need to be a fundamental alteration or pose a direct threat to deny animals from visiting the ASH."

139. When asked in an interrogatory, what direct threat did you determine Foxy II, specifically, as opposed to service dogs generally, posed to the patients and staff on my treatment unit, and what evidence did the ASH Administration rely on to make that conclusion, Sheldon testified that "[t]he ASH was not required to identify a direct threat that Solan's dog, Foxy would pose."

140. Defendants misstated my deposition testimony regarding Foxy II's training. When asked if I had personally trained Foxy II, I testified:

"No. So when I got her cloned I did some research on cloning. There's a paper that came out of Korea, in one of the academic papers. They were training–I

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

believe they were bomb-sniffing dogs, and one of the problems with training bomb-sniffing dogs or any police dog, is you don't really know if it's qualified for its task until it's gone through lots of expensive training….So they did an experiment. They wanted to see if we cloned a dog, would it carry on its propensities for sniffing and its behavioral traits of its genetic donor. And they found not only was it just as good as a bomb-sniffing dog, but its personality. Everything about it was almost identical. If it was an alpha it remained an alpha. Its personality traits were–like they could also not tell the dogs apart from reading this paper. So, I mean that was a strong incentive to clone Foxy. I worked with lot of dogs in my day and I've never met one that was as smart and as quick and adept at learning as Foxy. So I sold my house. I put everything on the line to get her back. She's the most valuable thing in my world. And I made myself homeless for her. But it was worth it. And when we got her back, obviously she was a two-month old puppy when she got back to Arizona. I had her flown in from the lab in New York where she was born. Joseph took custody of her as soon as she got to Arizona and started basic house training, got her vaccines and as soon as she was old enough and fully vaccinated where she wouldn't get sick being around other dogs, we sent her to training at All Dogs On Leash in Prescott to formalize all of her basic obedience and advanced obedience and get all the groundwork training done for service dog social etiquette and task training. And then under their instructions Joseph continued her training to work on all the tasks that I had described to him that Foxy had previously done for me. And he was able to carry that out….And so he's done a good job continuing the training that All Dogs on Leash set him to do….So, no, I haven't trained [Foxy II], but I've been deeply involved in the intricacies of her training and care, giving full instructions to All Dogs Unleashed and Joseph who have been operating as my agents. They're not doing anything other than under my express direction.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

So I haven't been physically present for her training, but I've made sure that she received training to do the same things the original Foxy did for when we get back together, and that it's been maintained because I know the original case, Foxy [I] went to live with Angela and she didn't have her training maintained, but [Foxy II] does."

141. Foxy II's task training includes, and at all times material to this action included deep pressure therapy (DPT), alerting, grounding, and social buffing work.

142. Foxy I also performed DPT, alerting, grounding, and social buffing work, and her performance of these tasks and work was instrumental to my independent functioning and participation in outpatient therapy, and substantially improved the quality of my life.

143. I have been training dogs since I was a teenager. I have trained all sorts of dogs, from wolf-hybrids to Chihuahuas. Between 2015 and 2016, I trained Foxy I to perform deep pressure therapy (DPT), alerting, grounding, and social buffing work and tasks for me. These are not natural behaviors of dogs. They are specially trained tasks that required Foxy I, and require Foxy II to detect a stress response or adverse emotional state in me, and respond by physically placing herself in contact with and applying pressure to me by leaning against or sitting on me (in the case of DPT), nudging or yipping at me (in the case of her basic alerting tasks), presenting herself to me and encouraging me to touch her fur as a sensory anchor (in the case of her grounding tasks), and gently interposing herself in between me and others (in the case of her work as a social buffer).

144. As stated above, I hired All Dogs Unleashed and Cowsert to train Foxy II to perform the same tasks Foxy I had previously performed. I provided them detailed information on the tasks Foxy I performed and explicit directives on how I expected Foxy II to perform them, and communicated with All Dogs Unleash staff throughout the process. I also communicated with Cowsert on a near daily basis while he was training Foxy II in 2024, and have communicated with him several

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

days a week since to ensure he is maintaining Foxy II's task training, to provide canine parenting advice, to facilitate purchases of things needed by Foxy II, and to chart Foxy II's animal therapy visits to the senior center. I meet with Foxy II every Friday at 8PM via Google Meets to talk to her and keep her apprised of the ongoing litigation. She sits in front of the camera, smiles, and listens to me talk.

145. Around November, 2024, I directed Cowsert to apply for additional therapy dog certification for Foxy II from the Alliance of Therapy Dogs, a nonprofit organization that certifies thereby dogs for work in hospital settings. I acquired the application forms, filled them out for Cowsert, and mailed them to him for signing, and gave him the phone numbers of ATD's local auditors. Cowsert filed the application and scheduled Foxy II's testing with ATD's auditor, Robin Petrillo.

146. I received a copy of Petrillos' reports shortly after Foxy II finished her third round of auditing. As expected, Foxy II passed the auditing with flying colors, and she and Cowsert were certified by ATD as a therapy animal team on January 10, 2025.

147. ATD's report stated that Foxy II could be safely handled, was clean and well groomed, did not bark at people or other dogs, showed no signs of aggression, accepted stroking of her head, body, and tail, touching of her paws, scratching and petting of her throat, holding of her ears, and being held; and demonstrated appropriate skills to interact with people in animal assisted functions.

148. ATD therefore certified Foxy II to do animal thereby work in hospital settings, extended its $5,000,000 liability coverage to her and Cowsert.

149. As a result of Foxy II's continuous participation in animal therapy activities in 2025 without incident at the Williams, Arizona Senior Center, ATD renewed Foxy II's certification in 2026, and continued her insurance coverage for another year.

150. On June 13, 2024, sent a request for a reasonable accommodation to Sheldon, as CEO of the Arizona State Hospital, requesting that Foxy II accompany me at the Arizona State Hospital.

151. I explained in my June 13, 2024 request that Foxy II my individually trained service

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

animal, explained her task training and why Foxy II was required because of my disabilities, and attached certifications from Foxy II's veterinarians and trainers as to her health, vaccination, and training status.

152. On June 22, 2024, I requested a food visit for my birthday with two of my attorneys, "Foxy Solan, my service animal," and Foxy II's caretaker.

153. ASH returned the form with the writing "No dogs are allowed on Campus" added and the "Approved by CEO" box checked.

154. Besides me, nobody at ASH has ever met Foxy I or Foxy II.

155. The latest version of the Diagnostic and Statistical Manual, Version 5 Text Revision ("DSM-V-TR") describes the criteria for an Autism diagnosis on page 37:

> "Autism spectrum disorder is characterized by persistent deficits in social communication and social interaction across multiple contexts, including deficits in social reciprocity, nonverbal communicative behaviors used for social interaction, and skills in developing, maintaining, and understanding relationships. In addition to the social communication deficits, the diagnosis of autism spectrum disorder requires the presence of restricted, repetitive patterns of behavior, interests, or activities. Because symptoms change with development and may be masked by compensatory mechanisms, the diagnostic criteria may be met based on historical information, although the current presentation must cause significant impairment."

156. Around December, 2024, I complained to my former ASH psychologist, Dr. Amanda Brimlow, that I my Autism was not being treated at ASH, and I needed I should be released to probation or another facility that could treat Autism. On December 30, 2024, Dr. Brimlow handed me a letter to give to the Superior Court judge which stated:

> "Per his records (Dr. Kamean-Silva, in 2000), Mr. Solan was diagnosed with autism when he was 11 years old, and required services in school to address his unique needs. He has difficulties in communication and behavior,

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

resulting in limited ability to communicate, understand, learn, and participate in social relationships. It is this writer's opinion that he still meets the criteria for an Autism Spectrum Disorder diagnosis as an adult. He was psychologically evaluated by Dr. Wirth in 2022, and his diagnosis of Autism Spectrum Disorder was retained. Mr. Solan has persistent deficits in social communication and social interaction across multiple contexts. While he has been a patient at this hospital, he has continued to struggle with appropriate verbal and nonverbal interactions with staff and peers. He has a history of lacking social-emotional reciprocity, and interest in others which has led to difficulties in developing and maintaining relationships with others. He has presented with an inflexible adherence to routine, as evidenced by continuing to refuse to attend groups, to adhere to a typical daytime schedule, and making demands of the staff and his treatment team despite hospital policies. He has expressed hyperreactivity to sensory input while he has been a patient at Arizona State Hospital. He will sleep during the day to avoid noises, states that he requires soundproofing materials to be installed on the unit, and will not attend social groups with others due to being "overstimulated." It is important to note that when Mr. Solan feels his needs are not being met appropriately, he will say racial slurs and threaten to harm or kill others. This is indicative of the substantial functional limitations related to his Autism diagnosis and deficits in appropriate social interactions with others."

157. In June, 2025, I again complained to Dr. Brimlow that ASH was refusing to accommodate my Autism and that ASH should release me to probation or transfer him to a facility that can treat Autism. Dr. Brimlow informed me that she had been advocating for that, and requesting that the ASH administration release me so I could get treatment on an outpatient basis, but that the Administration was resisting her advocacy. When I was transferred from ASH's Cottonwood unit to the Mohave unit on July 2, 2025, Dr. Brimlow was removed from my treatment team without

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

explanation. I protested Dr. Brimlow's removal from the team, but the remaining team members refused to discuss Dr. Brimlow.

158. On July 2, 2025, Julianna Vroman replaced Dr. Brimlow as my assigned psychologist, but Vroman refused to work with me, and refused to discuss making accommodations for my Autism.

159. Around November, 2025 Vroman was abruptly removed from my treatment team. Kindra Ochoa informed me that Vroman was "no longer employed at ASH."

160. Ochoa later informed me that Vroman was not a licensed psychologist and that the ASH administration had terminated her for misrepresenting her qualifications.

161. I went without meeting with a psychologist until on or around the beginning of May, 2026, when Courtney Tully, previously an unlicensed intern, notified me that she had just received her PhD in psychology and was now employed by ASH to work with me as my psychologist.

162. Tully met with me in May, 2026, and informed him that she was replacing the psychology goal Vroman had in my treatment plan with the following goal:

> "Psychology staff will offer a minimum of three documented opportunities for Matthew to participate in treatment planning within a 3 month time frame. Psychology staff will increase patient access to services by offering autism-informed communication and environmental accommodations (clear agenda prior to meeting, predictable meeting structure, reduced sensory stimulation in the environment including dim lighting, direct and literal communication style, and/or extra processing time for responses."

163. At no time before or after Tully added the as a treatment goal that ASH will increase my access to services by offering autism-informed communication and environmental accommodations, did ASH offer actually me autism-informed communications or environmental accommodations.

164. Instead, ASH has continually removed accommodations and services that I previously relied on. Fox example, in 2024, ASH seized my previously-approved

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

noise cancelling headphones and declared them to be contraband, turned off the bathtubs I used to ground and decompress, excluded Foxy II, transferred me from Cottonwood unit, which ASH's CMO previously stated I was housed on as an accommodation for my Autism, to the louder and far overstimulating Mohave unit, and cancelled my single-patient bedroom accommodation.

165. I have continually requested accommodations for my Autism-related sensory needs and demanded that ASH resume the accommodations previously provided, but my treatment teams have repeatedly told me that all of those decisions were made by the ASH administration, that the administration would not listen to them, and that I would have to wait until discharge to access to those accommodations.

166. I was not willing to wait until after discharge from ASH to receive the benefits of Autism-informed treatment services, so I reached out to my circle of attorneys and agents and asked for a referral to an outpatient provider. Sam McCullough at Radian Sun Therapy in Flagstaff, Arizona was recommended I requested and received a copy of his online profile, which indicated he specialized in treating Autism spectrum disorders. I reached out to McCullough in April, 2026 and confirmed his qualifications. I have since established a relationship with McCulloch and began participating in telemedicine therapy with him.

