Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
(602) 542-7687
Facsimile: (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona, Michael R. Sheldon, Aaron Bowen, Lea'cher Carter, and Unique Coleman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Matthew Phillip Solan,<br><br>Plaintiff,<br><br>vs.<br><br>The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,<br><br>Defendants. | Case No: CV-24-02061-JJT-DMF<br><br>**DEFENDANTS' NOTICE OF ERRATA REGARDING EXHIBITS AA AND BB TO DEFENDANTS' SEPARATE STATEMENT OF FACTS (DOC. 66)** |

Defendants' counsel respectfully requests that the Court and Plaintiff take notice that new copies of Exhibits AA and BB to Defendants' Separate Statement of Facts in Support of their Motion for Summary Judgment (doc. 66) are provided here. When these exhibits were prepared, they looked fine; however, Defendants' counsel found that after they were downloaded from the ECF system, the bolded answers appear jumbled and unreadable.

Respectfully submitted this 28th day of September, 2026.

Arizona Attorney General's Office

/s/ Jordan Kendall
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing this 28th day of September, 2026.

COPY emailed this 28th day of September, 2026, and MAILED this 29th day of September, 2026 to:

Matthew P. Solan
2121 East Valencia Road,
Williams, Arizona 86046
legal@fox-ranch.com
Plaintiff

COPY of the foregoing mailed on the 29th day of September, 2026, to:

The Honorable Deborah M. Fine
U.S. District Court, Suite 321
401 W. Washington Street, SPC 15
Phoenix, AZ 85003-2120

/s/ Jordan Kendall