# EXHIBIT BB

Ann Hobart, Bar No. 019129
Jordan Kendall, Bar No. 038647
Assistant Attorneys General
Arizona Attorney General's Office
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-8347
(602) 542-7687
Facsimile: (602) 542-7644
Ann.Hobart@azag.gov
Jordan.Kendall@azag.gov
EmploymentLaw@azag.gov

Attorneys for Defendants State of Arizona,
Michael R. Sheldon, Aaron Bowen,
Lea'cher Carter, and Unique Coleman

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Matthew Phillip Solan,

Plaintiff,

vs.

The State of Arizona; Jennifer L. Cunico; Michael R. Sheldon; Aaron Bowen, Calvin J. Flowers; Steven Kwoh; Kindra Ochoa, Lea'cher Carter, Unique Coleman; John Does 1-100; Jane Does 1-100; Black Corporations 1-10; and White Entities 1-10,

Defendants.

Case No: CV24-02061-JJT-DMF

**RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT STATE OF ARIZONA**

Defendant State of Arizona, through counsel undersigned, responds to Plaintiff's First Request for Admissions to Defendant State of Arizona as follows.

**Request for Admission No. 1:** Between June 12, 2024 and July 6, 2024, the State did not conduct a Particularized Assessment of Plaintiff's request to be accompanied by Foxy II at ASH.

☐ Admit ☒ Deny

**Defendant states that it assessed Solan's request to have his dog accompany him at the Arizona State Hospital ("ASH") and determined, for many of the same reasons previously articulated to Solan in the Particularized Assessment, it could not permit entrance to Solan's dog. Please see the Particularized Assessment at DF588-DF595 and Denial Letter at DF2626 for further information.**

**Request for Admission No. 2:** All or most of the security camera recordings from the ASH Cottonwood day room and dining area, for May 22, 2024, were Altered by one or more ASH Employees.

☐ Admit ☒ Deny

**The security camera footage at ASH is retained or recoverable for up to about 90 days. After that time, the footage is automatically overwritten by new recordings. If a complaint or an incident occurs at ASH and is reported to administration, then the recordings relevant to the complaint or incident are set aside and saved from automatic deletion.**

**Request for Admission No. 3:** Dr. Stephen Morris never testified in any proceeding, or documented in Plaintiff's medical record, or in any other communications to any other ASH staff member that he believed Plaintiff's relationship with Foxy I was sexual in nature.

☒ Admit ☐ Deny

**Dr. Morris focused his efforts on providing treatment to Solan. However, Solan's treatment notes, progress notes, and incidents regarding him, indicate that there may have been an inappropriate relationship between him and his dog Foxy. They likewise indicate that there may be a risk of Solan abusing Foxy in the future. Please see DF441-DF445 and DF448-DF482.**

**Request for Admission No. 4:** Between April 1, 2020 and June 14, 2025, none of the licensed providers, who presently or previously served as members of the Plaintiff's treatment team, testified or produced any Record while employed at ASH, stating or

implying that any of them believed Plaintiff's relationship with Foxy I or Foxy II was sexual in nature.

☒ Admit in part ☐ Deny

**Defendant objects to this request for admission on the grounds that it is vague and ambiguous. Defendant's employees have not produced a record stating their personal belief as to whether Solan has or desires to engaged in a sexual relationship with Foxy. However, Defendant's employees have recorded Solan's statements to them in which he refers to Foxy as his wife and discusses the sexual nature of his relationship with her. Please see DF441-DF445 and DF448-DF482.**

**Request for Admission No. 5:** Between April 1, 2020 and July 5, 2024, no member of Plaintiff's ASH treatment team was specially trained to provide treatment of patients with a primary diagnosis of Autism Spectrum Disorder.

☐ Admit ☒ Deny

**The treatment providers at the ASH are licensed, highly educated, and well trained to care for the gambit of patient needs. Specifically, there are psychiatrists, psychologists, masters-level clinicians, registered nurses, and others all capable of treating patients with autism. However, Solan refuses to receive the offered treatment and does not participate in the ASH's multitude of offered services. For example, in Fiscal Year 2025, Solan participated in just 8 hours of rehabilitation treatment while the average forensic patient participated in 254 hours of rehabilitation treatment. Solan's refusal of services is not limited to rehabilitation treatment but extends to all regularly offered services and treatments at the ASH.**

**Request for Admission No. 6:** Between June 12, 2024 and the date of this request, Plaintiff has not received any habilitation services specifically designed to treat Autism Spectrum Disorder.

☐ Admit ☒ Deny

**Moreover, if Solan does not receive treatment it is because he has refused it.**

**Request for Admission No. 7:** Between June 12, 2024 and the date of this request, Plaintiff has not received any trauma therapy for his Post-traumatic stress disorder.

☐ Admit ☒ Deny

**Moreover, if Solan does not receive treatment it is because he has refused it.**

Respectfully submitted this 20th day of January, 2026.

Arizona Attorney General's Office

/s/ Jordan Kendall
Ann Hobart
Jordan Kendall
Assistant Attorneys General
Attorneys for Defendants

EMAILED and MAILED
this 20th day of January, 2026, to:

Matthew P. Solan
c/o Arizona State Hospital
501 N. 24th Street
Phoenix, Arizona 85008-6056
legal@fox-ranch.com
Plaintiff

/s/ Jordan Kendall