167. McCulloch created a treatment plan and provided a copy to me on May 26, 2026. McCulloch's treatment plan states:

> "Presenting Problem: Matt presents challenges with managing stress and sensory overwhelm. These symptoms are related to his Autism disorder, and also contribute, and can trigger PTSD symptoms, interfering with description making and his physical, mental, and emotional safety. Goal: Matt's goal is to transition out of the State hospital, find stability economically, secure safe housing, ands reconnect with his business and his passion. Matt will work to make connections with the right supports, including regular therapy, and access to his service animal (Foxy) to manage stress, process emotions, and

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

work through this upcoming transition. Objective: Matt will learn and practice skills to help with managing stress and developing awareness and self-care around his sensory system. Matt will participate in therapy and have close contact with his support animal. Matt will also seek out additional supports as needed to treat his PTSD."

168. Dr. Morris allegedly opined in a 2022 affidavit that Foxy I "would only serve to get in the way" of my treatment at ASH, but that that is not what he told me between 2020 and early 2022. In years Dr. Morris worked with me, he never asked how Foxy could improve my access to services, or the effect her exclusion was having. Dr. Morris repeatedly told me that he supported my having Foxy I at ASH, but that it was an "administrative decision" to exclude her, and I should just focus on treatment without her until I "get out."

169. I was admitted to ASH pursuant to a finding by the Coconino County Superior Court that I was guilty except insane. Under A.R.S. § 13-502(A), a person is guilty except insane when, "at the time of the commission of the criminal act the person was afflicted with a mental disease or defect of such severity that the person did not know the criminal act was wrong." The condition that rendered me incapable of forming a culpable mental state, and made me eligible for a GEI commitment to ASH, was psychosis resulting from a Schizoaffective disorder.

170. ASH removed Schizoaffective disorder from my list of diagnosis years ago and has not offered treatment, nor suggested that I requires treatment for a Schizoaffective disorder since 2022.

171. I am an ecocentist, therian, and practitioner of esoteric fox magic.

172. My autism-related eccentricities and do not make me "insane," and the fact that I like foxes and Pomeranians better than people is not going to change; it is fundamental aspect of my sincerely held religious beliefs and philosophical worldview. Neither Dr. Morris, nor anyone else at ASH has any right to try and "fix" this aspect of my identity, and ASH's unjustified exclusion of Foxy and

Matthew Phillip Solan
501 North Twenty-Fourth Street
Phoenix, Arizona 85008-6056

appalling attacks on my relationship with her has only furthered my disdain for humanity and alienation from ASH's providers.

173. Dr. Morris may have wished I could focus on treatment in the absence of necessary accommodations for my autism, but that was unrealistic and in fact that never materialized. As a direct result of ASH's refusal to sufficiently accommodate my Autism-related needs, the most harmful refusal being ASH's intentional exclusion of Foxy I and Foxy II, I has been unable to participate in the gross majority of ASH's treatment programs, service, and activities the entire time I has been confined at ASH.

174. Prior to my involuntary confinement by the State of Arizona, Foxy I enabled me to function independently from my prior family supports, and participate in a meaningful way in outpatient therapy for the first time in 20+ years of therapy.

175. My mother, Arlene Solan, has similarly impeached Dr. Morris' testimony that Foxy I would only serve to get in the way of my treatment. She told me over the phone, and later sent me a declaration stating:

> "Matthew has had special needs his whole life. He attended a special needs preschool from age 3-4, and required substantial supports in elementary school… Matthew had an IEP staring in Kindergarten, and an assigned aide through the third grade…. In the fourth grade, Matthew was diagnosed with an Autism Spectrum Disorder…In the fifth grade, Matthew was removed from public school and placed in a school for Autistic children….In the sixth grade, Matthew continued to decompensate, so my husband I removed Matthew from Pathways and homeschool him until he was awarded a GED in 2010…. Matthew completed a 3d Animation certificate course at Boston University in 2012, but required substantial accommodations from the school to make it through the program. Matthew moved into his Aunt's vacant condo in 2012, and lived there until 2015…During this time, he became very reclusive, and I had difficulty getting him to go out and socialize….On

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

January 5, 2015, I drove Matthew to Brattleboro, Vermont to pick up a his first service dog, Foxy…While Matthew and Foxy were in Massachusetts in 2015 and 2016, I stayed with them sever hours a day on a near daily basis, to help Matthew with various daily living activities. I also took Matthew and Foxy out to socialize, and the three of us would go out to restraints and thrift stores together several times a week….Matthew stopped talking through his stuffed foxes, and began using Foxy as a social buffer which enabled him to communicate more effectively….While I continued to provide Matthew financial support, Foxy enabled Matthew to function independently for the first time, leave the house to socialize without compulsion, and take on more and more responsibilities…. I took Matthew and Foxy to all of Matthew's therapy appointments between 1993 and 2016. Prior to 2016, I accompanied Matthew to all his therapy sessions, otherwise he wouldn't even go in. Before acquiring Foxy as a service dog, Matthew could not effectively engage in any therapy. He would argue with the therapists and could not focus on what they were asking him to do. After Foxy started coming to Matthew's therapy sessions, he was able to begin engaging with the therapists. When become overwhelmed during the sessions, Foxy would jump in his lap without prompting, and Matthew would bury his face in her fur to calm down. As a result, Matthew was able to continue working with the therapist. After several months of attending therapy with Foxy, Matthew was able to start participating in the sessions without me…. From what I have heard and seen, I do not believe ASH has done anything to treat Matthew's Autism. It is my opinion that ASH has made Matthew's mental health worse."

176. I have begged every treatment team I've had at ASH to provide me access to the same treatment services the other patients have access to, and to accommodate my Autism by providing the same content of the treatment groups on a one-on-one or small group basis to reduce the sensory overstimulation and enable me to

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

participate without experiencing the extreme distress the group environments cause.

177. The members of every single treatment team I have worked with at ASH, including, but not limited to Dr. Morris, ASH CMO Steven Kwoh, Kinda Ochoa, and Courtney Tulley, and all have told me that they agree that one-on-one or small group accommodations are necessary, but the ASH administration will not provide them the staff resources to make such an accommodation.

178. In addition to their refusal to accommodate and treat my autism, ASH staff have repeatedly physically, emotionally, and verbally abused and neglected me on countless occasions between while I have been confined at ASH. For example:

179. In or about the spring of 2021, I was assaulted and battered by ASH R.N. Cooper. After filing an assault report with AHCCCS, My grievance was substantiated by AHCCCS, and ASH was required to complete a Corrective Action Plan (CAP).

180. In or about the fall of 2021, I was assaulted and battered on two separate occasions by BHT Dorothy Wilson. After filing an assault report with AHCCCS, AHCCCS again substantiated my grievance, and ordered a CAP.

181. On October 17, 2023, I was violently assaulted by Hospital Security while lying in bed, dragged to seclusion, sexually assaulted in the seclusion room, and then unlawfully secluded for over 2 hours. AHCCCS and APS took up the investigation into the physical and sexual abuse. After over 1½ years of "investigation," AHCCCS sent me a letter stating they could not get the video footage from ASH, and were therefore closing the investigation.

182. On numerous occasions throughout 2024, Lea'cher Carter and Unique Coleman made various lewd and defamatory statements about me and Foxy, in my presence and in front of other ASH patients, including "you eat dog p***y" and "you eat dog a**," and on May 22, 2024, Carter openly made these statements and also declared that my "d*** is so small you need a magnifying glass to see it."

183. After I reported Carter's sexual harassment her supervisor, Carter made a false police report claiming I had thrown a full cup of hot coffee in her face and

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

threatened to kill her, rip out her unborn baby, and rape her baby because he was black. I was indicted and maliciously prosecuted on Carter's false allegations for nearly 2 years. Carter eventually admitted she had lied, and Carter's charges against me were dismissed with prejudice in March of 2026.

184. On or about April 26, 2025, I was suffering from a migraine headache, and attempted to inform Evelyne Bankuwabo, R.N. ("Bankuwabo") the only nurse present, but she was asleep. About 45 minutes later, I returned to see the nurse, but she was still sleeping. I filed a grievance, and on June 10, 2024, the ASH complaints office substantiated the grievance in part, claiming that Bankuwabo was not sleeping, but that the BHT failed to report my medical status to her. Mohave Unit BHT Desmond Enongene notified me that ASH Bankuwabo over the incident shortly after I was transferred to the Mohave unit in July, 2025.

185. On June 22, 2024, ASH BHT Wiley Bunn punched me in the face and shoved me onto the ground while I was sitting and talking peacefully with a female BHT. The ASH Independent Oversight Committee investigated the incident, and substantiated my allegations against Bunn.

186. Later on June 22, 2024, Defendant Unique Coleman began yelling at me and goading me to attack her. When I declined to so, Coleman charged up to me, screamed, and spit in my ear. Nicholas Oakes, a member of the ASH IOC was present ant witnessed the assault by Coleman, and later testified. The ASH Independent Oversight Committee investigated the incident, and substantiated my allegations against Coleman.

187. On June 27, 2025, Coleman burst onto the Cottonwood unit during shift change, walked up to me, and began laughing at me, taunting me, and telling me she was coming back to Cottonwood, and had been told to make police reports against me any time I did "anything." Immediately following the altercation with Coleman, I thought the police were coming to kill me. I then banged my head into the table, then pulled a small plastic placard off the door frame, went into the bathroom, and

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

cut both my wrists, arms, and legs with it. I made 35 cuts in my body. Staff placed me on Close Observation Status for Danger-to-Self behaviors, and assigned a 1-on-1 staff escort to watch over me. The ASH Independent Oversight Committee investigated the incident, and substantiated my allegations, finding Coleman intentionally provoked me and caused a "very negative patient outcome."

188. On September 1, 2023, Sheldon issued the report to the Arizona Legislature mandated pursuant to Ariz. Laws. 2022, Ch. 359, ¶ 3.[2] I received a copy of Sheldon's report and read it multiple times The report states, in pertinent part:

> "As previously indicated, individuals with a Neurocognitive…or a Neurodevelopmental Disorder (i.e., Autism Spectrum Disorder or an Intellectual Disability) require specialized treatment due to the complexity of the behaviors and symptoms that are associated with these disorders. Furthermore, when these disorders are combined with a Serious Mental Illness, the need for specialized care is compounded and oftentimes leads to longer hospitalizations and difficulty discharging to a less-restrictive setting. While preparing this Plan, the Hospital reviewed the prevalence of Neurocognitive Disorders and Neurodevelopmental Disorders across its existing patient population. It should be noted that for both the Civil and Forensic campuses, individuals that had either a Neurocognitive Disorder, a Neurodevelopmental Disorder, or a combination, have been hospitalized for a significantly longer time period than their peers. Specifically, 32.5% of Civil patients and 12.2% of Forensic patients had at least one of these diagnoses and have an average length of stay 2.9 years longer than their peers without a Neurocognitive or Neurodevelopmental Disorder." Id. at 27. Sheldon further stated in his report, "Beyond the above-cited issue with the

[2] *See* Arizona Department of Health Services, Clinical Improvement and Human Resource Plan (Sept. 1, 2023), https://www.azdhs.gov/documents/director/agency-reports/clinical-improvement-and-human-resource-plan-09-01-2023.pdf.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

Hospital's current licensure restrictions, the Hospital is not able to meet the needs of patients with Autism, DD/ID, dementia/neurocognitive disorder, or substance use disorder as primary diagnosis. Appropriately meeting the needs of these populations takes whole teams with specialized training. The Hospital's current allocation meets its needs for the treatment of severe general primary psychiatric illnesses (such as schizophrenia, bipolar disorder, depression, etc.). ASH can address other issues mentioned ift hey are *secondary* conditions, as all clinical staff have basic abilities to address these issues when minor or secondary. Antisocial personality disorder (which is a disqualifying diagnosis for Title 36 court ordered treatment and has no evidence-based treatments for the diagnosis), cannot be treated by ASH regardless of the specialized staff hired." Id. at 27.

189. When I asked in an interrogatory, if "the State admits, in September, 2023, that ASH did not offer clinical services to treat Plaintiff's primary diagnosis of Autism Spectrum Disorder, but now claims that ASH provides such services, explain the nature of those services, and provide the dates such services were provided to Plaintiff, and the names and titles of the licensed providers who provided such services to Plaintiff," Sheldon, responding for the State, testified that "Defendant does not admit, and has not admitted, that the ASH lacks clinical services for treating Autism."

190. In September, 2025, ASH disclosed all of my treatment plans up to that date. Between 2021 and September, 2025, in 85 separate treatment plans, my providers, including Dr. Stephen Morris, Dr. Stephen Jaffe, Dr. Mohammad Bhatti, Dr. Seven Kwoh, Dr. Diana Walyat, and R.N. Kindra Ochoa each stated that having a "trained service dog" was my primary patient strength.

191. At least 54 those plans also recommended "animal therapy" for me as a therapeutic intervention, and all of the plans from 2023 through present have included an animal therapy intervention.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

192. All attempts I have made to acquire accommodations for my autism have been met with resistance or retaliation by ASH staff. For example:

193. After I appealed my treatment plan in 2021 for its failure to meet my autism-related needs, ASH transferred me to another unit and its legal counsel, Erin Cohen, argued before the Administrative Law Judge that the transfer mooted my appeal, as I had a "new" treatment plan. The ALJ rejected ASH's argument, and ordered ASH to add animal therapy to my treatment plan. Since 2023, ASH refused to offer me any animal therapy, even when I facilitated free access to a certified and insured animal therapy team (Foxy II & Joseph).

194. After I appealed my treatment plan in 2023 for its failure to meet my autism-related needs, ASH immediately retaliated by seizing several of my previously approved coping tools. I withdrew my appeal, and the retaliation stopped.

195. I was informed by counsel that after I appealed my treatment plan in 2024 for its failure to meet my autism-related needs, ASH's attorney, Erin Cohen pressured the Phoenix PD to arrested me on Carter's false hate crime allegations. When my mother paid my bond and I returned to ASH, Cohen then pressured Coconino County Adult Probation to petition the Superior Court to send me to prison. The Presiding Judge of Coconino County, the Honorable Ted Reed, was not amused by Cohen's antics, and summarily dismissed the petition, stating the request was improper. Kindra Ochoa then asked me to draft a proposed treatment plan. I provided a reasonable, treatment plan proposal, and ASH added some of the proposed language to the plan, while simultaneously stating it could not implement the changes in its August 26, 2024 treatment plan:

- "Matthews proposed long term goal The treatment team, in conjunction with the patient, his legal counsel, and the hospital administration will determine, in the next 21 days, if the hospital will be able to secure sufficient staff resources and funding to begin treating the patient's Autism Spectrum Disorder in a manner that complies with generally

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

accepted standards of autism care and the patient's unique needs. If the hospital is able to secure sufficient staff and fiscal resources, the hospital and the treatment team will fully implement the remaining goals and services stipulated in this plan no later than November 9, 2024. If the hospital is unable to acquire sufficient staff resources and funding, or the hospital administration refuses to allocate sufficient staff and/or fiscal resources as needed to treat the patient's Autism Spectrum Disorder, or if the treatment team is otherwise unable to acquire the majority of the services stipulated in this plan by November 9th, the treatment team will meet with the patient and his legal counsel and assist them in preparing a petition to the Superior Court to either (a) transfer the patient to a private facility specializing the treatment of Autism Spectrum Disorders, or (b) conditionally release the patient to his caretaker, Joseph Cowsert. Matthews requests cannot be fulfilled by this provider as she does not have the ability to acquire staff. Matthew will meet with this provider weekly to address symptoms of Autism Spectrum Disorder that hinder him from pro-social behaviors. This provider will identify coping skills to adress symptoms that hinder him from pro-social behaviors."

- "Matthews proposed short term goal Patient and his legal counsel will work closely with the treatment team in selecting treatment services necessary to facilltate the patient's ASD habilitation and PTSD therapy at ASH. The treatment team and hospital administration will locate, acquire, and provide to the patient all services, supports, accommodations, and environmental modifications determined by the treatment team in conjunction with the patient and his legal team to be necessary for the patient's effectual habilitation and trauma therapy. The hospital shall not exclude any identified service, support, accommodation, or environmental modification on the basis that the

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

same is not presently available at ASH, or is deemed hospital administration as unnecessary, too expensive, or an administrative burden, but shall add the same whether presently available or not, and shall continually make a good faith effort to acquire the same until the next ITDP review. If, after 30 days, a needed service, support, accommodation, or environmental modification is still unavailable, the treatment team shall, at the next ITDP review, provide a written report to the patient and his legal team detailing the reason the same is still unavailable, the date it is expected to become available, and/or hospital's plan to provide a sufficient alternate. It is outside of the treatment teams ability to alter habilitation/environment modifications. What is available is ensuring that Matthew has a safe place to turn to when he feels triggered such as his room, a quite room, or walking on the patio. Matthew will utilize his safe place, a quiet room, and behaviors identifies in his TIPS sheet when feeling triggered, overwhelemed, or emotionally dysregulated."

- "Matthews proposed intervention The patient will be provided Animal Assisted Therapy (AAT) services, as defined by the hospital's animal therapy policy, at least twice a week as part of his ASD habilitation and PTSD therapy If the hospital is unable to secure a therapy dog within 30 days, AAT will be facilitated using the patient's own service dog, Foxy, not less than once a week, contingent only on her caretaker's availability. If the patient's service dog is used to facilitate the patient's animal therapy, the service shall be conducted in the PSRB lobby, or in such other secured area of the forensic hospital as the hospital shall determine safe and appropriate The treatment team does not have the ability to offer animal assisted therapy, does not have personnel trained to provide animal assisted therapy. The forensic hospital does not have volunteers

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

available to perform.”

- “Matthews proposed intervention The assigned psychiatric provider shall meet with the patient at least once a week to assist the patient in developing, testing, and using his biofeedback system and machine learning (ML) model. The treatment team shall approve the patient's property request for a USB biofeedback interface (e.g., a USB SDR (sic), finger-cuff GSR sensor, and EEG headband) for use with biofeedback software on the the patient computers, which shall be checked in and out from the unit charge nurse like other electronic cables. This is out of the scope and procedures for the treatment team to approve. The psychiatric provider is not trained in using or assisting patients in the development of a biofeedback interface.”
- “Matthews his legal counsels proposed Long term goal: Patient will accept testing and treatment for his autoimmune encephalitis[ AE] variant of ASD. The assigned provider shall seek the informed consent of the patient for any proposed treatment, and shall provide the patient all and any materials necessary for the patient to formulate informed consent. If the hospital cannot provide in-house services needed to treat the patients AE/ASD, the patient shall be referred out to a local treatment specialist who specializes in AE and who is trained in integrated medicine. This long term goal proposed by Matthew : is outside of the medical providers ability to offer. ASD is being managed by his psychiatric provider and Matthew does not have any medical symptoms that would indicate that he has encephalitis. ASH administration does not approve referral to naturopathic institutes. ASH, ASH providers ASH pharmacy practice allopathic medicine and cannot provide naturopathy or monitor any side effects that might occur due to naturopathic treatment.”

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

196. By the next ITDP review September 19, 2025, ASH had removed the proposed language and denial reasoning from the ITDP. Kindra Ochoa told me she had gotten in trouble with the administration for adding my proposed the language.

197. My former attorney Holly Gieszl, Joseph Cowsert, and many ASH patients have personally witnessed my repeated attempts to acquire reasonable accommodations for my Autism, and the retaliation he faced at the hands of ASH for doing so. The patient witnesses have been reluctant to testify, and all of the patients who resided on the Cottonwood unit when Carter and Coleman were berating me with false accusations of bestiality repeatedly told me they "cannot testify," because they "cannot afford to lose [their] levels."

198. Daniel Alverez, another Autistic patient who previously resided on the Cottonwood unit, witnessed Carter abusing me. ASH revoked Alverez' hard-earned privileges when he held what looked to me like an Autism meltdown, and his mental health continued to deteriorated after being moved to a lower functioning unit. Feeling there was nothing left for him to loose, Alverez agreed to testify about Carter's abuse. Alverez told me, and subsequently provided a declaration stating:

> "I have been diagnosed with an Autism Spectrum Disorder (Asperger's Syndrome) from childhood, but ASH currently has me diagnosed with a Schizoaffective Disorder…I worked really to hard progress through ASH's privilege system and get my Levels. I was moved to ASH's Cottonwood unit in 2023 because Cottonwood was ASH's pre community reintegration unit and I had been given conditional release to privilege Level 1….Lea'Cher Carter [] was a Behavioral Health Technician [] on the Cottonwood unit when I was living there…. I always felt uneasy around Carter, and she would intentionally trigger me when I was feeling paranoid. Carter was always rude, hateful and mean to me, and to all the patients she didn't like. She would give me dirty looks and mad dog me at random times for no reason…. She harassed other patients too and made nasty comments about them. One time

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

she told me that Matthew Solan "fucks dogs." I complained to Nurse Supervisor Domenick Aldrich ("Domenick") about Carter's treatment of me around May, 2024. Domenick told me "if it was up to me, she'd be gone," but he didn't do anything to protect me from her harassment… I complained to my therapist and Cottonwood RN Jessica, but they didn't do anything to help me either. I filed a grievance against Carter around May or June of 2024, but after I did that, she started harassing me more… Carter told me "if you don't listen to me, I'll get you moved the fuck off this unit… Carter's abuse put me in a sad state and made me feel scared. She was really scary and I felt helpless because I didn't do anything to her and the hospital was letting her treat me like trash. To escape the abuse, I kicked off my ankle monitor and broke a table so ASH would move me off the Cottonwood. I got all my privileges revoked and was transferred to the Sycamore unit, where I have remained ever since. I took me over a year to get even part of my privileges back. I felt it was hopeless and didn't even try for a long time... Lea'cher Carter really hurt me, and I personally witnessed her verbally and emotionally abuse Matthew Solan too. I feel that Carter should not be allowed to work with the mentally ill anymore, and hope that the Courts will protect patients from her abuse in the future."

199. I served requests for admissions and interrogatories on Carter and Coleman on December 16, 2026. The responses I received to my requests for admission to Carter and Coleman were made and signed by Ann Hobart and Jordon Kendal, not Carter and Coleman.

200. In Coleman's response to my first set of interrogatories, Coleman does not deny that she accused me of eating "dog p***y" or eating "dog a**" in front of other ASH Cottonwood patients. Instead, Coleman testified that she "has heard Plaintiff state that his dog, Foxy, is his wife and has heard Plaintiff speak of sexual conduct between himself and his dog."

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

201. I never told Coleman or stated in her presence that Foxy was my wife, and I never told Coleman or spoke in her presence of sexual conduce between me and any dog.

202. I has never engaged in sexual conduct with a dog, never told anyone that I had engaged in sexual conduct with a dog. I never told anyone that I had a desire or intent to engage in sexual conduct with a dog, and I have no interest in engaging in sexual conduct with a dog.

203. Carter has not testified at all in these proceedings. Her counsel attempted to pass of a set of interrogatory responses purporting to be Carter's, but the responses were made and signed by counsel, and were not verified by Carter. I moved for sanctions, and Carter's counsel conceded that her interrogatory response was inadmissible.

204. When Bowen was asked in an interrogatory to describe all information and records he provided to Sheldon pertaining to me, Foxy I, and/or Foxy II, Bowen testified that "Sheldon was on the administrative team before he became ASH's current CEO. The administrative team met frequently and Sheldon was aware of everything pertaining to Solan and his dog, Foxy. Nevertheless, upon becoming the ASH CEO, Sheldon received a copy of Bowens' computer drive and all the files it contained."

205. According to public records, the ASH administration in March, 2022 was composed of CEO Bowen, COO Sheldon, CFO Ryan Rodney, CMO Katharine Woods, CNO Nancy Regan, CQO Lisa Wynn, CCO Margaret McLaughlin, CSO William Bugbee, and ADHS Director Don Herrington.

206. In 2024, Domenick Aldrich, a Psychiatric Nursing Unit Manager ("PNUM") informed me the he, and the other ASH PNUMs were on the "administrative team," and regularly apprised of decisions by the higher-ups affecting the treatment units.

## DOCUMENT CERTIFICATIONS

207. Doc. 6, Ex. A, B, C, D, E, F, H, I, J, L, and M are a true and correct copies of the original documents.

208. Doc. 17, Ex. B, C, D, E, F, G, I, J, K, L, M, and N are true and correct copies of the original document.

Matthew Phillip Solan
501 North Twenty-fourth Street
Phoenix, Arizona 85008-6056

209. Doc. 24, Ex. A, B, C, and D are true and correct copies of the original document.

210. Doc. 82, Ex. A is a true and correct copy of the original document.

211. Doc. 103, Ex. F is a true and correct copy of the original document.

212. Exhibits B, C, D, E, F, G, H, I, J, K, L, M, N, O, P, Q, R, S, T, U, V, W, X, and Y, are a true and correct copy of the original documents.

213. Exhibit Z contains true and correct copies of the photograph of me at Boston University's Center for Digital Imaging and Arts, a photograph of the print of the foxes from my final school project, screenshots of the video from my final school project, and a printout of my fursona, Emperor Fox.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED** on the 23rd day of June, 2026.

**Matthew Phillip Solan**
501 North 24th Street
Phoenix, AZ 85008
Tel: +1.970.369.9611

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

**EXHIBIT B**

# DECLARATION OF ARLENE A. SOLAN

I, Arlene A. Solan, hereby declare under penalty of perjury that the following statements are true and correct, and if called upon as a witness, I would testify as follows:

1. I am over 18 years of age, fully competent to testify to the facts as set forth herein, and make this declaration based on my personal knowledge and experience.
2. I am Matthew Solan's mother. He was adopted at 11 days old.
3. Matthew has lived with disabilities his entire life. He attended a special-needs pre-school from ages 3 through 4 and required substantial support in elementary school.
4. Matthew had an IEP starting in kindergarten and an assigned aid through the third grade.
5. In the fourth grade, Matthew was diagnosed with an Autism Spectrum disorder.
6. In the fifth grade, Matthew was removed from public school and placed in a special needs school for autistic children.
7. In the sixth grade, Matthew continued to decompensate, so my husband and I removed Matthew from school and homeschooled him. He received his GED in 2009 at age 20.
8. Matthew completed a 3D animation certificate program through Boston University in 2012, but required substantial accommodations to finish it.
9. Matthew moved into his aunt's vacant condominium in 2012 and lived there until 2015. During this time, he became very reclusive. He was obsessed with computers and programming. I had difficulty getting him to go out and socialize.
10. On January 5, 2015, I drove Matthew to Brattleboro, Vermont to pick up his first dog, Foxy. Initially, I did not want Matthew to have a dog. When I saw how much she helped him, I was glad. Matthew began teaching Foxy to perform tasks that helped him manage his autism.

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

11. Matthew and Foxy lived together at the condo from January to August 2015. He was suffering from mold-related illnesses while at the condominium.

12. Matthew expressed a desire to move to Arizona. My husband and I bought him a house near Williams, AZ, hoping the dry climate would help him heal from his illnesses. He could live independently with our continued support.

13. Matthew came back to Massachusetts in 2016 and returned to Arizona by 2017.

14. While in Massachusetts in 2015 and 2016, I stayed with Matthew and Foxy several hours a day to help with various living activities. I also took them out to socialize. We would go out to restaurants and thrift stores several times a week.

15. Matthew always took good care of Foxy and attended to her needs. I watched him walk her, cook for her, bathe her in the sink and pamper her.

16. Matthew stopped talking through his stuffed fox toys and began using Foxy as a social buffer, which enabled him to communicate more effectively.

17. I have never seen Matthew mistreat Foxy, raise his voice at her, hit her or do anything to cause her any harm. I never saw any indication that Matthew was inappropriate with Foxy in any way.

18. When Matthew was training Foxy, I watched him exclusively employ positive reinforcement techniques. He showered her with praise and positive attention, using healthy training treats, such as chicken bits, which he would prepare for that purpose.

19. While I continued to provide Matthew financial support, Foxy enabled Matthew to function independently for the first time, leave the house to socialize and take on more and more responsibilities.

20. I took Matthew to all of his therapy appointments between 1993 and 2016. Prior to 2016, I accompanied Matthew because, if I did not, he would not even go in. Before acquiring Foxy as a service dog, Matthew could not effectively engage in any therapy. He would argue with the therapists and could not focus on what they were asking him to do. After Foxy started coming to his sessions, he was

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

able to begin engaging with his therapist. When Matthew became overwhelmed, Foxy would jump in his lap without prompting and Matthew would bury his face in her fur to calm down. After several months of attending therapy with Foxy, Matthew was able to start participating in the sessions without me.

21. While Matthew has been confined at the Arizona State Hospital, I have spoken with him on the phone almost every day. Since being separated from Foxy, Matthew has become more withdrawn and cynical. Matthew was devastated by the death of Foxy in 2022, after which he drastically decompensated and became even more withdrawn and verbally aggressive.

22. Matthew decided to sell his house in Williams, AZ so he could get the funds to clone Foxy, hoping this would calm him down.

23. Since the cloned Foxy was delivered to Arizona in 2024, I have paid approximately $200 weekly for Foxy's food and care. I have also paid for all of Foxy's veterinary expenses and other needs. I will continue to pay for Foxy, but once Matthew is able, I am holding him responsible to pay all of Foxy's expenses.

24. From what I have heard from Matthew and others, I do not believe the Arizona State Hospital has improved Matthew's situation, nor his mental health.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED** this 10th day of June, 2026.

Arlene A. Solan

**Arlene A. Solan**
45 Morse Street
Westborough, MA 01581
Telephone 508-284-6508
aasolan@hotmail.com

MATTHEW PHILLIP SOLAN
501 NORTH TWENTY-FOURTH STREET
PHOENIX, ARIZONA 85008-6056

**EXHIBIT C**

**DECLARATION OF ROBERT LEE DUNN**

I, Robert Lee Dunn, hereby declare under penalty of perjury that the following statements are true and correct, and if called upon as a witness, I would testify as follows:

1. I am over 18 years of age, fully competent to testify to the facts as set forth herein, and make this declaration based on my personal knowledge and experience.
2. I am a patient confined on the Mohave unit of the Arizona State Hospital.
3. I have known Matthew Solan since 2020. We lived together on ASH's Pinion unit in 2021, and have lived together on ASH's Mohave unit since July 2, 2025.
4. ASH staff have asked me multiple times if I want to be Mr. Solan's roommate. I would have no problem with that, and I would be happy to share a room with Mr. Solan's service dog Foxy.
5. I have lived with small dogs most of my life and miss having them around.
6. ASH used to have animal therapy with small dogs which was very therapeutic, but stopped letting dogs in after Mr. Solan sued ASH over getting Foxy in here. I think Mike Sheldon is just being a bully and is mad we're challenging his authority.
7. In all the years I've known Mr. Solan I have never heard him talk about wanting to have sex with his dog. I heard staff start accusing him of that in 2024 into 2025. It looked to me like they were trying to pit the other patients against Mr. Solan.
8. I talk to Mr. Solan about Foxy on a daily basis. It's clear that he really cares for her and would never harm her or let anyone else harm her. I've seen the pictures and videos of the things he's bought for Foxy and I've watched him spend hours on the phone arranging care and getting things handled for Foxy.
9. We talked about our dogs many times a week, and I have never heard Mr. Solan say anything that made me think he would have sex with or eat his dog.
10. Mr. Solan talks about Foxy nonstop. He always has as long as I've known him. Because of this, some of the patients started calling Foxy Mr. Solan's fiancé back in 2021 to tease him, but neither I nor Mr. Solan took it seriously. I don't think the administration took it seriously either; I think they're just looking for a scapegoat.

11. Mr. Solan showed me the progress notes that ASH staff was writing about him. One of them was written by Jihan McNeal on 8/23/21. McNeal's note that said Mr. Solan "was in the dayroom talking with staff when he told staff that he is saving himself for his Fiance Foxy whom has not consented to intercourse as of yet."

12. I was on the Pinion unit with Mr. Solan on 8/23/21. I never heard him say anything like that. I think McNeal made that up. She hated me and Mr. Solan and was always verbally abusing us.

13. McNeal constantly accused me and Mr. Solan of being racist. During the whole black lives matter thing she would come to work wearing black lives matter shirts and carry about how all white people are racist.

14. McNeal told Mr. Solan in front of me that he was a racist and a criminal and didn't deserve good food because we are criminals.

15. She also egged on Roberto Ortega and told him that Mr. Solan was a racist, and when Ortega attacked Mr. Solan she though it was hilarious. After that she would mock Mr. Solan in front of the whole unit and say he got beat up by Ortega and got was he deserved for being a racist cracker.

16. When I see what they are doing in Mr. Solan's case, it is clear to me that the ASH administration is just making things up because they don't want to set the precedent that they capitulate to patient demands.

17. Mike Sheldon has repeatedly said at oversight committee meetings which I attended that we are "basically prisoners," and that he can't let patients think they can file grievances and get what they want.

18. I want the courts to understand that ASH is not a therapeutic place and we are all getting abused and warehoused here.

19. I have been at ASH for over 9 years and Mr. Solan has been here for over 6. Neither of us have gotten any meaningful treatment while we have been here, just repeatedly abuse by the staff. I've been beat up by staff and caught staff bringing drugs in for patients, then got retaliated against for complaining to the oversight committee.

20. I came here to get better, and I know that's what Mr. Solan wanted too, but I feel like I've just gotten worse and more institutionalized over the years. Mr. Solan looks to me to have gotten worse too. He's definitely more angry and unhappy than he was in 2020, and I've never seen staff try to help him learn to cope with his Autism.

21. From everything I've seen here in that last 9 years, I firmly believe Mike Sheldon and Aaron Bowen are just power tripping, and them keeping Foxy out is just a means to maintain that power over us.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED** on June 13, 2026.

**Robert L. Dunn, Declarant**
501 North 24th Street
Phoenix, AZ 85008
(602) 244-1331

# EXHIBIT D

**DECLARATION OF DWARKA BARON**

I, Dwarka Baron, hereby declare under penalty of perjury that the following statements are true and correct, and if called upon as a witness, I would testify as follows:

1. I am over 18 years of age, fully competent to testify to the facts as set forth herein, and make this declaration based on my personal knowledge and experience.
2. I am a patient confined on the Mohave unit of the Arizona State Hospital.
3. Matthew Solan and I share a two-patient bedroom on the Mohave unit.
4. I have been Mr. Solan's roommate since the fall of 2025.
5. I love dogs and have lived with them much of my life. Prior to my commitment to ASH, I lived with three Pekinese lapdogs who belonged to my girlfriend.
6. I would not have any problems sharing a room with Mr. Solan's service dog Foxy. If anything, having Pomeranian live on the unit would greatly improve my mental health and emotion wellbeing.
7. Mr. Solan keeps his side of our room clean, maintains appropriate hygiene, and has been responsible and considerate as long as we've shared a room.
8. I have never heard Mr. Solan talk about wanting to have sex with his dog. I have heard him complain about the ASH administration accusing him of that, and he seemed genuinely distressed and angered by the hospital's accusation.
9. I don't see why ASH keeps accusing Mr. Solan of being aggressive. I have never seen Mr. Solan put his hands on anyone. I also don't see why ASH keeps accusing Mr. Solan of hating black people. I am black and we get along just fine.
10. Like Mr. Solan, I also have high functioning autism, and like Mr. Solan, ASH has warehoused me for years and refused to do anything for my Autism.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED** on June 13, 2026.

**Dwarka Baron, Declarant**
501 North 24th Street
Phoenix, AZ 85008
(602) 244-1331

**EXHIBIT E**

# DECLARATION OF DANIEL ALVAREZ

I, Daniel Alvarez, hereby declare under penalty of perjury that the following statements are true and correct, and if called upon as a witness, I would testify as follows:

1. I am over 18 years old and competent to testify about the following matters.
2. I am a patient living on the Sycamore unit of the Arizona State Hospital ("ASH").
3. I have been diagnosed with an Autism Spectrum Disorder (Asperger's Syndrome) from childhood, but ASH currently has me diagnosed with a Schizoaffective Disorder.
4. I worked really to hard progress through ASH's privilege system and get my Levels. I was moved to ASH's Cottonwood unit in 2023 because Cottonwood was ASH's pre community reintegration unit and I had been given conditional release to privilege Level 1.
5. Lea'Cher Carter ("Carter") was a Behavioral Health Technician ("BHT") on the Cottonwood unit when I was living there.
6. I always felt uneasy around Carter, and she would intentionally trigger me when I was feeling paranoid. Carter was always rude, hateful and mean to me, and to all the patients she didn't like. She would give me dirty looks and mad dog me at random times for no reason.
7. I was told by BHT Michelle that Carter told her she hated me because I was immature. Michelle didn't like the way Carter was abusing the patients.
8. She harassed other patients too and made nasty comments about them. One time she told me that Matthew Solan "fucks dogs."
9. I complained to Nurse Supervisor Domenick Aldrich ("Domenick") about Carter's treatment of me around May, 2024. Domenick told me "if it was up to me, she'd be gone," but he didn't do anything to protect me from her harassment.
10. I complained to my therapist and Cottonwood RN Jessica, but they didn't do anything to help me either. I filed a grievance against Carter around May or June of 2024, but after I did that, she started harassing me more.

11. Carter told me "if you don't listen to me, I'll get you moved the fuck off this unit."

12. Carter's abuse put me in a sad state and made me feel scared. She was really scary and I felt helpless because I didn't do anything to her and the hospital was letting her treat me like trash. To escape the abuse, I kicked off my ankle monitor and broke a table so ASH would move me off the Cottonwood. I got all my privileges revoked and was transferred to the Sycamore unit, where I have remained ever since. I took me over a year to get even part of my privileges back. I felt it was hopeless and didn't even try for a long time.

13. I fully reaffirm the statements I made in my August 2, 2024 declaration. Lea'cher Carter really hurt me, and I personally witnessed her verbally and emotionally abuse Matthew Solan too. I feel that Carter should not be allowed to work with the mentally ill anymore, and hope that the Courts will protect patients from her abuse in the future.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED** on February 17, 2026.

**Daniel Alvarez**

Arizona State Hospital
501 North 24th Street
Phoenix, AZ 85008

(602) 244-1331
Sycamore Unit

**EXHIBIT F**

# DECLARATION OF HOLLY R. GIESZL

1. I represented Matthew Solan throughout his criminal case, State v. Solan, CR-2024-135130-001 from July 26, 2024, until March 26, 2026 ("Mr. Solan's Matter.")

2. My standard practice in every case, except the simplest misdemeanors, was to prepare a written Factual Basis for the client's plea and read from that document at the change of plea proceeding.

3. In Mr. Solan's Matter, a more detailed Factual Basis was provided because of two unusual features of the case. First, the Detective seemingly ignored the fact that Mr. Solan was designated Seriously Mentally Ill ("SMI"), an important fact that came out in discovery and that motivated the assigned prosecutor to drop the case to a misdemeanor. Second, after one of the status conferences, the alleged victim acknowledged to the prosecutor that Mr. Solan did not throw a full cup of hot coffee in her face. Nonetheless that was the information included in the Detective's reports.

4. We did not determine whether the victim mis-reported "hot coffee" to the Detective or whether the detective made an erroneous report.

5. Attached is a copy of the Factual Basis that I provided in the Solan Matter at the Change of Plea and Sentencing on March 12, 2026.

6. The proceeding was held in the Maricopa County Superior Court courtroom at the Arizona State Hospital. The State did not have any additions or corrections to the Factual Basis.

7. The Court accepted the Factual Basis, Mr. Solan entered a plea of guilty to disorderly conduct, and the matter was dismissed with prejudice on March 26, 2026.

Dated this 22nd day of May 2026.

[signature]

Holly R/Gieszl

**FACTUAL BASIS --- SOLAN 3-26-26**

I need to provide a bit of background because of procedural issues in the case, and errors in the police report that led to the State amending the original indictment.

Mr. Solan was admitted to the Arizona State Hospital on April 1st, 2020. His intake assessment that day was completed by a psychiatrist, Dr. Steven Kwoh, who is now the chief medical officer at the state hospital. Dr. Kwoh noted that Mr. Solan was designated SMI under A.R.S. 36-550. That is the first thing in Mr. Solan's medical record, and it was the first page in the medical records that Detective McDermott received from the hospital.

A designation of SMI means that Mr. Solan suffered a mental disability that is so severe and persistent that long-term functional capacities in the activities of daily living, interpersonal relationships, employment, and recreation are affected. Mr. Solan's qualifying mental health disorder for SMI designation is autism and schizoaffective disorder.

In December of 2024, Dr. Brimlow, a staff psychologist updated the diagnoses, and schizoaffective disorder was eliminated and replaced with post-traumatic stress disorder, PTSD. She found persistent deficits in social communication and social interaction. She found that these deficiencies were indicative of the substantial functional limitations related to Mr. Solan's autism diagnosis.

In September of '25, Dr. Kwoh deemed Mr. Solan permanently disabled due to his SMI status and the severity of his mental and cognitive disorders. Mr. Solan additionally is indigent. His family posted bail and retained me to represent him. Due to his SMI status and his substantial, permanent disability, he is not able to work and has no means of support. This is important to the factual basis of what we ultimately arrived at as a plea in this matter.

On May 22nd, 2024, Mr. Solan had a difficult interaction with a behavioral health technician, who was not assigned specifically to him, but worked on the floor. We will call her BHT-1. Over a period of time, she harassed Mr. Solan in front of other patients, talking loudly with allegations that he engaged in acts of bestiality with his service dog, Foxy. Mr. Solan reached out to a second BHT, we will call her BHT-2, and asked her to summon the nurse and ask the nurse to remove BHT-1.

Mr. Solan was yelling and waiving his arms. This was in the dayroom, and he did so in a manner that disturbed the peace and quiet of the staff and patients on the unit. He also tossed a partially full cup of cold coffee – not hot coffee - maybe an inch or so of coffee, on a nearby table, and some of the cold coffee splashed on the two BHTs.

**EXHIBIT G**

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

Patient identifies his primary support is "his autism service dog, Foxy". Patient reports having a "legal team that is heavily involved in his treatment and ongoing litigation". Patient reports having a "full time driver who has experience working with autistic adults, and who manages the patient's Arizona homestead while he resides inpatient". Patient also identified his "mother and father" as his "long-term financial supports, and the patient has trust funds set up to financially support him and his service dog."

**Stable Medical Conditions Currently Being Monitored at this Time:**

History of hypertriglyceridemia, migraine, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

### Long Term Goal

Matthews proposed long term goal The treatment team, in conjunction with the patient, his legal counsel, and the hospital administration will determine, in the next 21 days, if the hospital will be able to secure sufficient staff resources and funding to begin treating the patient's Autism Spectrum Disorder in a manner that complies with generally accepted standards of autism care and the patient's unique needs. If the hospital is able to secure sufficient staff and fiscal resources, the hospital and the treatment team will fully implement the remaining goals and services stipulated in this plan no later than November 9, 2024. If the hospital is unable to acquire sufficient staff resources anc funding, or the hospital administration refuses to allocate sufficient staff and/or fiscal resources as needed to treat the patient's Autism Spectrum Disorder, or if the treatment team is otherwise unable to acquire the majority of the service stipulated in this plan by November 9th, the treatment team will meet with the patient and his legal counsel and assist them in preparing a petition to the Superior Court to either (a) transfer the patient to a private facility specializing the treatment of Autism Spectrum Disorders, or (b) conditionally release the patient to his caretaker, Joseph Cowsert. Matthews requests cannot be fulfilled by this provider as she does not have the ability to acquire staff. Matthew will meet with this provider weekly to address symptoms of Autism Spectrum Disorder that hinder him from pro-social behaviors. This provider will identify coping skills to adress symptoms that hinder him from pro-social behaviors.

| | | | |
|---|---|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider | | |
| **Date Opened:** 07/01/24 | **Target Date:** 08/26/25 | **Status:** Revised | **Date Closed:** |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | |

## Psychiatric Issue ...(CONTINUED)...

### Short Term Goal

Matthews proposed short term goal Patient and his legal counsel will work closely with the treatment team in selecting treatment services necessary to facilltate the patient's ASD habilitation and PTSD therapy at ASH. The treatment tean and hospital administration will locate, acquire, and provide to the patient all services, supports, accommodations, an environmental modifications determined by the treatment team in conjunction with the patient and his legal team to be necessary for the patient's effectual habilitation and trauma therapy. The hospital shall not exclude any identified service, support, accommodation, or environmental modification on the basis that the same is not presently available at ASH, or is deemed hospital administration as unnecessary, too expensive, or an administrative burden, but shall add the same whether presently available or not, and shall continually make a good faith effort to acquire the same until the next ITDP review. If, after 30 days, a needed service, support, accommodation, or environmental modificatio is still unavailable, the treatment team shall, at the next !TOP review, provide a written report to the patient and his legal team detailing the reason the same is still unavailable, the date it is expected to become available, and/or hospital's plan to provide a sufficient alternate. It is outside of the treatment teams ability to alter habilitation/environment modifications. What is available is ensuring that Matthew has a safe place to turn to when he feels triggered such as his room, a quite room, or walking on the patio. Matthew will utilize his safe place, a quiet room, and behaviors identifies in his TIPS sheet when feeling triggered, overwhelemed, or emotionally dysregulated.

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 07/01/24 | 11/30/24 | Revised | |

### Intervention

Matthews proposed intervention The patient will be provided Animal Assisted Therapy (AAT) services, as defined by th hospital's animal therapy policy, at least twice a week as part of his ASD habilitation and PTSD therapy If the hospital is unable to secure a therapy dog within 30 days, AAT will be facilitated using the patient's own service dog, Foxy, not less than once a week, contingent only on her caretaker's availability. If the patient's service dog is used to facilitate the patient's animal therapy, the service shall be conducted in the PSRB lobby, or in such other secured area of the forensic hospital as the hospital shall determine safe and appropriate The treatment team does not have the ability to offer animal assisted therapy, does not have personnel trained to provide animal assisted therapy. The forensic hospit does not have volunteers available to perform.

| | |
|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 07/01/24 | 11/30/24 | Revised | |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Psychiatric Issue ...(CONTINUED)...

### Intervention

The Primary nurse will meet with Matthew at least once a month to assess his mental status and provide education on medications.

| | | | |
|---|---|---|---|
| **Responsible Staff** | Soliz,Aqualina (Primary) or assigned Nursing Staff | | |
| **Date Opened:** 03/21/22 | **Target Date:** 11/30/24 | **Status:** Continued | **Date Closed:** |

### Intervention

The assigned psychiatric provider shall meet with the patient at least once a week to discuss SOTA technologies and scientific advancement in ASD and PTSD treatment; provide the patient with sufficient resources, peer reviewed literature, pharmaceutical drug manufacturer's inserts, MSDS I PubChem I etc. datasheets, and phamacodynamic information sheets, as applicable, to enable the patient to provide informed consent to all and any proposed treatment:

| | | | |
|---|---|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider | | |
| **Date Opened:** 08/26/24 | **Target Date:** 11/30/24 | **Status:** New | **Date Closed:** |

### Intervention

Matthews proposed intervention The assigned psychiatric provider shall meet with the patient at least once a week to assist the patient in developing, testing, and using his biofeedback system and machine learning (ML) model. The treatment team shall approve the patient's property request for a USB biofeedback interface (e.g., a USB SOR, finger-cuff GSR sensor, and EEG headband) for use with biofeedback software on the the patient computers, which shall be checked in and out from the unit charge nurse like other electronic cables. This is out of the scope and procedures for the treatment team to approve. The psychiatric provider is not trained in using or assisting patients in the development of a biofeedback interface.

| | | | |
|---|---|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider | | |
| **Date Opened:** 08/26/24 | **Target Date:** 11/30/24 | **Status:** New | **Date Closed:** |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 · **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | |

## Psychiatric Issue ...(CONTINUED)...

### Long Term Goal

Matthew will be willing to participate in opportunities that enhance his social skills to progress to a less restrictive environment and strengthen his community supports.

| | |
|---|---|
| **Responsible Staff** | CARLOS,JELOME (Primary) or assigned Social Worker<br>MCKELLAR,JOSEPH (Secondary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 02/14/22 | 08/26/25 | Continued | |

### Short Term Goal

Matthew will attend 1 Therapeutic Social Intervention (TSI) weekly, in order for him to demonstrate healthy social interactions and develop interpersonal skills.

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 03/19/21 | 11/30/24 | Continued | |

### Intervention

Rehab will offer Therapeutic Social Interventions (TSI's) weekly, in order for Matthew to demonstrate healthy social interactions and to develop interpersonal skills.

| | |
|---|---|
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 03/19/21 | 11/30/24 | Continued | |

### Short Term Goal

Matthew will attend 1 Therapeutic Recovery Intervention (TRI) weekly, in order for him to improve his ability to follow directions and to gain skills for emotional regulation.

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 10/26/21 | 11/30/24 | Continued | |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 / **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | |

## Psychiatric Issue ...(CONTINUED)...

### Intervention

Rehab will offer Therapeutic Recovery Interventions (TRI's) weekly, On-Unit Recovery Group, in order for Matthew to improve his ability to follow directions and to gain skills for emotional regulation.

**Responsible Staff:** MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider

| Date Opened: | Target Date: | Status: | Date Closed: |
|---|---|---|---|
| 10/26/21 | 11/30/24 | Continued | |

### Short Term Goal

Matthew will meet with his social worker to develop a discharge plan and "apply for DDD services and other communi supports and essential services (e.g. psilocybin research program) so the same will be in place for when the patient is discharged.

**Is This Part of a Behavior Plan?** No

**Responsible Staff:** CARLOS,JELOME (Primary) or assigned Social Worker

| Date Opened: | Target Date: | Status: | Date Closed: |
|---|---|---|---|
| 06/27/24 | 11/30/24 | Revised | |

### Intervention

Assigned social worker will meet with the patient at least once a month to assist the patient in developing a discharge plan and obtaining community services to promote a successful community reintegration.

**Responsible Staff:** CARLOS,JELOME (Primary) or assigned Social Worker

| Date Opened: | Target Date: | Status: | Date Closed: |
|---|---|---|---|
| 06/27/24 | 11/30/24 | Revised | |

## Medical Issues

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Medical Issues ...(CONTINUED)...

### Long Term Goal

Matthew's overall health and hygiene will improve as evidenced by improvement in BMI, lipids, BP, and his appearanc in the next 90 days.
Matthews his legal counsels proposed Long term goal :Patient will accept testing and treatment for his autoimmune encephalitis[ AE] variant of ASD. The assigned provider shall seek the informed consent of the patient for any propose treatment, and shall provide the patient all and any materials necessary for the patient to formulate informed consent. the hospital cannot provide in-house services needed to treat the patients AE/ASD, the patient shall be referred out to local treatment specialist who specializes in AE and who is trained in integrated medicine.:

This long term goal proposed by Matthew : is outside of the medical providers ability to offer. ASD is being managed b his psychiatric provider and Matthew does not have any medical symptoms that would indicate that he has encephalitis. ASH administration does not approve referral to naturopathic institutes. ASH, ASH providers ASH pharmacy practice allopathic medicine and cannot provide naturopathy or monitor any side effects that might occur du to naturopathic treatment..

| | |
|---|---|
| **Responsible Staff** | Prabhu,Maitreyi (Primary) or assigned Medical Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 06/04/24 | 08/26/25 | Revised | |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Medical Issues ...(CONTINUED)...

### Short Term Goal

- Matthew will shower at least every other day, wear clean clothes and will not keep any old food cartons/wrappers/trash in
his room to avoid infections
-Matthew will exercise at least 1 time/week, as offered while at ASH for next 30 days
- Matthew will drink at least 6[8 oz] glasses of water each day
-Matthew will cooperate with labs at least once a year to monitor lipids and metabolic status
-Matthew will cooperate with BP , weight checks at least once a month and as needed Matthew will comply with offered treatments such as medications/clinics/tests/vitals as needed
Matthews his legal counsels proposed short term goal was: Patient will be allowed to keep and use his Sychelle water filtration bottle to filter his drinking water. Patient will continue to receive True lime watermelon drink packets . Patient will continue to receive bottled water from dietary department

This short term goal proposed by Matthew : It is outside of the medical providers ability to offer this, as ASH administration has ordered discontinuation of water bottles dispensing and also discontinued use of any outside filtration water bottles. Filtered water is available on the unit for the patient at all times to consume, along with, disposable cups and pink pitchers.

| | | | |
|---|---|---|---|
| **Is This Part of a Behavior Plan?** | No | | |
| **Responsible Staff** | Prabhu,Maitreyi (Primary) or assigned Medical Provider | | |
| **Date Opened:** 06/04/24 | **Target Date:** 11/30/24 | **Status:** Revised | **Date Closed:** |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Medical Issues ...(CONTINUED)...

### Intervention

Medical provider will assess, educate pt at least once a month and as needed and order meds/clinics as needed. Matthews his legal counsels proposed Intervention 1: Patient shall receive a referral to Silvertree wellness center in Phoenix to be evaluated for treatment of his AE/ASD. The hospital shall pay for the evaluation and any recommended therapeutics. The hospital shal permit and dispense all medications and supplements recommended by Silvertrees doctors, regardless of whether the same exists in hospitals formulary, and shall facilitate all recommended therapies that can be feasibly performed at ASH, and transport the patient to Silvertree for all therapies that cannot be facilitated at ASH.

This intervention proposed by Matthew is outside of the medical providers ability to offer as ASH administration does not approve referral to naturopathic institute. ASH, ASH providers ASH pharmacy practice allopathic medicine and cannot provide naturopathy.or monitor any side effects that might occur due to naturopathic treatment..

Matthews his legal counsels proposed Intervention 2: Patient shall be offered an Epsom salt bath at least 2 times/week and shall be allowed to take a bath at any time in order to help with grounding, relaxation and post exercise soreness. The hospital shall turn the water to the bathtub on the patients unit back on immediately
This intervention proposed by Matthew is outside of the medical providers ability to offer as ASH administration has ordered the provider to discontinue tub bath order and ASH administration has turned off the water to bathtub. Matthew has access to a shower.

| | | | |
|---|---|---|---|
| **Responsible Staff** | Prabhu,Maitreyi (Primary) or assigned Medical Provider | | |
| **Date Opened:** 09/26/22 | **Target Date:** 11/30/24 | **Status:** Continued | **Date Closed:** |

### Short Term Goal

Matthew will participate in at least 15 minutes of cardiovascular or resistance training under the direct supervision of rehab staff.

| | | | |
|---|---|---|---|
| **Is This Part of a Behavior Plan?** | No | | |
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider | | |
| **Date Opened:** 07/01/24 | **Target Date:** 11/30/24 | **Status:** Continued | **Date Closed:** |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | 
| **Episode:** 1 | | | |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | |

## Medical Issues ...(CONTINUED)...

### Intervention

Rehab will offer a fitness 1 to1 weekly.

| | |
|---|---|
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 06/04/24 | 11/30/24 | Continued | |

## Participants in the ITDP Development

**Name:** OCHOA,KINDRA **Role:** Psychiatric Provider **Plan Author:** No

**Name:** Solan, Matthew **Role:** Patient **Plan Author:** No
**Is Patient/Guardian in agreement with ITDP?** No
**If no, explanation of patient/guardian's non-agreement:** Patient expressed disagreement with his updated ITDP and wishes to escalate his appeal to AHCCCS.

**Name:** HURLES,KRYSTEEANA **Role:** STAFF **Plan Author:** Yes

**Name:** ALDRICH,DOMENICK **Role:** Nursing **Plan Author:** No

**Name:** CARLOS,JELOME **Role:** Social Work **Plan Author:** No

**Name:** BRIMLOW,AMANDA **Role:** Psychology **Plan Author:** No

**Name:** Prabhu,Maitreyi **Role:** Medical Provider **Plan Author:** No

**Name:** MCKELLAR,JOSEPH **Role:** Rehabilitation **Plan Author:** No

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 | **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 | **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

Patient identifies his primary support is "his autism service dog, Foxy". Patient reports having a "legal team that is heavily involved in his treatment and ongoing litigation". Patient reports having a "full time driver who has experience working with autistic adults, and who manages the patient's Arizona homestead while he resides inpatient". Patient also identified his "mother and father" as his "long-term financial supports, and the patient has trust funds set up to financially support him and his service dog."

**Stable Medical Conditions Currently Being Monitored at this Time:**

History of hypertriglyceridemia, migraine, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

### Long Term Goal

Matthew will meet with this provider weekly to address symptoms of Autism Spectrum Disorder that hinder him from pro social behaviors. This provider will identify coping skills to address symptoms that hinder him from pro social behaviors.

| | |
|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 08/24/25 | Revised | |

### Short Term Goal

Matthew will identify his safe place to turn to when he feels triggered such as his room, a quite room, or walking on th patio. Matthew will utilize his safe place, a quiet room, and behaviors identifies in his TIPS sheet when feeling triggered, overwhelmed, or emotionally dysregulated.

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Revised | |

### Intervention

When Animal Assisted Therapy becomes available at the forensic hospital, Matthew will be offered AAT service.

| | |
|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) or assigned Psychiatric Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Revised | |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

## Psychiatric Issue ...(CONTINUED)...

### Intervention

The assigned psychiatric provider shall meet with the patient at least once a week to discuss SOTA technologies and scientific advancement in ASD and PTSD treatment; provide the patient with sufficient resources, peer reviewed literature, pharmaceutical drug manufacturer's inserts, MSDS I PubChem I etc. datasheets, and phamacodynamic information sheets, as applicable, to enable the patient to provide informed consent to all and any proposed treatment:

| | | | |
|---|---|---|---|
| **Responsible Staff** | OCHOA,KINDRA (Primary) | | |
| **Date Opened:** 09/19/24 | **Target Date:** 12/31/24 | **Status:** New | **Date Closed:** |

### Intervention

The Primary nurse will meet with Matthew at least once a month to assess his mental status and provide education on medications.

| | | | |
|---|---|---|---|
| **Responsible Staff** | Soliz,Aqualina (Primary) or assigned Nursing Staff | | |
| **Date Opened:** 03/21/22 | **Target Date:** 12/31/24 | **Status:** Continued | **Date Closed:** |

### Short Term Goal

Matthew will participate in trauma therapy, focusing on identifying triggers for symptoms and emotional regulation strategies.

| | | | |
|---|---|---|---|
| **Is This Part of a Behavior Plan?** | No | | |
| **Responsible Staff** | BRIMLOW,AMANDA (Primary) | | |
| **Date Opened:** 09/19/24 | **Target Date:** 12/31/24 | **Status:** New | **Date Closed:** |

### Intervention

Psychologist will meet with Matthew weekly for a minimum of 4 sessions, utilizing CBT/DBT/REBT therapeutic interventions.

| | | | |
|---|---|---|---|
| **Responsible Staff** | BRIMLOW,AMANDA (Primary) | | |
| **Date Opened:** 09/19/24 | **Target Date:** 12/31/24 | **Status:** New | **Date Closed:** |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 | **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

## Psychiatric Issue ...(CONTINUED)...

### Long Term Goal

Matthew will be willing to participate in opportunities that enhance his social skills to progress to a less restrictive environment and strengthen his community supports.

| | |
|---|---|
| **Responsible Staff** | CARLOS,JELOME (Primary) or assigned Social Worker<br>MCKELLAR,JOSEPH (Secondary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 02/14/22 | 08/24/25 | Continued | |

### Short Term Goal

Matthew will independently attend 1 therapeutic social intervention (TSI) weekly, in order for him to demonstrate healthy social interactions and develop interpersonal skills as evidenced by Matthew verbalizing one healthy social interaction since last ITDP Review.

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Revised | |

### Intervention

Rehab will offer Therapeutic Social Interventions (TSI's) weekly.

| | |
|---|---|
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Revised | |

### Short Term Goal

Matthew will attend 1 group with assigned rehab staff weekly in order for him to improve his ability to address his stated difficulty in attending groups due to auditory stimuli. Progress will be demonstrated by a personal report check-in with rehab staff every 5 minutes.

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Continued | |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

## Psychiatric Issue ...(CONTINUED)...

### Intervention

Rehab will attend 1 group with Matthew weekly.

| | | | |
|---|---|---|---|
| **Responsible Staff** | MCKELLAR,JOSEPH (Primary) or assigned Rehab Provider | | |
| **Date Opened:** 09/19/24 | **Target Date:** 12/31/24 | **Status:** Revised | **Date Closed:** |

### Short Term Goal

Matthew will meet with his social worker to develop a discharge plan and "apply for DDD services and other communi supports and essential services so the same will be in place for when the patient is discharged."

| | | | |
|---|---|---|---|
| **Is This Part of a Behavior Plan?** | No | | |
| **Responsible Staff** | CARLOS,JELOME (Primary) or assigned Social Worker | | |
| **Date Opened:** 09/19/24 | **Target Date:** 12/31/24 | **Status:** Revised | **Date Closed:** |

### Intervention

Assigned social worker will meet with the patient at least once a month to assist the patient in developing a discharge plan and obtain community services to promote a successful community reintegration.

| | | | |
|---|---|---|---|
| **Responsible Staff** | CARLOS,JELOME (Primary) or assigned Social Worker | | |
| **Date Opened:** 06/27/24 | **Target Date:** 12/31/24 | **Status:** Continued | **Date Closed:** |

## Medical Issues

### Long Term Goal

Matthew's overall health and hygiene will improve as evidenced by improvement in BMI, lipids, BP, and his appearanc in the next 90 days.

| | | | |
|---|---|---|---|
| **Responsible Staff** | Prabhu,Maitreyi (Primary) or assigned Medical Provider | | |
| **Date Opened:** 09/19/24 | **Target Date:** 08/24/25 | **Status:** Revised | **Date Closed:** |

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 / **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | |
| **Plan Date:** 09/19/24 | **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | |

## Medical Issues ...(CONTINUED)...

### Short Term Goal

- Matthew will shower at least every other day, wear clean clothes and will not keep any old food cartons/wrappers/trash in his room to avoid infections
-Matthew will exercise at least 1 time/week, as offered while at ASH for next 30 days
- Matthew will drink at least 6[8 oz] glasses of water each day
-Matthew will cooperate with labs at least once a year to monitor lipids and metabolic status
-Matthew will cooperate with BP , weight checks at least once a month and as needed
-Matthew will comply with offered treatments such as medications/clinics/tests/vitals as needed

| | |
|---|---|
| **Is This Part of a Behavior Plan?** | No |
| **Responsible Staff** | Prabhu,Maitreyi (Primary) or assigned Medical Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Revised | |

### Intervention

Medical provider will assess, educate pt at least once a month and as needed and order meds/clinics as needed.

| | |
|---|---|
| **Responsible Staff** | Prabhu,Maitreyi (Primary) or assigned Medical Provider |

| **Date Opened:** | **Target Date:** | **Status:** | **Date Closed:** |
|---|---|---|---|
| 09/19/24 | 12/31/24 | Revised | |

## Participants in the ITDP Development

**Name:** OCHOA,KINDRA **Role:** Psychiatric Provider **Plan Author:** No

**Name:** Solan, Matthew **Role:** Patient **Plan Author:** No
**Is Patient/Guardian in agreement with ITDP?** No
**If no, explanation of patient/guardian's non-agreement:** Patient expressed disagreement with his plan, "you don't want to work with me"

**Name:** NAPOLITANO,VINSON **Role:** STAFF **Plan Author:** Yes

**Name:** ALDRICH,DOMENICK **Role:** Nursing **Plan Author:** No

**Name:** CARLOS,JELOME **Role:** Social Work **Plan Author:** No

**Name:** BRIMLOW,AMANDA**Role:** Psychology **Plan Author:** No

**Name:** Prabhu,Maitreyi **Role:** Medical Provider **Plan Author:** No

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

**EXHIBIT H**

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Cottonwood | | |
| **Plan Date:** 01/25/23 / **Plan End Date:** 12/31/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Cottonwood | | |
| **Plan Date:** 01/25/23 **Plan End Date:** 12/31/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animation and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 12/21/22 | **Plan End Date:** 12/21/23 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 12/21/22 | **Plan End Date:** 12/21/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Cottonwood | | |
| **Plan Date:** 11/23/22 | **Plan End Date:** 10/31/23 | **Projected Discharge Date:** 08/01/26 | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 11/23/22 | **Plan End Date:** 10/31/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 10/14/22 | **Plan End Date:** 09/14/23 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 10/26/22 | **Plan End Date:** 10/26/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/30/22 | **Plan End Date:** 08/30/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/30/22 | **Plan End Date:** 08/30/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/28/22 | **Plan End Date:** 08/31/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/28/22 | **Plan End Date:** 08/31/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/31/22 | **Plan End Date:** 07/31/23 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/31/22 | **Plan End Date:** 07/31/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Cottonwood | | |
| **Plan Date:** 07/27/22 **Plan End Date:** 06/27/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 07/27/22 | **Plan End Date:** 06/27/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/22/22 | **Plan End Date:** 05/22/23 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/22/22 | **Plan End Date:** 05/22/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 05/18/22 | **Plan End Date:** 04/30/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 05/18/22 | **Plan End Date:** 04/30/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 05/09/22 | **Plan End Date:** 04/09/23 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 05/09/22 | **Plan End Date:** 04/09/23 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT
OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Cottonwood | | |
| **Plan Date:** 04/13/22 **Plan End Date:** 03/31/23 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Cottonwood | | |
| **Plan Date:** 03/23/22 **Plan End Date:** 02/28/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 / **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | |
| **Plan Date:** 03/11/22 | **Plan End Date:** 02/28/23 | **Projected Discharge Date:** 08/01/26 | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Pinon | | |
| **Plan Date:** 01/10/22 / **Plan End Date:** 04/30/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | **Unit:** Pinon | | |
| **Plan Date:** 12/08/21 **Plan End Date:** 11/08/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Pinon | | |
| **Plan Date:** 12/02/21 | **Plan End Date:** 11/02/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Pinon | |
| **Plan Date:** 11/10/21 | **Plan End Date:** 10/31/22 | **Projected Discharge Date:** 08/01/26 | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Pinon | |
| **Plan Date:** 10/27/21 | **Plan End Date:** 09/27/22 | **Projected Discharge Date:** 08/01/26 | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Bhatti, Mohammad | **Unit:** Pinon | | |
| **Plan Date:** 02/05/21 **Plan End Date:** 01/05/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.2) Bipolar I disorder, current or most recent episode manic, severe with mood-congruent psychotic features | **Ranking:** Primary |
| **Description:** (F84.0) Autism spectrum disorder | **Ranking:** No Entry |
| **Description:** (F60.9) Personality disorder, unspecified | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Mohave | |
| **Plan Date:** 07/18/25 | **Plan End Date:** 06/30/26 | **Projected Discharge Date:** 08/01/26 | |

**Patient Strengths:**

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Mohave | | |
| **Plan Date:** 07/07/25 | **Plan End Date:** 06/07/26 | **Projected Discharge Date:** 08/01/26 | | |

**Patient Strengths:**

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorativ agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 05/12/25 | **Plan End Date:** 04/30/26 | **Projected Discharge Date:** 08/01/26 | | |

**Patient Strengths:**

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictiv options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/24/25 | **Plan End Date:** 02/28/26 | **Projected Discharge Date:** 08/01/26 | | |

**Patient Strengths:**

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 11/25/24 **Plan End Date:** 10/31/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 01/13/25 | **Plan End Date:** 12/31/25 | **Projected Discharge Date:** 08/01/26 | | |

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 | **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/19/24 | **Plan End Date:** 09/19/25 | **Projected Discharge Date:** 08/01/26 | | |

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/26/24 | **Plan End Date:** 07/30/25 | **Projected Discharge Date:** 08/01/26 | | |

Mr. Solan has a trained service dog. He is intelligent, a good historian, articulate, creative, inquisitive, studious, has insight into his triggers, and is an excellent self-advocate. Mr. Solan reports that he "is learned in the law, has a substantial history of successful pro se litigation, has a large and highly involved legal team". He demonstrates knowledge of previous treatment and relevant legal matters. His parents provide long-term financial support, and he "has full time caretaker with experience working with autistic adults". Mr. Solan holds a GED and "and certificates in graphic design, interactive media, and 3D animation". He has expressed a desire to continue his higher education. According to Mr. Solan, he "wants to continue studying law, machine learning, business, permaculture, and restorative agroforestry." He also states that he "owns homes in 3 states, has a limousine, diesel motor coach, and full time driver". Mr. Solan reports having a "growing food forest and functional homestead in Arizona". He adds that he "is an entrepreneur and successful small business owner".

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.
Patient reports, "ASH is unable to treat the patient's primary condition due to institutional, staffing, and funding limitations".

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restrictive options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 8/8/2024 to the following, "Patient is a practicing occultist with an extensive background in metaphysics, western magick, and esoterism. The patient subscribes to the fundamental doctrines of Scientology, Christian Science, and oriental fox magick. The patient is trained in traditional herbal medicine, spagyrics, and entheogenic shamanism, and is radically opposed to western medicine and the use of patent pharmaceutical drugs. The patient contends that statism is a religion and a dangerous cult, and does not subscribe to its tenets."

**Identified Natural Supports for the Patient:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 07/01/24 | **Plan End Date:** 06/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 07/01/24 | **Plan End Date:** 06/30/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a full time, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

History of hypertriglyceridemia, migraine, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | **Unit:** Cottonwood | | |
| **Plan Date:** 06/18/24 **Plan End Date:** 05/30/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/18/24 | **Plan End Date:** 05/30/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/03/24 | **Plan End Date:** 05/31/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (Z91.199) Medical non-compliance | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** OCHOA, KINDRA | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/03/24 | **Plan End Date:** 05/31/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 04/26/24 | **Plan End Date:** 03/31/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 04/26/24 | **Plan End Date:** 03/31/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | **Unit:** Cottonwood | | |
| **Plan Date:** 04/19/24 | **Plan End Date:** 03/19/25 | **Projected Discharge Date:** 08/01/26 | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 04/19/24 | **Plan End Date:** 03/19/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/22/24 | **Plan End Date:** 02/28/25 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/22/24 | **Plan End Date:** 02/28/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/20/24 | **Plan End Date:** 02/20/25 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/20/24 | **Plan End Date:** 02/20/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | |
| **Plan Date:** 02/23/24 | **Plan End Date:** 01/31/25 | **Projected Discharge Date:** 08/01/26 | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 02/23/24 | **Plan End Date:** 01/31/25 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | **Unit:** Cottonwood | | |
| **Plan Date:** 01/26/24 **Plan End Date:** 12/31/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT
OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 01/26/24 | **Plan End Date:** 12/31/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | **Unit:** Cottonwood | | |
| **Plan Date:** 12/29/23 **Plan End Date:** 11/30/24 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 12/29/23 | **Plan End Date:** 11/30/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 11/27/23 | **Plan End Date:** 10/26/24 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 11/27/23 | **Plan End Date:** 10/26/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 11/24/23 | **Plan End Date:** 10/23/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 11/24/23 | **Plan End Date:** 10/23/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | **Unit:** Cottonwood | | |
| **Plan Date:** 10/30/23 / **Plan End Date:** 09/29/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 10/30/23 | **Plan End Date:** 09/29/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/25/23 | **Plan End Date:** 08/31/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/25/23 | **Plan End Date:** 08/31/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/15/23 | **Plan End Date:** 09/14/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 09/15/23 | **Plan End Date:** 09/14/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/28/23 | **Plan End Date:** 07/27/24 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/28/23 | **Plan End Date:** 07/27/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | **Unit:** Cottonwood | | |
| **Plan Date:** 08/18/23 | **Plan End Date:** 07/30/24 | **Projected Discharge Date:** 08/01/26 | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/18/23 | **Plan End Date:** 07/30/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/04/23 | **Plan End Date:** 07/30/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 08/04/23 | **Plan End Date:** 07/30/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | **Unit:** Cottonwood | | |
| **Plan Date:** 07/31/23 **Plan End Date:** 06/30/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 07/31/23 | **Plan End Date:** 06/30/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/29/23 | **Plan End Date:** 06/28/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 07/03/23 | **Plan End Date:** 07/02/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 04/25/23 | **Plan End Date:** 03/24/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |
| **Description:** (G62.9) Neuropathy | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 06/29/23 | **Plan End Date:** 06/28/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/31/23 | **Plan End Date:** 02/28/24 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 04/25/23 | **Plan End Date:** 03/24/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the Superior Court. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

## Psychiatric Issue

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/02/23 | **Plan End Date:** 03/01/24 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/31/23 | **Plan End Date:** 02/28/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 02/02/23 | **Plan End Date:** 01/31/24 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 03/02/23 | **Plan End Date:** 03/01/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Morris, Stephen | | **Unit:** Cottonwood | | |
| **Plan Date:** 01/25/23 | **Plan End Date:** 12/31/23 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** Primary |
| **Description:** (F60.2) Antisocial personality disorder | **Ranking:** Secondary |
| **Description:** (E78.1) Hypertriglyceridemia | **Ranking:** Secondary |
| **Description:** (E66.9) Obesity (BMI 30.0-34.9) | **Ranking:** Secondary |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** Tertiary |
| **Description:** (F63.3) Trichotillomania | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Kwoh, Steven | | **Unit:** Cottonwood | | |
| **Plan Date:** 02/02/23 | **Plan End Date:** 01/31/24 | **Projected Discharge Date:** 08/01/26 | | |

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

History of not complying with supervised probation, Limited engagement with community resources, Historical difficulties separating his delusions from reality, History of impulsive and reckless behavior, Three other felony convictions preceding index offense, Preoccupation with litigious actions.

**Discharge Goals:**

Patient discharge plans ultimately remain under the jurisdiction of the PSRB. All factors impacting patient's potential for discharge include compliance with hospital expectations and engaging in GEI programming.

**After Care Plan:**

Upon discharge, patient will likely benefit from a 24 hour supervised placement, before transitioning to a less-restricti options of care. This is due to patient history of limited compliance to medication regimen or advised structural programming, such as probation, when in the community. It should also be noted that Mr. Solan would likely benefit from intensive case management with routine medication management/monitoring available, rehab programming, therapy, vocational programming and education programming related to his mental illness. Mr. Solan's aftercare plan subject to change based on his progression through the GEI Program and needs at the time of discharge.

**Cultural/Spiritual Preferences Relative to Treatment:**

Patient provided written documentation to update his cultural preferences on 2.5.2021 to the following, "Patient identifies as a Scientologist and Christian Scientist; Inasmuch, institutional psychiatry is a repugnant to patient's spiritual beliefs. Additionally, patient has limited training in naturopathic medicine and prefers naturopathic remedies over the patent medicines wherever drugs are indicated."

**Identified Natural Supports for the Patient:**

Patient notes that he is financially supported by his family that supports his living expenses. Patient expressed he is an "allodial proprietor and business owner in Williams, Arizona and has a fulltime, concierge/chauffeur/caretaker who manages patient's propriety and will take care of patient upon discharge. Patient identifies his service dog Foxy as his primary support."

**Stable Medical Conditions Currently Being Monitored at this Time:**

none at this time, ongoing health maintenance

**Ongoing Treatment Team Approval for Civil Patient Food Visits:** No

***See Nursing Care Plan for all acute care that requires treatment for less than 30 days.***

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 10/05/21 | **Plan End Date:** 09/30/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 08/20/21 | **Plan End Date:** 07/30/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES
ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 08/18/21 | **Plan End Date:** 07/31/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 08/11/21 | **Plan End Date:** 07/31/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 08/10/21 | **Plan End Date:** 07/10/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 07/30/21 | **Plan End Date:** 06/30/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | |
| **Plan Date:** 07/23/21 | **Plan End Date:** 06/30/22 | **Projected Discharge Date:** 08/01/26 | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** JAFFE, STEPHEN | | **Unit:** Pinon | | |
| **Plan Date:** 07/21/21 | **Plan End Date:** 06/21/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | **Unit:** Pinon | | |
| **Plan Date:** 06/28/21 **Plan End Date:** 05/31/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | **Unit:** Pinon | | |
| **Plan Date:** 06/18/21 / **Plan End Date:** 05/31/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | | **Unit:** Pinon | | |
| **Plan Date:** 06/18/21 | **Plan End Date:** 05/31/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | | **Unit:** Pinon | | |
| **Plan Date:** 05/21/21 | **Plan End Date:** 04/21/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | | **Unit:** Pinon | | |
| **Plan Date:** 05/03/21 | **Plan End Date:** 04/30/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | | **Unit:** Pinon | | |
| **Plan Date:** 04/30/21 | **Plan End Date:** 03/31/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | | **Unit:** Pinon | | |
| **Plan Date:** 04/16/21 | **Plan End Date:** 03/31/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.75) Bipolar I disorder, in partial remission | **Ranking:** Primary |
| **Description:** (F84.0) Autistic spectrum disorder | **Ranking:** No Entry |
| **Description:** (F43.10) Posttraumatic stress disorder | **Ranking:** No Entry |
| **Description:** (F90.2) Attention deficit hyperactivity disorder (ADHD), combined type | **Ranking:** No Entry |
| **Description:** (F60.81) Narcissistic personality disorder | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** WALAYAT, DIANA | | **Unit:** Pinon | | |
| **Plan Date:** 03/24/21 | **Plan End Date:** 02/28/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F31.2) Bipolar I disorder, current or most recent episode manic, severe with mood-congruent psychotic features | **Ranking:** Primary |
| **Description:** (F84.0) Autism spectrum disorder | **Ranking:** No Entry |
| **Description:** (F60.9) Personality disorder, unspecified | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Bhatti, Mohammad | | **Unit:** Pinon | | |
| **Plan Date:** 03/19/21 | **Plan End Date:** 03/19/22 | **Projected Discharge Date:** 08/01/26 | | |

**Legal Status**

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.2) Bipolar I disorder, current or most recent episode manic, severe with mood-congruent psychotic features | **Ranking:** Primary |
| **Description:** (F84.0) Autism spectrum disorder | **Ranking:** No Entry |
| **Description:** (F60.9) Personality disorder, unspecified | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT
OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | | |
|---|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Bhatti, Mohammad | | **Unit:** Pinon | | |
| **Plan Date:** 03/12/21 | **Plan End Date:** 02/28/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| Diagnosis | |
|---|---|
| **Description:** (F31.2) Bipolar I disorder, current or most recent episode manic, severe with mood-congruent psychotic features | **Ranking:** Primary |
| **Description:** (F84.0) Autism spectrum disorder | **Ranking:** No Entry |
| **Description:** (F60.9) Personality disorder, unspecified | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*

ARIZONA DEPARTMENT OF HEALTH SERVICES

ARIZONA STATE HOSPITAL

# Individualized Treatment and Discharge Plan

| | | | |
|---|---|---|---|
| **Patient:** SOLAN, MATTHEW (35310) | **DOB:** 07/17/89 | **DOA:** 04/01/20 | **Episode:** 1 |
| **Assigned BHMP:** Bhatti, Mohammad | **Unit:** Pinon | | |
| **Plan Date:** 02/05/21 **Plan End Date:** 01/05/22 | **Projected Discharge Date:** 08/01/26 | | |

## Legal Status

**Legal Status:** Title 13.3994 Guilty Except Insane **Effective Date:** 03/12/20

| **Diagnosis** | |
|---|---|
| **Description:** (F31.2) Bipolar I disorder, current or most recent episode manic, severe with mood-congruent psychotic features | **Ranking:** Primary |
| **Description:** (F84.0) Autism spectrum disorder | **Ranking:** No Entry |
| **Description:** (F60.9) Personality disorder, unspecified | **Ranking:** No Entry |

**Reason for Admission:**

Mr. Matthew Solan (DOB: 07/17/1989) was admitted to the Arizona State Hospital on 04/01/2020, after being adjudicated Guilty except Insane (GEI) for one count of Aggravated Assault (a Class 3 Felony) with a presumptive sentence of 7.5 years (expiration date: 08/1/2026). Per reports, Mr. Solan threatened to kill his caretaker and his caretaker's family, after the caretaker refused to drive Mr. Solan from Arizona to Massachusetts and Florida. Per reports, Mr. Solan had plans to travel to Massachusetts to harm his parents, who reside in Massachusetts, and then go to Disney World in Florida with his service animal. Mr. Solan reportedly placed a gun to his caretaker's head, and physically grabbed his caretaker's arm, when the caretaker attempted to leave. After the incident was reported to the Coconino County Sheriff's Office, Officers attempted to apprehend Mr. Solan during a high-risk traffic stop. Per repor Mr. Solan remained in the passenger seat of the car, while the two other passengers obeyed officers' directive to exit the vehicle. Per reports, Mr. Solan made various suicidal remarks, and a multi-hour standoff with Mr. Solan ensued. During the standoff, Mr. Solan reportedly held a handgun under his chin in an upward motion. Mr. Solan reports that h eventually shot himself in the left leg, before exiting the vehicle.

Reports confirm Mr. Solan was on probation at the time of his index offense. Reports also indicate that Mr. Solan had three other felony convictions preceding this offense. Mr. Solan has reportedly been ordered for two years of standard probation, upon release from the Arizona Department of Corrects and the AzSH, for a Theft of Means of Transportatic (a Class 5 Felony) charge.

**Patient Strengths:**

Strengths: Has a trained service dog, Intelligent, good historian, articulate, creative, inquisitive, studious, insight of his triggers, excellent advocate for himself, knowledgeable about previous treatment and legalities, parents are a long-ter financial support, has a caretaker, hold a GED and some college credit in design, interactive media, and 3D animatior and wants to continue learning about law and continue his higher education, holds interest in computer science, digita arts, homesteading.

**Discharge Barriers/Treatment Barriers/Risk Factors:**

*This report contains privileged and confidential information and is intended strictly for use within the Arizona State Hospital. Any unauthorized disclosure or distribution of this information may be a violation of Arizona State and/or Federal Laws.*